# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

2/24/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER: CIVIL NO. 03-00598DAE-LEK
CASE NAME: United Public Workers, et al. Vs. Gary W. Rodrigues

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE: Leslie E. Kobayashi        REPORTER:

DATE: 2/24/2006                   TIME:

COURT ACTION: EO: Parties are in agreement to continue the trial date and all deadlines. New trial date and deadlines given. **Amended** Rule 16 Scheduling Order to be issued.

1. Non-jury trial on November 14, 2006 at 9:00 a.m. before DAE
2. Final Pretrial Conference on October 3, 2006 at 9:00 a.m. before LEK
3. Final Pretrial Conference before District Judge N/A
4. Final Pretrial Statement by September 26, 2006
5. File motions to Join/Add Parties/Amend Pleadings by **N/A**
6. File other Non-Dispositive Motions by **N/A**
7. File Dispositive Motions by **N/A**
8a. File Motions in Limine by October 24, 2006
8b. File opposition memo to a Motion in Limine by October 31, 2006
11a. Plaintiff's Expert Witness Disclosures by **N/A**
11b. Defendant's Expert Witness Disclosures by **N/A**
12. Discovery deadline **N/A**
13. Settlement Conference set for **on call** before LEK
14. Settlement Conference statements by **N/A**
20. Submit Voir Dire Questions, Special Verdict Form, Concise Statement of Case and Jury Instructions by N/A
21. File Final witness list by October 24, 2006
24. Exchange Exhibit and Demonstrative aids by October 17, 2006

25. Stipulations re: Authenticity/Admissibility of Proposed Exhibits by October 24, 2006
26. File objections to the Exhibits by October 31, 2006
28a. File Deposition Excerpt Designations by October 24, 2006
28b. File Deposition Counter Designations and Objections by October 31, 2006
29. File Trial Brief by October 31, 2006
30. File Findings of Fact & Conclusions of Law by October 31, 2006

Other Matters: **Amended** Rule 16 Scheduling Order to be issued.

Submitted by: Warren N. Nakamura, Courtroom Manager

CIVIL NO. 03-00598DAE-LEK;
United Public Workers, et al. Vs. Gary W. Rodrigues;
Rule 16 Scheduling Conference Minutes
2/24/2006