# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

09/25/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:       CIVIL NO. 03-00598DAE-LEK

CASE NAME:         United Public Workers, et al. Vs. Gary W. Rodrigues

ATTYS FOR PLA:     Charles A. Price

ATTYS FOR DEFT:    Eric A. Seitz

INTERPRETER:

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | Courtroom 7-No Record |
| DATE: | 09/25/2006 | TIME: | 10:18-10:22 |

COURT ACTION:  EP: Status Conference Re: Trial Date and Deadlines held.

Parties will be submitting a Motion To Continue Trial Date to be heard by Judge David Alan Ezra.  Parties also will be submitting an Ex Parte Motion to Shorten time for Hearing on Motion to Trial Date.

Final Pretrial Conference set for 10/3/06 at 9:00 a.m. before Magistrate Judge Leslie E. Kobayashi is continued to 10/20/06 at 9:00 a.m. Final Pretrial Conference Statements are also now due 10/20/06.

Submitted by: Warren N. Nakamura, Courtroom Manager