ORIGINAL

KOSHIBA AGENA & KUBOTA

| | |
|---|---|
| JAMES E. T. KOSHIBA | 768-0 |
| CHARLES A. PRICE | 5098-0 |

2600 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii 96813
Telephone No.: 523-3900
Facsimile No.: 526-9829
email: jkoshiba@koshibalaw.com
         cprice@koshibalaw.com

Attorneys for Plaintiff

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 26 20[ ]
at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED PUBLIC WORKERS, AFSCME, LOCAL 646, AFL-CIO, MUTUAL AID FUND TRUST,<br><br>Plaintiffs,<br><br>vs.<br><br>GARY RODRIGUES,<br><br>Defendant. | CIVIL NO. CV03-00598 DAE LEK<br><br>NOTICE OF MOTION; PLAINTIFF'S MOTION TO CONTINUE TRIAL; MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF COUNSEL; CERTIFICATE OF SERVICE<br><br>Hrg. Date: _____<br>Hrg. Time: _____<br>Hrg. Judge: _____<br><br>Trial Date: November 14, 2006 |

-2-

## NOTICE OF MOTION

TO:   ERIC A. SEITZ, ESQ.
      820 Mililani Street, Suite 714
      Honolulu, Hawaii 96813

      Attorney for Defendant
      GARY RODRIGUES

NOTICE IS HEREBY GIVEN that the Plaintiff's Motion to Continue Trial shall come on for hearing before the Honorable David A. Ezra, Judge of the above-entitled Court, in his courtroom in the United States Courthouse, 300 Ala Moana Boulevard, Honolulu, Hawaii, on _____, 2006 at _____.m., or as soon thereafter as counsel may be heard.

DATED: Honolulu, Hawaii, September 26, 2006.

_____
JAMES E. T. KOSHIBA
CHARLES A. PRICE
Attorneys for Plaintiff