IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED PUBLIC WORKERS, AFSCME, LOCAL 646, AFL-CIO, MUTUAL AID FUND TRUST,<br><br>    Plaintiffs,<br><br>vs.<br><br>GARY RODRIGUES,<br><br>    Defendant. | CIVIL NO. CV03-00598 DAE LEK<br><br>PLAINTIFF'S MOTION TO CONTINUE TRIAL |

<u>PLAINTIFF'S MOTION TO CONTINUE TRIAL</u>

Plaintiff UNITED PUBLIC WORKERS, AFSCME, LOCAL 646, AFL-CIO, MUTUAL AID FUND TRUST ("UPW Mutual Aid Fund") respectfully moves to continue the November 14, 2006 trial approximately 3 months. Plaintiff is informed that the Defendant does not object to and joins in this Motion.

This Motion is based upon the memorandum and declaration attached hereto, and such further argument as may be presented at the hearing hereon.

-2-

DATED: Honolulu, Hawaii, September 26, 2006.

*Charles Price* (signature)
_____
JAMES E. T. KOSHIBA
CHARLES A. PRICE
Attorneys for Plaintiff