# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

09/28/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:      CIVIL NO. 03-00598DAE-LEK
CASE NAME:        United Public Workers, et al. Vs. Gary W. Rodrigues

ATTYS FOR PLA:
ATTYS FOR DEFT:
INTERPRETER:

JUDGE:    Leslie E. Kobayashi          REPORTER:

DATE:     09/28/2006                   TIME:

COURT ACTION:  EO: Plaintiffs' Motion to Continue Trial is deemed withdrawn and terminated. **Judge David Alan Ezra has approved the continuance of trial into 2007**. Stipulation Continuing Trial from 11/14/06 to 2/13/07 to be submitted. New trial date and deadlines given. **Amended** Rule 16 Scheduling Order to be issued.

1.   Non-jury trial on February 13, 2007 at 9:00 a.m. before DAE
2.   Final Pretrial Conference on January 2, 2007 at 9:00 a.m. before LEK
3.   Final Pretrial Conference before District Judge N/A
4.   Final Pretrial Statement by December 26, 2006
5.   File motions to Join/Add Parties/Amend Pleadings by **N/A**
6.   File other Non-Dispositive Motions by **N/A**
7.   File Dispositive Motions by **N/A**
8a.  File Motions in Limine by January 23, 2007
8b.  File opposition memo to a Motion in Limine by January 30, 2007
11a. Plaintiff's Expert Witness Disclosures by **N/A**
11b. Defendant's Expert Witness Disclosures by **N/A**
12.  Discovery deadline **N/A**
13.  Settlement Conference set for **on call** before LEK
14.  Settlement Conference statements by **N/A**
20.  Submit Voir Dire Questions, Special Verdict Form, Concise Statement of Case and Jury Instructions by N/A
21.  File Final witness list by January 23, 2007

24. Exchange Exhibit and Demonstrative aids by January 16, 2007
25. Stipulations re: Authenticity/Admissibility of Proposed Exhibits by January 23, 2007
26. File objections to the Exhibits by January 30, 2007
28a. File Deposition Excerpt Designations by January 23, 2007
28b. File Deposition Counter Designations and Objections by January 30, 2007
29. File Trial Brief by January 30, 2007
30. File Findings of Fact & Conclusions of Law by January 30, 2007

Other Matters: **Amended** Rule 16 Scheduling Order to be issued.


Submitted by: Warren N. Nakamura, Courtroom Manager


CIVIL NO. 03-00598DAE-LEK;
United Public Workers, et al. Vs. Gary W. Rodrigues;
Rule 16 Scheduling Conference Minutes
09/28/2006