ORIGINAL

KOSHIBA AGENA & KUBOTA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 0 2 2006

at __ o'clock and __ min. __M
SUE BEITIA, CLERK

JAMES E. T. KOSHIBA      768-0
CHARLES A. PRICE         5098-0
2600 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii 96813
Telephone No.: 523-3900
Facsimile No.: 526-9829
email: jkoshiba@koshibalaw.com
       cprice@koshibalaw.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED PUBLIC WORKERS, AFSCME, LOCAL 646, AFL-CIO, MUTUAL AID FUND TRUST,<br><br>Plaintiffs,<br><br>vs.<br><br>GARY RODRIGUES,<br><br>Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) | CIVIL NO. CV03-00598 DAE LEK<br><br>WITHDRAWAL OF PLAINTIFF'S MOTION TO CONTINUE TRIAL, FILED SEPTEMBER 26, 2006; CERTIFICATE OF SERVICE |

## WITHDRAWAL OF PLAINTIFF'S MOTION TO CONTINUE TRIAL, FILED SEPTEMBER 26, 2006

Plaintiff UNITED PUBLIC WORKERS, AFSCME, LOCAL 646, AFL-CIO, MUTUAL AID FUND TRUST withdraws its Motion to Continue Trial, filed September 26, 2006.

-2-

DATED: Honolulu, Hawaii, October 2, 2006.

_____
CHARLES A. PRICE
JAMES E. T. KOSHIBA
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED PUBLIC WORKERS, AFSCME, LOCAL 646, AFL-CIO, MUTUAL AID FUND TRUST,<br><br>Plaintiff,<br><br>vs.<br><br>GARY RODRIGUES,<br><br>Defendant. | CIVIL NO. CV03-00598 DAE LEK<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the date noted below, a copy of the foregoing document was duly served upon the following by hand delivery, addressed as follows:

ERIC A. SEITZ, ESQ.
820 Mililani Street, Suite 714
Honolulu, Hawaii 96813

Attorney for Defendant
GARY RODRIGUES

DATED: Honolulu, Hawaii, October 2, 2006.

_____
JAMES E.T. KOSHIBA
CHARLES A. PRICE
Attorneys for Plaintiff