KOSHIBA AGENA & KUBOTA

| | |
|---|---|
| JAMES E. T. KOSHIBA | 768-0 |
| CHARLES A. PRICE | 5098-0 |

2600 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii 96813
Telephone No.: 523-3900
Facsimile No.: 526-9829
email: jkoshiba@koshibalaw.com
      cprice@koshibalaw.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED PUBLIC WORKERS, AFSCME, LOCAL 646, AFL-CIO, MUTUAL AID FUND TRUST, <br><br>    Plaintiffs, <br><br>vs. <br><br>GARY RODRIGUES, <br><br>    Defendant. | CIVIL NO. CV03-00598 DAE LEK <br><br> STIPULATION TO CONTINUE TRIAL and ORDER <br><br><br> Old Trial Date: November 14, 2006 <br> New Trial Date: February 13, 2007 |

STIPULATION TO CONTINUE TRIAL

    Plaintiff UNITED PUBLIC WORKERS, AFSCME, LOCAL 646, AFL-CIO, MUTUAL AID FUND TRUST and Defendant GARY RODRIGUES, by and through their counsel, stipulate to continue the non-jury trial from November 14,

2006 to February 13, 2007.

DATED:  Honolulu, Hawaii, October 4, 2006.

/s/
CHARLES A. PRICE
JAMES E. T. KOSHIBA
Attorneys for Plaintiff


/s/
ERIC A. SEITZ
LAWRENCE I. KAWASAKI
Attorneys for Defendant


APPROVED AND SO ORDERED:

DATED: Honolulu, Hawaii, October 23, 2006.



David Alan Ezra
United States District Judge

---
In the United States District Court for the District of Hawaii; United Public Workers, AFSCME, Local 646, AFL-CIO, Mutual Aid Fund Trust v. Gary Rodrigues; Civil No. CV03-00598 DAE LEK; STIPULATION TO CONTINUE  TRIAL and ORDER

-2-