**ORIGINAL**

KOSHIBA AGENA & KUBOTA



| | |
|---|---|
| JAMES E. T. KOSHIBA | 768-0 |
| CHARLES A. PRICE | 5098-0 |

2600 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii 96813
Telephone No.: 523-3900
Facsimile No.: 526-9829
email: jkoshiba@koshibalaw.com
         cprice@koshibalaw.com

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 0 6 2006

at ____ o'clock and ____ min. ____ M
SUE BEITIA, CLERK

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED PUBLIC WORKERS, AFSCME, LOCAL 646, AFL-CIO, MUTUAL AID FUND TRUST,<br><br>Plaintiffs,<br><br>vs.<br><br>GARY RODRIGUES,<br><br>Defendant. | CIVIL NO. CV03-00598 DAE LEK<br><br>EX PARTE MOTION FOR COMMISSION TO TAKE DEPOSITION UPON ORAL EXAMINATION IN THE STATE OF FLORIDA; DECLARATION OF CHARLES A. PRICE; EXHIBIT "A"; ORDER FOR ISSUANCE OF COMMISSION TO TAKE DEPOSITION UPON ORAL EXAMINATION IN THE STATE OF FLORIDA; COMMISSION TO TAKE DEPOSITION UPON ORAL EXAMINATION IN THE STATE OF FLORIDA; CERTIFICATE OF SERVICE<br><br>Trial Date: February 13, 2007 |

EX PARTE MOTION FOR COMMISSION TO TAKE
DEPOSITION UPON ORAL EXAMINATION IN THE STATE OF FLORIDA

Plaintiff UNITED PUBLIC WORKERS, AFSCME, LOCAL 646, AFL-CIO, MUTUAL AID FUND TRUST ("UPW") respectfully moves this Honorable court *ex parte* for an order directing that a commission issue out of and under the seal of said court to a certified court reporter and notary public to administer the oath and take the testimony under oath, upon oral examination, stenographically, with counsel appearing via telephone, on the date indicated below or any other date(s) agreed upon by counsel, as noted in that certain Notice of Taking Deposition Upon Oral Examination (a copy of which is attached hereto as Exhibit "A") of the following:

| NAME AND ADDRESS | LOCATION/DATE AND TIME |
|---|---|
| ALBERT HEWITT<br>1539 Common Way Road<br>Orlando, Florida 32814-6419 | Office Suites Plus, Conference Room<br>1802 North Alafaya Trail<br>Orlando, Florida 32826<br>December 14, 2006<br>10:00 a.m. (Hawaii time)<br>(3:00 p.m. Eastern time) |

DATED: Honolulu, Hawaii, October 30, 2006.

_____
JAMES E. T. KOSHIBA
CHARLES A. PRICE
Attorneys for Plaintiff