KOSHIBA AGENA & KUBOTA

JAMES E. T. KOSHIBA  768-0
CHARLES A. PRICE   5098-0
2600 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii 96813
Telephone No.: 523-3900
Facsimile No.: 526-9829
email: jkoshiba@koshibalaw.com
   cprice@koshibalaw.com

Attorneys for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED PUBLIC WORKERS, AFSCME, LOCAL 646, AFL-CIO, MUTUAL AID FUND TRUST,<br><br>  Plaintiffs,<br><br>vs.<br><br>GARY RODRIGUES,<br><br>  Defendant. | CIVIL NO. CV03-00598 DAE LEK<br><br>NOTICE OF TAKING DEPOSITION UPON ORAL EXAMINATION<br><br>[ALBERT HEWITT, 12/14/06 at 10:00 a.m. (Hawaii time) (3:00 p.m. Eastern time)] |

## NOTICE OF TAKING DEPOSITION UPON ORAL EXAMINATION

TO:  ERIC A. SEITZ, ESQ.
    Haseko Center
    820 Mililani Street, Suite 714
    Honolulu, Hawaii 96813

    Attorney for Defendant
    GARY W. RODRIGUES


EXHIBIT A

PLEASE TAKE NOTICE that Plaintiffs UNITED PUBLIC WORKERS, AFSCME, LOCAL 646, AFL-CIO, MUTUAL AID FUND TRUST, by and through its attorneys, will take the following deposition via telephone on the date and time and at the place indicated below:

| NAME AND ADDRESS | DATE, TIME AND PLACE |
|---|---|
| ALBERT HEWITT<br>1539 Common Way Road<br>Orlando, Florida 32814-6419 | Office Suites Plus, Conference Room<br>1802 North Alafaya Trail<br>Orlando, Florida 32826<br>December 14, 2006<br>10:00 a.m. (Hawaii time)<br>(3:00 p.m. Eastern time)<br>*Atkinson Baker conference room* |

Said deposition shall be upon oral examination, pursuant to Rule 30 of the Federal Rules of Civil Procedure, before an officer authorized by law to administer oaths, and shall be recorded by stenographic means.

You are invited to attend and cross-examine in person or by telephone conference call.

DATED: Honolulu, Hawaii, October 30, 2006.

_____
CHARLES A. PRICE
JAMES E. T. KOSHIBA
Attorneys for Plaintiff