IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED PUBLIC WORKERS, AFSCME, LOCAL 646, AFL-CIO, MUTUAL AID FUND TRUST,<br><br>Plaintiffs,<br><br>vs.<br><br>GARY RODRIGUES,<br><br>Defendant. | CIVIL NO. CV03-00598 DAE LEK<br><br>ORDER FOR ISSUANCE OF COMMISSION TO TAKE DEPOSITION UPON ORAL EXAMINATION IN THE STATE OF FLORIDA |

ORDER FOR ISSUANCE OF COMMISSION TO TAKE DEPOSITION
UPON ORAL EXAMINATION IN THE STATE OF FLORIDA

Pursuant to Plaintiff's Ex Parte Motion for Commission to Take Deposition Upon Oral Examination in the State of Florida to direct that a commission issue in the above-entitled action to a certified shorthand reporter and notary public authorized by law to administer oaths in the State of Florida, to administer the oath and take the testimony under oath upon oral examination of the following:

| NAME AND ADDRESS | LOCATION/DATE AND TIME |
|---|---|
| ALBERT HEWITT<br>1539 Common Way Road<br>Orlando, Florida 32814-6419 | Office Suites Plus, Conference Room<br>1802 North Alafaya Trail<br>Orlando, Florida 32826<br>December 14, 2006<br>10:00 a.m. (Hawaii time)<br>(3:00 p.m. Eastern time) |

and it appearing that said witness' testimony will be material and relevant to the subject matter of this action and that it is necessary that a commission issue,

IT IS HEREBY ORDERED that a commission issue directed to a certified shorthand reporter and notary public authorized by law to administer oaths in the State of Florida, to administer oath and take the deposition of the above-named upon oral examination on the date specified or such other dates as may be agreed by counsel;

IT IS FURTHER ORDERED that the deposition shall be submitted to the witness for examination, signed by the witness, unless the parties by stipulation waive the signing or the witness is ill or cannot be found or refuse to sign. If the deposition is not signed by the witness within 30 days of their submission to them, you shall sign and state on the records the fact of waiver, illness, absence, or refusal to sign together with the reason, if any, given therefore.

IT IF FURTHER ORDERED that the Commissioner shall cause the testimonies of said witness to be transcribed stenographically and to return the transcribed testimonies, including any and all logs, concordances and/or other documents agreed to by the parties, together with the Commission to the Chief Clerk of the United State District Court for the District of Hawaii, 300 Ala Moana Boulevard, Room C-338, Honolulu, Hawaii 96850-0338, enclosed in sealed

envelopes, with the title of the deposition and the case caption and docket number of the case printed on the envelopes. Said sealed envelopes are to be forwarded in a separate envelope to the Chief Clerk by registered or certified United States, first class mail for use in trial of the above-entitled matter.

Said deposition is to be taken upon oral examination before a certified shorthand court reporter from the offices of Atkinson-Baker Court Reporters, Office Suites Plus, 1802 North Alafaya Trail, Conference Room, Orlando, Florida 32826; Telephone Number: (407) 380-7144; on Thursday, December 14, 2006 at 10:00 a.m. (Hawaii time) (3:00 p.m. Eastern time), as shown in the Notice of Taking Deposition Upon Oral Examination, attached hereto as Exhibit "A".

DATED: Honolulu, Hawaii, _____10/31/06_____.

_____
JUDGE OF THE ABOVE-ENTITLED COURT

---

United Public Workers, AFSCME, Local 646, AFL-CIO, Mutual Aid Fund Trust vs. Gary Rodrigues; Civil No. CV03-00598 DAE LEK; ORDER GRANTING EX PARTE MOTION FOR COMMISSION TO TAKE DEPOSITION UPON ORAL EXAMINATION IN THE STATE OF FLORIDA