IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED PUBLIC WORKERS, AFSCME, LOCAL 646, AFL-CIO, MUTUAL AID FUND TRUST, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CIVIL NO. CV03-00598 DAE LEK COMMISSION TO TAKE DEPOSITION UPON ORAL EXAMINATION IN THE STATE OF FLORIDA |
| Plaintiffs, | | |
| vs. | | |
| GARY RODRIGUES, | | |
| Defendant. | | |

COMMISSION TO TAKE DEPOSITION UPON ORAL
EXAMINATION IN THE STATE OF FLORIDA

TO: A CERTIFIED COURT REPORTER AND NOTARY PUBLIC FROM THE OFFICES OF ATKINSON BAKER COURT REPORTERS AND OF THE STATE OF FLORIDA DULY AUTHORIZED TO ADMINISTER OATHS AND TAKE TESTIMONY

Under and by virtue of the Order for issuance of a commission made and entered by the above-entitled court in the above-entitled proceeding;

YOU ARE HEREBY DULY APPOINTED as Commissioner and are hereby authorized to cause to appear before you the following:

|  NAME AND ADDRESS | DATE AND TIME |
|---|---|
| ALBERT HEWITT<br>1539 Common Way Road<br>Orlando, Florida 32814-6419 | Office Suites Plus, Conference Room<br>1802 North Alafaya Trail<br>Orlando, Florida 32826<br>December 14, 2006<br>10:00 a.m. (Hawaii time)<br>(3:00 p.m. Eastern time) |

and examine the above-named witness as a witness in the above-entitled action pending in this Court, under oath, and to have such testimony transcribed stenographically.

Said commissioned officer is directed to certify the deposition transcript and any logs, concordances and/or other documents agreed to by the parties, and submit them with the Commission to the Clerk of the United States District Court for the District of Hawaii via certified mail in a sealed envelope, with the title of the deposition and the caption and docket number of the case endorsed on the envelope. Said sealed envelope shall be forwarded in a separate envelope to the Chief Clerk of the United States District Court for the District of Hawaii, 300 Ala Moana Boulevard, Room C-338, Honolulu, Hawaii 96850-0338.

DATED: Honolulu, Hawaii, _____11/3/06_____.

_____
JUDGE OF THE ABOVE-ENTITLED COURT

United Public Workers, AFSCME, Local 646, AFL-CIO, Mutual Aid Fund Trust vs. Gary Rodrigues; Civil No. CV03-00598 DAE LEK; COMMISSION TO TAKE DEPOSITION UPON ORAL EXAMINATION IN THE STATE OF FLORIDA