IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED PUBLIC WORKERS, AFSCME, LOCAL 646, AFL-CIO, MUTUAL AID FUND TRUST, | ) ) ) ) ) ) | CIVIL NO. CV03-00598 DAE LEK<br><br>CERTIFICATE OF SERVICE |
|---|---|---|
| Plaintiffs, | ) ) ) | |
| vs. | ) ) | |
| GARY RODRIGUES, | ) ) | |
| Defendant. | ) ) | |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the date noted below, a copy of the foregoing document was duly served upon the following by United States Mail, postage prepaid:

    ERIC A. SEITZ, ESQ.
    820 Mililani Street, Suite 714
    Honolulu, Hawaii 96813

    Attorney for Defendant
    GARY RODRIGUES

    DATED: Honolulu, Hawaii, October 30, 2006.

_____
JAMES E.T. KOSHIBA
CHARLES A. PRICE
Attorneys for Plaintiff