ERIC A. SEITZ
ATTORNEY AT LAW
A LAW CORPORATION

ERIC A. SEITZ           1412
LAWRENCE I. KAWASAKI  5820
RONALD N.W. KIM       8306
820 Mililani Street, Suite 714
Honolulu, Hawai'i    96813
Telephone:  (808)  533-7434
Facsimile: (808) 545-3608

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| UNITED PUBLIC WORKERS, AFSCME LOCAL 646, AFL-CIO, MUTUAL AID FUND TRUST, | ) ) ) ) | CIVIL NO. 03-00598 DAE/LEK DEFENDANT'S MOTION TO CONTINUE TRIAL AND TO EXTEND DISCOVERY CUT-OFF DATE; AFFIDAVIT OF ERIC A. SEITZ; CERTIFICATE OF SERVICE |
|---|---|---|
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| GARY W. RODRIGUES, | ) ) | |
| Defendant. | ) ) | (Trial: February 13, 2007) |
| _____ | ) | |

DEFENDANT'S MOTION TO CONTINUE TRIAL AND
TO EXTEND DISCOVERY CUT-OFF DATE

Defendant GARY W. RODRIGUES (hereinafter "Defendant"), by and

through his undersigned attorneys, hereby moves the Court for an Order continuing

the trial and extending the discovery cut-off date in this matter for a period of 6 months.

This motion is brought pursuant to Rule 7, Federal Rules of Civil Procedure, and Rules 6.2, 7.1, and 40.4, Local Rules of Practice for the U.S. District Court for the District of Hawaii, inter alia, and is based upon the attached affidavit of counsel, and the records and files herein.

DATED:   Honolulu, Hawai'i, December 27, 2006.

/s/ Eric A. Seitz
ERIC A. SEITZ
LAWRENCE I. KAWASAKI
RONALD N.W. KIM

Attorneys for Defendant
Gary W. Rodrigues