CERTIFICATE OF SERVICE

I DO HEREBY CERTIFY that one copy of the within was duly served this date electronically via CM/ECF upon the following at the address listed below:

>	JAMES E.T. KOSHIBA, ESQ.
>	CHARLES A. PRICE, ESQ.
>	KOSHIBA, AGENA & KUBOTA
>	2600 Pauahi Tower
>	1001 Bishop Street
>	Honolulu, Hawaii 96813
>	E-mail: cprice@koshibalaw.com

Dated: Honolulu, Hawaii, December 27, 2006.

>	/s/ Eric A. Seitz
>	ERIC A. SEITZ