ERIC A. SEITZ
ATTORNEY AT LAW
A LAW CORPORATION

ERIC A. SEITZ              1412
LAWRENCE I. KAWASAKI       5820
RONALD N.W. KIM            8306
820 Mililani Street
Suite 714
Honolulu, Hawaii  96813
Telephone No.:  (808) 533-7434
Facsimile No.:  (808) 545-3608

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED PUBLIC WORKERS, AFSCME LOCAL 646, AFL-CIO, MUTUAL AID FUND TRUST,<br><br>    Plaintiff,<br><br>vs.<br><br>GARY W. RODRIGUES,<br><br>    Defendant. | CIVIL NO. 03-00598 DAE/LEK<br><br>DEFENDANT'S EX PARTE MOTION TO SHORTEN TIME FOR HEARING DEFENDANT'S MOTION TO CONTINUE TRIAL AND TO EXTEND DISCOVERY CUT-OFF DATE; AFFIDAVIT OF ERIC A. SEITZ; CERTIFICATE OF SERVICE<br><br>(Trial:  February 13, 2007) |

DEFENDANT'S EX PARTE MOTION TO SHORTEN TIME
FOR HEARING DEFENDANT'S MOTION TO CONTINUE
TRIAL AND TO EXTEND DISCOVERY CUT-OFF DATE

2

Defendant Gary W. Rodrigues, by and through his undersigned attorneys, hereby moves the Court ex parte for an Order shortening the time for hearing the Defendant's motion to continue the trial of this case, which currently is set to commence on February 13, 2006, and to extend the discovery cut-off date. This motion is brought pursuant to Rules 6(d) and 78, Federal Rules of Civil Procedure, inter alia, and is based upon the attached affidavit and the records and files herein. This motion to shorten time is not opposed by the Plaintiff's counsel.

DATED: Honolulu, Hawaii, December 27, 2006.

/s/ Eric A. Seitz
ERIC A. SEITZ
LAWRENCE I. KAWASAKI
RONALD N.W. KIM