ERIC A. SEITZ
ATTORNEY AT LAW
A LAW CORPORATION

ERIC A. SEITZ            1412
LAWRENCE I. KAWASAKI     5820
RONALD N.W. KIM          8306
820 Mililani Street
Suite 714
Honolulu, Hawai`i 96813
Telephone No.:   533-7434
Facsimile No.:   545-3608

Attorneys for Defendant
Gary W. Rodrigues

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| UNITED PUBLIC WORKERS, AFSCME LOCAL 646, AFL-CIO, MUTUAL AID FUND TRUST,<br><br>            Plaintiff,<br><br>    vs.<br><br>GARY W. RODRIGUES,<br><br>            Defendant. | CIVIL NO. 03-00598 DAE/LEK<br><br>ORDER GRANTING DEFENDANT'S EX PARTE MOTION TO SHORTEN TIME FOR HEARING DEFEND-ANT'S MOTION TO CONTINUE TRIAL AND TO EXTEND DISCOVERY CUT-OFF DATE |

ORDER GRANTING DEFENDANT'S MOTION TO SHORTEN
TIME FOR HEARING DEFENDANT'S MOTION TO CONTINUE
TRIAL AND TO EXTEND DISCOVERY CUT-OFF DATE

Defendant Gary W. Rodrigues' Ex Parte Motion to Shorten Time for Hearing Defendant's Motion to Continue Trial and to Extend Discovery Cut-off having been filed herein on December 27, 2006;

And good cause appearing therefore;

The Motion to Shorten Time is GRANTED.

IT IS FURTHER ORDERED that the Hearing on Defendant's Motion to Continue Trial and to Extend Discovery Cut-off in the above entitled matter will be held before the Honorable Leslie E. Kobayashi, United States Magistrate Judge whose courtroom is located at 300 Ala Moana Boulevard, Honolulu, Hawai`i, at 11:00 a.m. on Tuesday the 11th day of January, 2007 or as soon thereafter as counsel may be heard.

DATED:     Honolulu, Hawai`i, January 3, 2007.



/S/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States Magistrate Judge

**UNITED PUBLIC WORKERS, AFSCME LOCAL 646, AFL-CIO, MUTUAL AID FUND TRUST V. GARY W. RODRIGUES; CIVIL NO. 03-00598 DAE-LEK; ORDER GRANTING DEFENDANT'S EX PARTE MOTION TO SHORTEN TIME FOR HEARING DEFENDANT'S MOTION TO CONTINUE TRIAL AND TO EXTEND DISCOVERY CUT-OFF DATE**