
ORIGINAL

KOSHIBA AGENA & KUBOTA

JAMES E. T. KOSHIBA         768-0
CHARLES A. PRICE            5098-0
2600 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii 96813
Telephone No.: 523-3900
Facsimile No.:  526-9829
email:  jkoshiba@koshibalaw.com
        cprice@koshibalaw.com

Attorneys for Plaintiffs

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 2 9 2006

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED PUBLIC WORKERS, AFSCME, LOCAL 646, AFL-CIO, MUTUAL AID FUND TRUST,<br><br>Plaintiff,<br><br>vs.<br><br>GARY RODRIGUES,<br><br>Defendant. | CIVIL NO. CV03-00598 DAE LEK<br><br>CERTIFICATE OF SERVICE RE: AMENDED NOTICE OF TAKING DEPOSITION UPON ORAL EXAMINATION<br><br>[ALBERT HEWITT, 1/16/07 at 10:00 a.m. (Hawaii time) (3:00 p.m. Eastern time)] |

CERTIFICATE OF SERVICE RE: AMENDED
NOTICE OF TAKING DEPOSITION UPON ORAL EXAMINATION

The undersigned hereby certifies that on the date noted below, a copy of the foregoing document will be duly served upon the following by facsimile and U.S. Mail, postage prepaid, addressed as follows:

ERIC A. SEITZ, ESQ.     [Facsimile: 545-3608]
820 Mililani Street, Suite 714
Honolulu, Hawaii 96813

Attorney for Defendant
GARY RODRIGUES

DATED: Honolulu, Hawaii, December 29, 2006.

_____
JAMES E.T. KOSHIBA
CHARLES A. PRICE
Attorneys for Plaintiffs