KOSHIBA AGENA & KUBOTA

JAMES E. T. KOSHIBA    768-0
CHARLES A. PRICE    5098-0
2600 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii 96813
Telephone No.:    523-3900
Facsimile No.:    526-9829
Email: jkoshiba@koshibalaw.com
       cprice@koshibalaw.com

Attorneys for Defendant
UNITED PUBLIC WORKERS,
AFSCME LOCAL 646, AFL-CIO,
MUTUAL AID FUND TRUST

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED PUBLIC WORKERS, AFSCME LOCAL 646, AFL-CIO, MUTUAL AID FUND TRUST, <br><br>Plaintiff,<br><br>vs.<br><br>GARY W. RODRIGUES,<br><br>Defendant. | CIVIL NO. CV03-00598 DAE/LEK<br><br>PLAINTIFF UNITED PUBLIC WORKERS, AFSCME LOCAL 646, AFL-CIO, MUTUAL AID FUND TRUST'S POSITION STATEMENT RE: DEFENDANT'S MOTION TO CONTINUE TRIAL AND TO EXTEND DISCOVERY CUTOFF DATE; CERTIFICATE OF SERVICE<br><br>HEARING:<br>DATE:    January 11, 2007<br>TIME:    11:00 a.m.<br>JUDGE:    Leslie E. Kobayashi<br><br>TRIAL DATE:    February 13, 2007 |
|---|---|

PLAINTIFF UNITED PUBLIC WORKERS, AFSCME LOCAL 646,
AFL-CIO, MUTUAL AID FUND TRUST'S POSITION STATEMENT
RE: DEFENDANT'S MOTION TO CONTINUE TRIAL
AND TO EXTEND DISCOVERY CUTOFF DATE

Plaintiff UNITED PUBLIC WORKERS, AFSCME LOCAL 646, AFL-CIO, MUTUAL AID FUND TRUST does not oppose continuing the trial date a few months in light of the difficulty in deposing witness Albert Hewitt.

Other than taking the Hewitt deposition, the discovery cutoff passed long ago and should not be extended. The trial in this case was previously continued without extending the discovery cutoff (except for the taking of the Hewitt deposition).

DATED: Honolulu, Hawaii, January 4, 2007.

/s/ Charles A. Price
JAMES E.T. KOSHIBA
CHARLES A. PRICE
Attorneys for UNITED PUBLIC WORKERS,
AFSCME LOCAL 646, AFL-CIO,
MUTUAL AID FUND TRUST