KOSHIBA AGENA & KUBOTA

JAMES E. T. KOSHIBA          768-0
CHARLES A. PRICE             5098-0
2600 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii 96813
Telephone No.:    523-3900
Facsimile No.:    526-9829
Email:  jkoshiba@koshibalaw.com
        cprice@koshibalaw.com

Attorneys for Defendant
UNITED PUBLIC WORKERS,
AFSCME LOCAL 646, AFL-CIO,
MUTUAL AID FUND TRUST

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED PUBLIC WORKERS, AFSCME LOCAL 646, AFL-CIO, MUTUAL AID FUND TRUST, <br><br> Plaintiff, <br><br> vs. <br><br> GARY W. RODRIGUES, <br><br> Defendant. | CIVIL NO. CV03-00598 DAE/LEK <br><br> CERTIFICATE OF SERVICE RE: PLAINTIFF UNITED PUBLIC WORKERS, AFSCME LOCAL 646, AFL-CIO, MUTUAL AID FUND TRUST'S POSITION STATEMENT RE: DEFENDANT'S MOTION TO CONTINUE TRIAL AND TO EXTEND DISCOVERY CUTOFF DATE <br><br> <u>HEARING</u>: <br> DATE:    January 11, 2007 <br> TIME:    11:00 a.m. <br> JUDGE:   Leslie E. Kobayashi <br><br> TRIAL DATE:  February 13, 2007 |

CERTIFICATE OF SERVICE RE: PLAINTIFF UNITED PUBLIC WORKERS, AFSCME LOCAL 646, AFL-CIO, MUTUAL AID FUND TRUST'S POSITION STATEMENT RE: DEFENDANT'S MOTION TO CONTINUE TRIAL AND TO EXTEND DISCOVERY CUTOFF DATE

The undersigned hereby certifies that one copy of Plaintiff United Public Workers, AFSCME Local 646, AFL-CIO, Mutual Aid Fund Trust's Position Statement Re: Defendant's Motion to Continue Trial and to Extend Discovery Cutoff Date, filed January 4, 2007, was duly served this date electronically via CM/ECF upon the following at the address listed below:

    ERIC A. SEITZ, ESQ.
    LAWRENCE I. KAWASAKI, ESQ.
    RONALD N.W. KIM, ESQ.
    820 Mililani Street, Suite 714
    Honolulu, Hawaii 96813
    Email: eseitzatty@yahoo.com

    Attorneys for Defendant
    GARY W. RODRIGUES

DATED: Honolulu, Hawaii, January 4, 2007.

/s/ Charles A. Price
JAMES E.T. KOSHIBA
CHARLES A. PRICE
Attorneys for Defendant
UNITED PUBLIC WORKERS, AFSCME LOCAL 646, AFL-CIO, MUTUAL AID FUND TRUST