# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

01/08/2007  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:    CV NO. 03-00598DAE-LEK
CASE NAME:      United Public Workers, et al. Vs. Gary W. Rodrigues

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:   Leslie E. Kobayashi           REPORTER:

DATE:    01/08/2007                    TIME:

COURT ACTION:EO:

COURT'S INCLINATION REGARDING DEFENDANT'S MOTION TO CONTINUE TRIAL AND TO EXTEND DISCOVERY CUT-OFF DATE

The Court, having reviewed Defendant Gary W. Rodrigues' Motion to Continue Trial and to Extend Discovery Cut-off Date, filed December 27, 2006 ("Motion"), hereby informs the parties of its inclination to GRANT the Motion for the reasons set forth in the Motion. The parties should address the length of the continuance and scope of the discovery extension at the hearing on the Motion.

The parties should appear at the January 9, 2007 hearing prepared to discuss these issues and/or to direct the Court to controlling case law that either supports or contradicts this matter. The Court notes that this inclination is intended only to help the parties prepare for oral argument and is not the Court's final decision in the matter. Rather, the parties are encouraged to raise relevant case law and/or facts to show the Court why its inclination is mistaken or correct.

Submitted by Leslie L. Sai, Courtroom Manager