# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

01/9/2007  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV NO. 03-00598DAE-LEK |
| CASE NAME: | United Public Worders, et al. Vs. Gary W. Rodrugues |
| ATTYS FOR PLA: | Charles A. Price |
| ATTYS FOR DEFT: | Eric A. Seitz |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | C5-FTR-9:00:36 |
| DATE: | 01/9/2007 | TIME: | 9:00a.m.-9:09a.m. |

COURT ACTION:   EP: Defendant's Motion to Continue Trial and to Extend Discovery Cut-Off Date and Final PreTrial Conference.

Defendant's Motion to Continue Trial and to Extend Discovery Cut-Off Date-9:03am-9:09am-The Motion is hereby Granted.  Amended Rule 16 Scheduling Conference Order to be issued.

1. Non-jury trial on August 28, 2007 at 9:00 a.m. before DAE
2. Final Pretrial Conference on July 17, 2007 at 9:00 a.m. before LEK
3. Final Pretrial Conference before District Judge N/A
4. Final Pretrial Statement by July 10, 2007
5. File motions to Join/Add Parties/Amend Pleadings-Closed.
6. File other Non-Dispositive Motions by May 30, 2007
7. File Dispositive Motions by March 28, 2007
8a. File Motions in Limine by August 7, 2007
8b. File opposition memo to a Motion in Limine by August 14, 2007
11a. Plaintiff's Expert Witness Disclosures-Closed
11b. Defendant's Expert Witness Disclosures-Closed
12. Discovery deadline June 29, 2007
13. Settlement Conference -On Call
14. Settlement Conference statements by
20. Submit Voir Dire Questions, Special Verdict Form, Concise Statement of Case and Jury Instructions by N/A

21. File Final witness list by August 7, 2007
24. Exchange Exhibit and Demonstrative aids by July 31, 2007
25. Stipulations re: Authenticity/Admissibility of Proposed Exhibits by August 7, 2007
26. File objections to the Exhibits by August 14, 2007
28a. File Deposition Excerpt Designations by August 7, 2007
28b. File Deposition Counter Designations and Objections by August 14, 2007
29. File Trial Brief by August 14, 2007
30. File Findings of Fact & Conclusions of Law by August 14, 2007

Other Matters:

Submitted by Leslie L. Sai, Courtroom Manager

CV NO. 03-00598DAE-LEK;
United Public Worders, et al. Vs. Gary W. Rodrugues;
Rule 16 Scheduling Conference Minutes
01/9/2007