ORIGINAL

KOSHIBA AGENA & KUBOTA

JAMES E. T. KOSHIBA        768-0
CHARLES A. PRICE           5098-0
2600 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii 96813
Telephone No.: 523-3900
Facsimile No.: 526-9829
email: jkoshiba@koshibalaw.com
       cprice@koshibalaw.com

Attorneys for Plaintiffs

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 2 6 2007

at 3 o'clock and __ min P M
SUE ___, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED PUBLIC WORKERS,<br>AFSCME, LOCAL 646, AFL-CIO,<br>MUTUAL AID FUND TRUST,<br><br>Plaintiff,<br><br>vs.<br><br>GARY RODRIGUES,<br><br>Defendant. | CIVIL NO. CV03-00598 DAE LEK<br><br>CERTIFICATE OF SERVICE RE:<br>AMENDED NOTICE OF TAKING<br>DEPOSITION UPON ORAL<br>EXAMINATION<br><br>[ALBERT HEWITT, 3/06/07 at 10:00<br>a.m. (Hawaii time) (3:00 p.m. Eastern<br>time)] |

CERTIFICATE OF SERVICE RE: AMENDED
NOTICE OF TAKING DEPOSITION UPON ORAL EXAMINATION

The undersigned hereby certifies that on the date noted below, a copy of the foregoing document was duly served upon the following by facsimile, addressed as follows:

ERIC A. SEITZ, ESQ.        [Facsimile: 545-3608]
820 Mililani Street, Suite 714
Honolulu, Hawaii 96813

Attorney for Defendant
GARY RODRIGUES

DATED: Honolulu, Hawaii, February 23, 2007.

_____
JAMES E.T. KOSHIBA
CHARLES A. PRICE
Attorneys for Plaintiffs