ERIC A. SEITZ
ATTORNEY AT LAW
A LAW CORPORATION

ERIC A. SEITZ              1412
LAWRENCE I. KAWASAKI   5820
RONALD N.W.B. KIM   8306
820 Mililani Street, Suite 714
Honolulu, Hawai'i        96813
Telephone:   (808)  533-7434
Facsimile: (808) 545-3608

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| UNITED PUBLIC WORKERS,   )<br>AFSCME LOCAL 646, AFL-CIO,   )<br>MUTUAL AID FUND TRUST,   )<br>                              )<br>            Plaintiff,   )<br>                              )<br>     vs.                      )<br>                              )<br>GARY W. RODRIGUES,   )<br>                              )<br>            Defendant.   )<br>_____   ) | CIVIL NO. 03-00598 DAE/LEK<br><br>DEFENDANT'S MOTION FOR<br>SUMMARY JUDGMENT;<br>MEMORANDUM IN SUPPORT;<br>CERTIFICATE OF SERVICE<br><br><br><br><br><br>(Trial: August 28, 2007) |

DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

      Defendant GARY W. RODRIGUES (hereinafter "Defendant"), by

and through his undersigned attorneys, hereby moves the Court for an order

granting summary judgment in his favor as to all claims asserted against him in

Plaintiff's Complaint filed on October 31, 2003.

This motion is brought pursuant to Rules 7, and 56(b), Federal Rules of Civil Procedure, inter alia, and is based upon the attached memorandum in support and attachments hereto, the records and files herein, and the arguments of counsel at the hearing on this motion.

DATED:    Honolulu, Hawai'i,    March 28, 2007            .

      /s/ Eric A. Seitz
ERIC A. SEITZ
LAWRENCE I. KAWASAKI
RONALD N.W.B. KIM

Attorneys for Defendant
Gary W. Rodrigues