IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | | |
|---|---|---|
| UNITED PUBLIC WORKERS, AFSCME LOCAL 646, AFL-CIO, MUTUAL AID FUND TRUST, | ) ) ) ) | CIVIL NO. 03-00598 DAE/LEK |
| Plaintiff, | ) ) | AFFIDAVIT OF ERIC A. SEITZ |
| vs. | ) ) | |
| GARY W. RODRIGUES, | ) ) | |
| Defendant. | ) ) | |
| _____ | ) | |

AFFIDAVIT OF ERIC A. SEITZ

| | |
|---|---|
| STATE OF HAWAII | ) |
| | ) SS. |
| CITY AND COUNTY OF HONOLULU | ) |

ERIC A. SEITZ, being first duly sworn on oath, deposes and says:

(1)  I am the principal attorney for the Defendant Gary W. Rodrigues in the above entitled matter.

(2)  Attached hereto as Exhibit 1 is a true and correct copy of the Affidavit of Gary W. Rodrigues attached to Defendant Rodrigues' Motion to Dismiss, filed herein on January 16, 2004.

(3)  I am informed and believe that attached hereto as Exhibit 2 is a true and correct copy of the document/instrument establishing the Mutual Aid

Trust, which was provided to me by UPW in a related case.

   (4) Attached hereto as Exhibit 3 is a true and correct copy of the Deposition Transcript of Albert Hewitt taken on March 6, 2007.

   (5) I am informed and believe that the Mutual Aid Trust has litigated claims in Florida for losses of funds resulting from the same investments which are the subject of this lawsuit, and that litigation has since concluded.

   (6) To date, Plaintiff has refused to inform me of the damages they recovered in that litigation.

          /s/ Eric A. Seitz
          ERIC A. SEITZ

Subscribed and sworn to before me
this  28th  day of    March     2007

   /s/ Juli T. Seitz
Notary Public, State of Hawai'i
My Commission Expires: Jan. 4, 2008

2