IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| UNITED PUBLIC WORKERS, AFSCME LOCAL 646, AFL-CIO, MUTUAL AID FUND TRUST, <br><br> Plaintiff, <br><br> vs. <br><br> GARY W. RODRIGUES, <br><br> Defendant. | CIVIL NO. 03-00598 DAE/LEK <br><br> AFFIDAVIT OF GARY W. RODRIGUES |

## AFFIDAVIT OF GARY W. RODRIGUES

STATE OF HAWAII      )
                     ) SS.
COUNTY OF KAUAI      )

GARY W. RODRIGUES, being first duly sworn on oath, deposes and says:

(1) I am the Defendant in the above entitled matter.

(2) From my knowledge and recollection of my experience as administrator of the Mutual Aid Fund Trust (hereinafter "Trust"), I am informed and believe that in or about 1991 the Trust retained Albert A. Hewitt to recommend and handle investments for the Trust.

(3) I am informed and believe that at the time he was retained by

the Trust, Mr. Hewitt was affiliated with Smith Barney, a well known and highly reputable investment firm, and who was highly recommended on the basis of his investment services to other entities in Hawaii.

(4) I am informed and believe that throughout the course of his prior involvement with the Trust Mr. Hewitt submitted regular reports to the sitting Trustees, and both his activities and his continued retention were scrutinized and authorized by the Trustees.

(5) I am informed and believe that Albert A. Hewitt recommended investments of Trust monies in Best Rescue Systems, Inc.

(6) At that time, I believed Mr. Hewitt's investment recommendation was reasonable and prudent investment based on his professional background and recommendations as well as his prior performance.

_____
GARY W. RODRIGUES

Subscribed and sworn to before me
this 22— day of March 2007

_____
Notary Public, State of Hawai'i
My Commission Expires: My Commission Expires: 11-19-2010