IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| UNITED PUBLIC WORKERS, ) <br> AFSCME LOCAL 646, AFL-CIO, ) <br> MUTUAL AID FUND TRUST, ) <br>                                                  ) <br>                              Plaintiff,   ) <br>                                                  ) <br>     vs.                                        ) <br>                                                  ) <br> GARY W. RODRIGUES,              ) <br>                                                  ) <br>                              Defendant.  ) <br> _____ ) | CIVIL NO. 03-00598 DAE/LEK <br><br> CERTIFICATE OF SERVICE |

<u>CERTIFICATE OF SERVICE</u>

I DO HEREBY CERTIFY that one copy of the within was duly served this date electronically via CM/ECF to the following at the address listed below:

        JAMES E.T. KOSHIBA, ESQ.
        CHARLES A. PRICE, ESQ.
        KOSHI BA, AGENA & KUBOTA
        2600 Pauahi Tower
        1001 Bishop Street
        Honolulu, Hawaii 96813
        Email: cprice@koshibalaw.com

Dated:   Honolulu, Hawaii,   March 28, 2007                .


          /s/ Eric A. Seitz
        ERIC A. SEITZ