IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED PUBLIC WORKERS, AFSCME, LOCAL 646, AFL-CIO, MUTUAL AID FUND TRUST, | ) ) ) | CIVIL NO. CV03-00598 DAE LEK |
| | ) | DECLARATION OF COUNSEL |
| Plaintiffs, | ) ) ) | |
| vs. | ) ) | |
| GARY W. RODRIGUES, | ) ) | |
| Defendant. | ) ) | |

DECLARATION OF COUNSEL

1. I am one of the attorneys for Plaintiff United Public Workers, AFSCME, Local 646, AFL-CIO, Mutual Aid Fund Trust in this action. I make the statements below based upon personal knowledge and am competent to testify to same.

2. Attached as Exhibit "0" is a true and correct copy of the condensed deposition transcript of the deposition of Albert Hewitt in Orlando, Florida, taken via telephone on March 6, 2007.

3. Attached as Exhibits "1" - "16" are true and correct copies of the deposition exhibits identified and authenticated by Albert Hewitt in his March 6, 2007 deposition (except that Ex. 16 was not authenticated, but was used to refresh

-2-

Mr. Hewitt's memory).

I, Charles A. Price, do declare under penalty of law that the foregoing is true and correct.

Dated:   Honolulu, Hawaii, May 4, 2007.

_____
CHARLES A. PRICE