## MUTUAL AID FUND TRUSTEES MEETING
### UPW Local Office
### Friday, February 19, 1999

### MINUTES

1. **Call to Order:** Meeting called to order at 9:00 a.m. by President Adaline Uhrle.

2. **Roll Call:** Roll taken: All 8 present.

3. **Approval of Agenda:** A M/S/C by Alison Leong/Joseph Vegas to approve the agenda as printed.

4. **Approval of Minutes - June 7, 1997 Meeting:** A M/S/C by Joseph Vegas/Craig Yugawa to accept the minutes as printed.

5. **Election of Officers:** An election of officers was conducted by Administrator Gary W. Rodrigues. The following were elected without opposition:

    Chair - Adaline Uhrle

    Vice Chair - Harold Moniz

    Secretary - George Yasumoto

6. **Investment Report (12/31/98):** The report was explained. No approval required. Further discussion conducted by Administrator Gary W. Rodrigues with recommendations to invest in Best Rescue, Inc.

7. **Duties and Powers of the Administrator, Item 2.** A M/S/C by Harold Moniz/Craig Yugawa to approve.

8. **Adjournment:** Meeting adjourned at 9:15 a.m.


Respectfully Submitted,



George M. Yasumoto
Secretary/Treasurer

EXHIBIT A