IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED PUBLIC WORKERS, AFSCME, LOCAL 646, AFL-CIO, MUTUAL AID FUND TRUST,<br><br>Plaintiff,<br><br>vs.<br><br>GARY RODRIGUES,<br><br>Defendant. | CIVIL NO. CV03-00598 DAE LEK<br><br>DECLARATION OF GEORGE YASUMOTO |

## DECLARATION OF GEORGE YASUMOTO

1.  I was a Trustee on the Board of Trustees for the United Public Workers, AFSCME Local 646, AFL-CIO, Mutual Aid Fund Trust ("MAF Trust") during the years in question, 1998 - 2001. I make the statements below based upon personal knowledge and am competent to testify to the same.

2.  During the above-referenced years, Gary Rodrigues was the State Director of UPW and the Plan Administrator of the MAF Trust.

3.  I was not given a copy of the MAF Trust declaration. Mr. Rodrigues ran the Board meetings and the meetings were always short and pro forma. Mr. Rodrigues controlled and handled investing the MAF Trust monies. The Board did not question Mr. Rodrigues' actions in meetings or his investment

decisions. I trusted him to act in the best interest of UPW and the MAF Trust.

4. The first time Mr. Rodrigues told the Board about investing in Best Rescue Systems, Inc. was in 1999. He told the Board that Best Rescue made a fire rescue product for high-rise buildings and that it was a "sure thing" or words to that effect.

5. I do not recall Mr. Rodrigues asking for or obtaining the Board's approval about Best Rescue. The total amount and terms of the loans to Best Rescue were not discussed beforehand with the Board. I do not recall the Board voting on any Best Rescue loans.

6. The next time Mr. Rodrigues told the Board about Best Rescue, he said that the Best Rescue was in default on its loans and a lawsuit was filed to collect the money owed to the MAF Trust. Later, he told the Board that the monies invested in Best Rescue would be written off as a loss.

I, George Yasumoto, do declare under penalty of law that the foregoing is true and correct.

DATED: Honolulu, Hawaii, May 2, 2007.

GEORGE YASUMOTO

2