IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED PUBLIC WORKERS, ) AFSCME, LOCAL 646, AFL-CIO, ) MUTUAL AID FUND TRUST, ) | CIVIL NO. CV03-00598 DAE LEK |
| ) | CERTIFICATE OF SERVICE |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| GARY RODRIGUES, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the date noted below, a copy

of the foregoing document was duly served upon the following by hand delivery,

addressed as follows:

ERIC A. SEITZ, ESQ.
820 Mililani Street, Suite 714
Honolulu, Hawaii 96813

Attorney for Defendant
GARY RODRIGUES

DATED: Honolulu, Hawaii, May 4, 2007.

_____
JAMES E.T. KOSHIBA
CHARLES A. PRICE
Attorneys for Plaintiff