KOSHIBA AGENA & KUBOTA

| | |
|---|---|
| JAMES E. T. KOSHIBA | 768-0 |
| CHARLES A. PRICE | 5098-0 |

2600 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii 96813
Telephone No.: 523-3900
Facsimile No.: 526-9829
email:  jkoshiba@koshibalaw.com
            cprice@koshibalaw.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED PUBLIC WORKERS, AFSCME, LOCAL 646, AFL-CIO, MUTUAL AID FUND TRUST, | ) ) ) ) | CIVIL NO. CV03-00598 DAE LEK<br><br>PLAINTIFF'S MOTION TO STRIKE DEFENDANT'S REPLY TO PLAINTIFF'S MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, FILED MARCH 28, 2007, FILED MAY 11, 2007; MEMORANDUM IN SUPPORT OF MOTION; CERTIFICATE OF SERVICE |
| Plaintiffs, | ) ) ) | |
| vs. | ) ) | |
| GARY RODRIGUES, | ) ) | |
| Defendant. | ) ) ) ) ) ) ) ) | Hrg. Date: _____<br>Hrg. Time: _____<br>Hrg. Judge: Hon. David Ezra<br><br>Trial Date: August 28, 2007 |

PLAINTIFF'S MOTION TO STRIKE DEFENDANT'S REPLY TO PLAINTIFF'S MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, FILED MARCH 28, 2007, FILED MAY 11, 2007

Plaintiff UNITED PUBLIC WORKERS, AFSCME, LOCAL 646, AFL-CIO, MUTUAL AID FUND TRUST ("Mutual Aid Fund") respectfully moves to this Court to strike Defendant's Reply to Plaintiff's Memorandum In Opposition to Defendant's Motion for Summary Judgment, Filed March 28, 2007, filed May 11, 2007 ("Reply Memo"), because the Reply Memo makes new arguments and cites new legal authority that were not raised or cited in Defendant's original Motion for Summary Judgment.

This Motion is pursuant to FRCP Rule 7(b) and Local Rule 7.4 of the Rules of the U. S. District Court for the District of Hawaii, and is based upon the Memorandum In Support attached hereto, and such further argument as may be presented at the hearing hereon.

DATED: Honolulu, Hawaii, May 14, 2007.

_____
JAMES E.T. KOSHIBA
CHARLES A. PRICE
Attorneys for Plaintiff