

KOSHIBA AGENA & KUBOTA

| | |
|---|---|
| JAMES E. T. KOSHIBA | 768-0 |
| CHARLES A. PRICE | 5098-0 |

2600 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii 96813
Telephone No.: 523-3900
Facsimile No.: 526-9829
email: jkoshiba@koshibalaw.com
          cprice@koshibalaw.com

Attorneys for Plaintiff



FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 15 2007

at 3 o'clock and ___ min ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED PUBLIC WORKERS, AFSCME, LOCAL 646, AFL-CIO, MUTUAL AID FUND TRUST,<br><br>Plaintiffs,<br><br>vs.<br><br>GARY RODRIGUES,<br><br>Defendant. | CIVIL NO. CV03-00598 DAE LEK<br><br>PLAINTIFF'S MOTION FOR SUBSTITUTION OF REAL PARTY IN INTEREST; MEMORANDUM IN SUPPORT OF MOTION; CERTIFICATE OF SERVICE<br><br>Hrg. Date: _____<br>Hrg. Time: _____<br>Hrg. Judge: _____<br><br>Trial Date: August 28, 2007 |

PLAINTIFF'S MOTION FOR
SUBSTITUTION OF REAL PARTY IN INTEREST

Plaintiff UNITED PUBLIC WORKERS, AFSCME, LOCAL 646, AFL-CIO, MUTUAL AID FUND TRUST ("Mutual Aid Fund") pursuant to FRCP Rules

-2-

17(a) respectfully moves to substitute Steven DeCosta, in his representative capacity as Chairperson of the Board of Trustees of the Mutual Aid Fund, as the real party in interest and party plaintiff or, alternatively, pursuant to FRCP Rules 15, 19(a) and 20, to join Steven DeCosta, in his representative capacity as Chairperson of the Board of Trustees of the Mutual Aid Fund, as a party plaintiff.

This Motion is based upon the Memorandum In Support attached hereto, the pleadings and filings herein, and such further argument as may be presented at the hearing hereon.

DATED: Honolulu, Hawaii, May 15, 2007.

_____
JAMES E.T. KOSHIBA
CHARLES A. PRICE
Attorneys for Plaintiff