ERIC A. SEITZ
ATTORNEY AT LAW
A LAW CORPORATION

ERIC A. SEITZ                1412
LAWRENCE I. KAWASAKI   5820
RONALD N.W.B. KIM        8306
820 Mililani Street, Suite 714
Honolulu, Hawai'i     96813
Telephone:  (808)  533-7434
Facsimile: (808) 545-3608

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | | |
|---|---|---|
| UNITED PUBLIC WORKERS, AFSCME LOCAL 646, AFL-CIO, MUTUAL AID FUND TRUST, <br><br>           Plaintiff, <br><br>vs. <br><br>GARY W. RODRIGUES, <br><br>           Defendant. <br>_____ | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CIVIL NO. 03-00598 DAE/LEK <br><br> DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION TO STRIKE DEFENDANT'S REPLY TO PLAINTIFF'S MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, FILED MARCH 28, 2007; CERTIFICATE OF SERVICE <br><br>Hearing: <br>      Date: <u>July 23, 2007</u> <br>      Time: <u>9:45 a.m.</u> <br>      Judge: <u>Hon. David A. Ezra</u> <br><br>(Trial: August 28, 2007) |

DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION
TO STRIKE DEFENDANT'S REPLY TO PLAINTIFF'S
MEMORANDUM IN OPPOSITION TO DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT, FILED MARCH 28, 2007

  Defendant Gary Rodrigues submits that in light of Plaintiff's Motion for Substitution of Real Party in Interest filed May 1, 2007 which addresses the issue of Plaintiff's standing, and which is scheduled to be heard by Magistrate Judge Leslie E. Kobayashi at 9:30 a.m. on June 20, 2007, Plaintiff's Motion to Strike Defendant's Reply to Plaintiff's Memorandum in Opposition to Defendant's Motion for Summary Judgment, filed March 28, 2007 should be deemed moot.

  DATED: Honolulu, Hawai'i, __May 25, 2007__.


           /s/ Eric A. Seitz
          ERIC A. SEITZ
          LAWRENCE I. KAWASAKI
          RONALD N.W.B. KIM

          Attorneys for Defendant
          Gary W. Rodrigues

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| UNITED PUBLIC WORKERS, AFSCME LOCAL 646, AFL-CIO, MUTUAL AID FUND TRUST,<br><br>    Plaintiff,<br><br>vs.<br><br>GARY W. RODRIGUES,<br><br>    Defendant.<br>_____ | CIVIL NO. 03-00598 DAE/LEK<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

I DO HEREBY CERTIFY that one copy of the within was duly served this date electronically via CM/ECF to the following at the address listed below:

  JAMES E.T. KOSHIBA, ESQ.
  CHARLES A. PRICE, ESQ.
  KOSHIBA, AGENA & KUBOTA
  2600 Pauahi Tower
  1001 Bishop Street
  Honolulu, Hawaii 96813
  Email: cprice@koshibalaw.com

Dated:  Honolulu, Hawaii,   May 25, 2007                .


            /s/ Eric A. Seitz
          ERIC A. SEITZ