# MINUTES

CASE NUMBER:     CV NO. 03-00598DAE-LEK

CASE NAME:       United Public Workers, et al. Vs. Gary W. Rodrigues

ATTYS FOR PLA:   Charles A. Price

ATTYS FOR DEFT:  Eric Seitz

INTERPRETER:

---

JUDGE:   Leslie E. Kobayashi        REPORTER:   C7-FTR-9:32:50

DATE:    06/20/2007                 TIME:       9:32am-9:38am

---

COURT ACTION:   EP: Plaintiff's Motion for Substitution of Real Party in Interest-Oral Argument Held.  This Motion is hereby Granted.   Court to prepare the Order.

Discovery Conference Held.  Mr. Seitz will prepare Stipulated Protective Order re Hewitt information and parties to arrange for production of information.  Defendant may file Motion to Continue Trial, to compel discovery and/or modify R 16 Scheduling Order, and R56 (f) extension of time.

Submitted by Leslie L. Sai, Courtoom Manager