# MINUTES

CASE NUMBER:        CIVIL NO. 03-00598DAE-LEK

CASE NAME:          United Public Workers, et al. Vs. Gary W. Rodrigues

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:    Leslie E. Kobayashi            REPORTER:

DATE:     06/27/2007                     TIME:

COURT ACTION:  EO: Regarding Plaintiff's Motion for Substitution of Real Party in Interest.

The Court GRANTS the Motion for the reasons set forth in its Inclination.

IT IS SO ORDERED.

Submitted by: Warren N. Nakamura, Courtroom Manager