ERIC A. SEITZ
ATTORNEY AT LAW
A LAW CORPORATION

ERIC A. SEITZ                   1412
LAWRENCE I. KAWASAKI   5820
820 Mililani Street,  Suite 714
Honolulu, Hawai'i        96813
Telephone:   (808)  533-7434
Facsimile: (808) 545-3608

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | | |
|---|---|---|
| UNITED PUBLIC WORKERS, AFSCME LOCAL 646, AFL-CIO, MUTUAL AID FUND TRUST, | ) ) ) ) | CIVIL NO. 03-00598 DAE/LEK |
| Plaintiff, | ) ) | DEFENDANT'S MOTION FOR LEAVE TO WITHDRAW DEFENDANT'S MOTION FOR SUMMARY JUDGMENT |
| vs. | ) ) | WITHOUT PREJUDICE , AND FOR LEAVE TO REFILE AFTER |
| GARY W. RODRIGUES, | ) ) | COMPLETION OF DISCOVERY; MEMORANDUM IN SUPPORT; |
| Defendant. | ) ) ) | CERTIFICATE OF SERVICE |
| | ) ) | Hearing: |
| | ) ) ) | Date:  July 23, 2007 Time: 9:45 a.m. Judge: Hon. David A. Ezra |
| _____ | ) ) | (Trial: August 28, 2007) |

DEFENDANT'S MOTION FOR LEAVE TO WITHDRAW
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT
WITHOUT PREJUDICE , AND FOR LEAVE TO REFILE

## MOTION AFTER COMPLETION OF DISCOVERY

Defendant GARY W. RODRIGUES (hereinafter "Defendant"), by and through his undersigned attorneys, hereby moves the Court for an order granting Defendant leave to withdraw his motion for summary judgment filed March 28, 2007, without prejudice, and for leave to refile a dispositive motion after completion of discovery.

This motion is brought pursuant to Rules 7(b), 16(b), and 56(f), Federal Rules of Civil Procedure, and Rules 6.2, and 7.1, Local Rules of Practice for the U.S. District Court of Hawaii, inter alia, and is based upon the attached memorandum in support and attachments hereto, the records and files herein, and the arguments of counsel at the hearing on this motion.

Defendant is concurrently filing a motion with the magistrate judge to continue the trial of this case and to modify the current Rule 16 Scheduling Order to permit Defendant to take oral depositions of former and current trustees of the United Public Workers, AFSME, Local 646, Mutual Aid Fund Trust, including the

/

/

/

/

newly named Plaintiff, and to file further motions based on evidence obtained in

such discovery.

DATED:    Honolulu, Hawai'i,  July 6, 2007            .


   /s/ Eric A. Seitz
ERIC A. SEITZ
LAWRENCE I. KAWASAKI

Attorneys for Defendant
Gary W. Rodrigues

3