ERIC A. SEITZ
ATTORNEY AT LAW
A LAW CORPORATION

ERIC A. SEITZ                1412
LAWRENCE I. KAWASAKI   5820
820 Mililani Street, Suite 714
Honolulu, Hawai'i     96813
Telephone:  (808)  533-7434
Facsimile: (808) 545-3608

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | | |
|---|---|---|
| UNITED PUBLIC WORKERS, AFSCME LOCAL 646, AFL-CIO, MUTUAL AID FUND TRUST, | ) ) ) ) | CIVIL NO. 03-00598 DAE/LEK  DEFENDANT'S MOTION TO CONTINUE TRIAL AND FOR MODIFICATION OF RULE 16 SCHEDULING ORDER; MEMORANDUM IN SUPPORT; CERTIFICATE OF SERVICE |
| Plaintiff, | ) ) ) ) | |
| vs. | ) ) | |
| GARY W. RODRIGUES, | ) ) | |
| Defendant. | ) ) | |
| _____ | ) | (Trial: August 28, 2007) |

DEFENDANT'S MOTION TO CONTINUE TRIAL AND FOR
MODIFICATION OF RULE 16 SCHEDULING ORDER

      Defendant GARY W. RODRIGUES (hereinafter "Defendant"), by

and through his undersigned attorneys, hereby moves the Court for an order

continuing trial, modifying the Rule 16 Scheduling Order to extend the discovery

deadline in this matter to allow Defendant to take the oral depositions of current and past trustees of Plaintiff, United Public Workers, AFSME, Local 646, Mutual Aid Fund Trust, and extending the motions deadlines to permit Defendant to file appropriate motions based on evidence revealed in such additional discovery.

This motion is brought pursuant to Rules 7(b), and 16(b), Federal Rules of Civil Procedure, and Rules 6.2, 7.1, 40.4, Local Rules of Practice for the U.S. District Court of Hawaii, <u>inter alia</u>, and is based upon the attached memorandum in support, the records and files herein, and the arguments of counsel at the hearing on this motion.

DATED: Honolulu, Hawai'i, <u>July 6, 2007</u>.

 /s/ Eric A. Seitz
ERIC A. SEITZ
LAWRENCE I. KAWASAKI

Attorneys for Defendant
Gary W. Rodrigues