IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| UNITED PUBLIC WORKERS, ) <br> AFSCME LOCAL 646, AFL-CIO, ) <br> MUTUAL AID FUND TRUST, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> GARY W. RODRIGUES, ) <br> ) <br> Defendant. ) <br> _____ ) | CIVIL NO. 03-00598 DAE/LEK <br><br> CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

I DO HEREBY CERTIFY that one copy of the within was duly served this date electronically via CM/ECF to the following at the address listed below:

> JAMES E.T. KOSHIBA, ESQ.
> CHARLES A. PRICE, ESQ.
> KOSHI BA, AGENA & KUBOTA
> 2600 Pauahi Tower
> 1001 Bishop Street
> Honolulu, Hawaii 96813
> Email: cprice@koshibalaw.com

DATED:   Honolulu, Hawaii,  July 6, 2007                .


    /s/ Eric A. Seitz
    ERIC A. SEITZ