ERIC A. SEITZ
ATTORNEY AT LAW
A LAW CORPORATION

ERIC A. SEITZ            1412
LAWRENCE I. KAWASAKI   5820
820 Mililani Street, Suite 714
Honolulu, Hawai'i 96813
Telephone:  (808)  533-7434
Facsimile: (808) 545-3608

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | | |
|---|---|---|
| UNITED PUBLIC WORKERS, AFSME, LOCAL 646, AFL-CIO, MUTUAL AID FUND TRUST, | ) ) ) ) | CIVIL NO. 03-00598 DAE/LEK |
| Plaintiff, | ) ) | STIPULATION TO SHORTEN TIME FOR HEARING ON DEFENDANT'S MOTION TO CONTINUE TRIAL AND FOR MODIFICATION OF RULE 16 SCHEDULING ORDER [FILED JULY 6, 2007] |
| vs. | ) ) ) | |
| GARY W. RODRIGUES, | ) ) | |
| Defendant. | ) ) | |
| _____ | ) | (Trial: August 28, 2007) |

STIPULATION TO SHORTEN TIME FOR
HEARING ON DEFENDANT'S MOTION TO CONTINUE
TRIAL AND FOR MODIFICATION OF RULE 16
SCHEDULING ORDER [FILED JULY 6, 2007]

IT IS HEREBY STIPULATED AND AGREED by and between the

parties hereto, Defendant Gary W. Rodrigues and Plaintiff United Public Workers,

AFSME, Local 646, AFL-CIO, Mutual Aid Fund Trust, by and through their respective undersigned attorneys that the time for hearing Defendant's Motion to Continue Trial and for Modification of Rule 16 Scheduling Order [Filed July 6, 2007] be shortened, and that the motion be scheduled for hearing at 9:30 a.m., August 1, 2007 before the Honorable Leslie Kobayashi.

DATED: Honolulu, Hawai'i, July 10, 2007.

>GARY W. RODRIGUES, Defendant
>
>By   /s/ Eric A. Seitz
>     ERIC A. SEITZ, ESQ.
>     LAWRENCE I. KAWASAKI, ESQ.
>     His Counsel

DATED: Honolulu, Hawai'i, July 10, 2007.

>STEVEN DECOSTA, Plaintiff
>
>By   /s/ Charles A. Price
>     JAMES K. KOSHIBA, ESQ.
>     CHARLES A. PRICE
>     His Counsel

APPROVED AND SO ORDERED



 /S/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States Magistrate Judge

UNITED PUBLIC WORKERS, ET AL. v. GARY W. RODRIGUES, Civil No. 03-00598 DAE/LEK; STIPULATION TO SHORTEN TIME FOR HEARING ON DEFENDANT'S MOTION TO CONTINUE TRIAL AND FOR MODIFICATION OF RULE 16 SCHEDULING ORDER [FILED JULY 6, 2007]