# MINUTES

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 03-00598DAE-LEK |
| CASE NAME: | Steven DeCosta in his representative capacity as Chairperson of the Board of Trustees of United Public Workers, AFSCME, Local 646, AFL-CIO, Mutual Aid Fund Trust, real party in interest United Public Workers, AFSCME, Local 646, AFL-CIO vs. Gary W. Rodrigues |
| ATTYS FOR PLA: | Charles A. Price |
| ATTYS FOR DEFT: | Eric A. Seitz |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | FTR-Courtroom 7 |
| DATE: | 08/01/2007 | TIME: | 9:55-10:08 |

COURT ACTION:  EP: Defendant's Motion to Continue Trial and for Modification of Rule 16 Scheduling Order; Final Pretrial Conference (to follow, if necessary) - Arguments heard.

Motion Granted and terminated.  Court to issue Order.

New trial date and deadlines given. **Amended** Rule 16 Scheduling Order to be issued. (See separate minutes).

Over objections by Counsel.  Court allows Discovery as to Steven DeCosta, Alison Leong, George Yasumoto and Dayton Nakanelua.

Submitted by: Warren N. Nakamura, Courtroom Manager