# MINUTES

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 03-00598DAE-LEK |
| CASE NAME: | Steven DeCosta in his representative capacity as Chairperson of the Board of Trustees of United Public Workers, AFSCME, Local 646, AFL-CIO, Mutual Aid Fund Trust, real party in interest United Public Workers, AFSCME, Local 646, AFL-CIO vs. Gary W. Rodrigues |
| ATTYS FOR PLA: | |
| ATTYS FOR DEFT: | |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | |
| DATE: | 08/01/2007 | TIME: | |

COURT ACTION: EO: New trial date and deadlines given. **Amended** Rule 16 Scheduling Order to be issued.

1. Non-jury trial on March 11, 2008 at 9:00 a.m. before DAE
2. Final Pretrial Conference on January 29, 2008 at 9:00 a.m. before LEK
3. Final Pretrial Conference before District Judge N/A
4. Final Pretrial Statement by January 22, 2008
5. File motions to Join/Add Parties/Amend Pleadings by **N/A**
6. File other Non-Dispositive Motions by **N/A**
7. File Dispositive Motions by **October 10, 2007**
8a. File Motions in Limine by February 19, 2008
8b. File opposition memo to a Motion in Limine by February 26, 2008
11a. Plaintiff's Expert Witness Disclosures by **N/A**
11b. Defendant's Expert Witness Disclosures by **N/A**
12. Discovery deadline **November 20, 2007 (as to Steven DeCosta, Alison Leong, George Yasumoto and Dayton Nakanelua)**
13. Settlement Conference set for **on call** before LEK
14. Settlement Conference statements by **N/A**
20. Submit Voir Dire Questions, Special Verdict Form, Concise Statement of Case and Jury Instructions by N/A
21. File Final witness list by February 19, 2008
24. Exchange Exhibit and Demonstrative aids by February 12, 2008
25. Stipulations re: Authenticity/Admissibility of Proposed Exhibits by February 19,

      2008
26.   File objections to the Exhibits by February 26, 2008
28a.  File Deposition Excerpt Designations by February 19, 2008
28b.  File Deposition Counter Designations and Objections by February 26, 2008
29.   File Trial Brief by February 26, 2008
30.   File Findings of Fact & Conclusions of Law by February 26, 2008

Other Matters: **Amended** Rule 16 Scheduling Order to be issued.

Submitted by: Warren N. Nakamura, Courtroom Manager

CIVIL NO. 03-00598DAE-LEK;
Steven DeCosta in his representative capacity as Chairperson of the Board of Trustees of United Public Workers, AFSCME, Local 646, AFL-CIO, Mutual Aid Fund Trust, real party in interest United Public Workers, AFSCME, Local 646, AFL-CIO vs. Gary W. Rodrigues; Rule 16 Scheduling Conference Minutes
08/01/2007