# MINUTES

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 03-00598DAE-LEK |
| CASE NAME: | Steven DeCosta in his representative capacity as Chairperson of the Board of Trustees of United Public Workers, AFSCME, Local 646, AFL-CIO, Mutual Aid Fund Trust, real party in interest United Public Workers, AFSCME, Local 646, AFL-CIO vs. Gary W. Rodrigues |
| ATTYS FOR PLA: | |
| ATTYS FOR DEFT: | |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | |
| DATE: | 08/02/2007 | TIME: | |

COURT ACTION:  EO: Before the Court is Defendant's Motion to Continue Trial and for Modification of Rule 16 Scheduling Order, filed July 6, 2007.  The matter came on for hearing on August 1, 2007.  Appearing on behalf of Plaintiff was Charles A. Price, Esq.  Eric Seitz, Esq., appeared on behalf of Defendant.  After careful consideration of the Motion, the supporting and opposing memoranda, and the arguments of counsel, this Court GRANTS Defendant's Motion.  The Court finds that in light of the recent addition of Steven DeCosta as a party, as well as Judge Ezra's July 9, 2007 Order, there exists good cause to continue the trial date and to permit the parties to conduct discovery related to Steven DeCosta, Alison Leong, George Yasumoto, and Dayton Nakanelua.

   Based on the foregoing, the Court HEREBY GRANTS Defendant's Motion to Continue Trial and for Modification of Rule 16 Scheduling Order, filed July 6, 2007. The Court will issue an amended Rule 16 Scheduling Order.

   IT IS SO ORDERED.

Submitted by: Warren N. Nakamura, Courtroom Manager