IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | | |
|---|---|---|
| STEVEN DE COSTA, in his representative capacity as Chairperson of the Board of Trustees of United Public Workers, AFSCME, Local 646, AFL-CIO, Mutual Aid Trust Fund, Real Party in interest United Public Workers Union, AFSCME, Local 646, AFL-CIO, | ) ) ) ) ) ) ) ) ) ) | CIVIL NO. 03-00598 DAE/LEK<br><br>CERTIFICATE OF SERVICE<br>[Re: Notice of Taking Depositions Upon Oral Examinations for Steven De Costa, Alison Leong, George Yasumoto, Dayton Nakanelua] |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| GARY W. RODRIGUES, | ) ) | |
| Defendant. | ) ) | |
| _____ | ) | |

CERTIFICATE OF SERVICE

I DO HEREBY CERTIFY that one copy of the Notice of Taking Depositions Upon Oral Examination was duly served this date via U.S. Mail, First-class, postage prepaid to the following at the address listed below:

> JAMES E.T. KOSHIBA, ESQ.
> CHARLES A. PRICE, ESQ.
> KOSHI BA, AGENA & KUBOTA
> 2600 Pauahi Tower
> 1001 Bishop Street
> Honolulu, Hawaii 96813
> Email: cprice@koshibalaw.com

DATED: Honolulu, Hawaii, September 17, 2007.

   /s/ Eric A. Seitz
ERIC A. SEITZ