ERIC A. SEITZ
ATTORNEY AT LAW
A LAW CORPORATION

ERIC A. SEITZ              1412
LAWRENCE I. KAWASAKI   5820
DELLA A. BELATTI          7945
820 Mililani Street
Suite 714
Honolulu, Hawaii 96813
Telephone No.:    (808) 533-7434
Facsimile No.:    (808) 545-3608

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | | |
|---|---|---|
| STEVEN DE COSTA, in his representative capacity as Chairperson of the Board of Trustees of United Public Workers, AFSCME, Local 646, AFL-CIO, Mutual Aid Trust Fund, Real Party in interest United Public Workers Union, AFSCME, Local 646, AFL-CIO, | ) ) ) ) ) ) ) ) ) ) | CIVIL NO. 03-00598 DAE/LEK<br><br>CERTIFICATE OF SERVICE<br>[Re: Amended Notice of Taking Deposition Upon Oral Examination for Dayton Nakanelua] |
|             Plaintiff, | ) ) | |
|    vs. | ) ) | |
| GARY W. RODRIGUES, | ) ) | |
|           Defendant.<br>_____ | ) ) | |

CERTIFICATE OF SERVICE

I DO HEREBY CERTIFY that one copy of the Amended Notice of

Taking Deposition Upon Oral Examination was duly served this date via hand

delivery to the following at the address listed below:

> JAMES E.T. KOSHIBA, ESQ.
> CHARLES A. PRICE, ESQ.
> KOSHI BA, AGENA & KUBOTA
> 2600 Pauahi Tower
> 1001 Bishop Street
> Honolulu, Hawaii 96813
> Email: cprice@koshibalaw.com

DATED:   Honolulu, Hawaii, October 3, 2007.


/s/ Eric A. Seitz
ERIC A. SEITZ