LODGED    ORIGINAL

OCT 11 2007
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 15 2007

at __ o'clock and __ min __ M
SUE BEITIA, CLERK

ERIC A. SEITZ
ATTORNEY AT LAW
A LAW CORPORATION

ERIC A. SEITZ            1412
LAWRENCE I. KAWASAKI     5820
DELLA A. BELATTI         7945
820 Mililani Street, Suite 714
Honolulu, Hawai'i    96813
Telephone: (808) 533-7434
Facsimile: (808) 545-3608

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| STEVEN DE COSTA, in his representative capacity as Chairperson of the Board of Trustees of United Public Workers, AFSCME Local 646, AFL-CIO, Mutual Aid Fund Trust, Real Party in Interest United Public Workers, AFSCME, Local 646, AFL-CIO,<br><br>Plaintiffs,<br><br>vs.<br><br>GARY W. RODRIGUES,<br><br>Defendant. | CIVIL NO. 03-00598 DAE/LEK<br><br>STIPULATION TO EXTEND DISPOSITIVE MOTIONS DEADLINE AND ORDER<br><br><br><br>(Trial: March 11, 2008) |

## STIPULATION TO EXTEND DISPOSITIVE
## MOTIONS DEADLINE

WHEREAS the oral deposition of Dayton Nakanelua, originally scheduled for October 2, 2007 at 2:30 pm., has been rescheduled to October 16, 2007 at 9:30 a.m. to accommodate Mr. Nakanelua's schedule;

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, through their respective undersigned counsel, that the deadline for dispositive motions, currently set for October 10, 2007, be extended to October 24, 2007.

Dated: Honolulu, Hawai'i, OCT 1 5 2007.

_____  
JAMES E.T. KOSHIBA, ESQ.  
CHARLES A. PRICE, ESQ.  
Attorneys for Plaintiffs

_____  
ERIC A. SEITZ, ESQ.  
LAWRENCE I. KAWASAKI, ESQ.  
DELLA A. BELATTI, ESQ.  
Attorneys for Defendant  
Gary W. Rodrigues

APPROVED AND SO ORDERED:

_____  
Leslie E. Kobayashi  
Magistrate Judge

STEVEN DE COSTA v. GARY W. RODRIGUES, CIVIL NO. 03-00598 DAE/LEK, STIPULATION TO EXTEND DISPOSITIVE MOTIONS DEADLINE