ERIC A. SEITZ
ATTORNEY AT LAW
A LAW CORPORATION

| | |
|---|---|
| ERIC A. SEITZ | 1412 |
| LAWRENCE I. KAWASAKI | 5820 |
| DELLA A. BELATTI | 7945 |

820 Mililani Street, Suite 714
Honolulu, Hawai'i    96813
Telephone:   (808)  533-7434
Facsimile: (808) 545-3608

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| STEVEN DE COSTA, in his representative capacity as Chairperson of the Board of Trustees of United Public Workers, AFSCME, Local 646, AFL-CIO, Mutual Aid Trust Fund, Real Party in interest United Public Workers Union, AFSCME, Local 646, AFL-CIO,<br><br>    Plaintiffs,<br><br> vs.<br><br>GARY W. RODRIGUES,<br><br>    Defendant.<br>_____ | CIVIL NO. 03-00598 DAE/LEK<br><br>DEFENDANT'S RENEWED MOTION FOR SUMMARY JUDGMENT; MEMORANDUM IN SUPPORT; CERTIFICATE OF SERVICE<br><br><br>(Trial: March 11, 2008) |

DEFENDANT'S RENEWED MOTION FOR SUMMARY JUDGMENT

Defendant GARY W. RODRIGUES (hereinafter "Rodrigues"), by and through his undersigned attorneys, hereby moves the Court for an order granting summary judgment in his favor as to all claims asserted against him in Plaintiff's Complaint filed on October 31, 2003.

This motion is brought pursuant to Rules 7, and 56(b), Federal Rules of Civil Procedure, inter alia, and is based upon the attached memorandum in support and attachments hereto, the records and files herein, and the arguments of counsel at the hearing on this motion.

DATED:   Honolulu, Hawai'i,   October 24, 2007   .

   /s/ Eric A. Seitz
ERIC A. SEITZ
LAWRENCE I. KAWASAKI
DELLA A. BELATTI

Attorneys for Defendant
Gary W. Rodrigues