IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| STEVEN DE COSTA, in his representative capacity as Chairperson of the Board of Trustees of United Public Workers, AFSCME, Local 646, AFL-CIO, Mutual Aid Trust Fund, Real Party in interest United Public Workers Union, AFSCME, Local 646, AFL-CIO, <br><br>          Plaintiff, <br><br>     vs. <br><br>GARY W. RODRIGUES, <br><br>          Defendant. <br>_____ | CIVIL NO. 03-00598 DAE/LEK <br><br> CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

I DO HEREBY CERTIFY that one copy of the within was duly served this date electronically via CM/ECF to the following at the address listed below:

> JAMES E.T. KOSHIBA, ESQ.
> CHARLES A. PRICE, ESQ.
> KOSHIBA, AGENA & KUBOTA
> 2600 Pauahi Tower
> 1001 Bishop Street
> Honolulu, Hawaii 96813
> Email: cprice@koshibalaw.com

Dated:  Honolulu, Hawaii,   October 24, 2007                      .


        /s/ Eric A. Seitz
ERIC A. SEITZ