IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| STEVEN DE COSTA, in his representative capacity as Chairperson of the Board of Trustees of United Public Workers, AFSCME Local 646, AFL-CIO, Mutual Aid Fund Trust, Real Party in Interest, United Public Workers, Local 646, AFL-CIO,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>GARY W. RODRIGUES,<br><br>　　　　　　　Defendant. | CIVIL NO. 03-00598 DAE/LEK<br><br>AFFIDAVIT OF ERIC A. SEITZ; EXHIBITS 1-7 |

## AFFIDAVIT OF ERIC A. SEITZ

STATE OF HAWAII　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　) SS.
CITY AND COUNTY OF HONOLULU　)

　　　　ERIC A. SEITZ, being first duly sworn on oath, deposes and says:

　　　　(1)　I am the principal attorney for Defendant Gary W. Rodrigues in the above entitled matter.

　　　　(2)　Attached hereto as Exhibit 1 is a true and correct copy of the transcript of the Deposition of Dayton Nakanelua taken on October 16, 2007.

　　　　(3)　Attached hereto as Exhibit 2 is a true and correct copy of a

letter dated May 12, 1994 to Gary Rodrigues from Larry P. Weinberg, General Counsel, AFSME.

   (4) Attached hereto as Exhibit 3 is a true and correct copy of the minutes of the Mutual Aid Fund Trustees Meeting on June 21, 1994.

   (5) Attached hereto as Exhibit 4 is a true and correct copy of the redacted check in settlement of Plaintiff's lawsuit against Albert Hewitt.

   (6) Attached hereto as Exhibit 5 is a true and correct copy of the transcript of the Deposition of Steven DeCosta taken on September 28, 2007.

   (7) Attached hereto as Exhibit 6 is a true and correct copy of the transcript of the Deposition of George Yasumoto taken on September 28, 2007.

   (8) Attached hereto as Exhibit 7 is a true and correct copy of the transcript of the Deposition of Alison Leong taken on September 28, 2007.

            /s/ Eric A. Seitz
            ERIC A. SEITZ

Subscribed and sworn to before me
this 24th day of October 2007

 /s/ Juli T. Seitz
Notary Public, State of Hawai'i
My Commission Expires: 1/4/08