**MUTUAL AID FUND TRUSTEES MEETING**
United Public Workers – Library
Tuesday, June 21, 1994

### MINUTES

1. Meeting called to order at 11:05 a.m. by Secretary George Yasumoto.

2. **Roll Call:** Roll Call taken: 6 present, 2 excused (Adaline Uhrle, Rose Arista).

3. **Approval of Agenda:** A M/S/C by Frank Rapoza/Joe Rodrigues to approve the agenda as printed.

4. **Election of Officers:** An election of officers was conducted by Administrator Gary W. Rodrigues. The following people were elected without opposition:

    ✓Chair – Adaline Uhrle

    ✓Vice Chair – Frank Rapoza

    ✓Secretary – George Yasumoto

    A M/S/C by Joe Rodrigues/Joe Vegas to approve the election of officers

5. **Audit Report – 6/30/93 to 12/31/93:** The audit was explained. A M/S/C by Harold Moniz/Frank Rapoza to accept the audit as printed.

6. **Financial Reports – 3/93 to 4/94:** The reports were explained. A M/S/C by Joe Vegas/Harold Moniz to accept the reports as printed.

7. **Investment Report:** The report was explained. No approval required.

8. **Investment:** After the Administrator explained the May 12, 1994 letter from AFSCME regarding investments, a request was made to authorize a minimum investment of $500,000.00 to be processed thru The Hewitt Company, who invests the UPW Staff Pension Funds. The Administrator further requested authorization to negotiate the fees paid to The Hewitt Company. A M/S/C by Frank Rapoza/Joe Rodrigues to approve the requests.

9. **Income and Benefit Report:**



EXHIBIT 3

**MUTUAL AID FUND TRUSTEES MEETING – MINUTES**
United Public Workers – Library
June 21, 1994
Page 2

10. **Plan Amendment:** No amendments.

    Meeting adjourned at 11:16 a.m.

Respectfully Submitted,

*George M Yasumoto*

George Yasumoto
Secretary

GY/tga