**KOSHIBA AGENA & KUBOTA**
ATTORNEYS AT LAW
2600 PAUAHI TOWER
1003 BISHOP STREET
HONOLULU, HAWAII 96813
(808) 523-3900

### LETTER OF TRANSMITTAL

| TO: | Eric A. Seitz, Esq.<br>820 Mililani Street, Suite 714<br>Honolulu, Hawaii 96813 | DATE: | September 25, 2007 |
|---|---|---|---|

RE: United Public Workers, AFSCME Local 646, AFL-CIO Mutual Aid Fund Trust vs. Gary W. Rodrigues; Civil No. CV03-00598 DAE LEK

| COPY | DATE | DESCRIPTION |
|---|---|---|
| 1 | 10/06/00 | Copy of Check No. 904 made payable to United Public Workers, AFSCME, Local 646, Mutual Aid Fund in the amount of $200,000.00 |

Is/Are Transmitted herewith:

- (X) For Your Information
- ( ) For Signature & Return
- ( ) For Signature & Forwarding
- ( )   As Noted Below
- ( ) For Filing
- ( ) For Your Review and Comments
- ( ) For Recordation
- ( ) For Necessary Action
- ( ) Per Your Request
- ( ) Per Our Conversation
- (X) For Your Files
- (X) See Remarks Below

**REMARKS:**

Per your request, the enclosed Confidential Information is produced pursuant to Stipulated Protective Order, filed July 31, 2007.

KOSHIBA AGENA & KUBOTA
at Bishop Square

By _____
Charlie Price

EXHIBIT 4

RECEIVED OCT 0 2007

```
                                                                    904
BREDHOFF & KAISER
    CLIENT'S FUND
1000 CONNECTICUT AVE., N.W.                                         15-90
   WASHINGTON, D.C. 20036              October 6,  2000   ───  3818
                                                           540
                                                    19____

PAY
TO THE   United Public Workers, AFSCME, Local 646, Mutual Aid Fund  $▓▓▓▓
ORDER OF
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓_____ DOLLARS

SIGNET BANK N.A.
ACH R&T 054000807
Washington, D.C.

FOR  Settlement Fees

"000000904"  :054000807:  667"0077830"
```

CONFIDENTIAL