ERIC A. SEITZ
ATTORNEY AT LAW
A LAW CORPORATION

ERIC A. SEITZ             1412
LAWRENCE I. KAWASAKI   5820
DELLA A. BELATTI          7945
820 Mililani Street, Suite 714
Honolulu, Hawai'i      96813
Telephone:  (808)  533-7434
Facsimile: (808) 545-3608

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| STEVEN DE COSTA, in his representative capacity as Chairperson of the Board of Trustees of United Public Workers, AFSCME Local 646, AFL-CIO, Mutual Aid Fund Trust, Real Party in Interest, United Public Workers, Local 646, AFL-CIO,<br><br>            Plaintiff,<br><br>     vs.<br><br>GARY W. RODRIGUES,<br><br>            Defendant.<br>_____ | CIVIL NO. 03-00598 DAE/LEK<br><br>CERTIFICATE OF SERVICE<br><br><br><br><br><br><br><br><br><br><br>(Trial: March 11, 2008) |

CERTIFICATE OF SERVICE

I DO HEREBY CERTIFY that one copy of the Defendant's Concise

Statement of Facts in Support of Defendant's Renewed Motion for Summary Judgment was duly served this date electronically via CM/ECF to the following at the address listed below:

> JAMES E.T. KOSHIBA, ESQ.
> CHARLES A. PRICE, ESQ.
> KOSHIBA, AGENA & KUBOTA
> 2600 Pauahi Tower
> 1001 Bishop Street
> Honolulu, Hawaii 96813
> Email: cprice@koshibalaw.com

Dated:  Honolulu, Hawaii,  October 24, 2007                 .


  /s/ Eric A. Seitz
ERIC A. SEITZ