IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| STEVEN DECOSTA IN HIS REPRESENTATIVE CAPACITY AS CHAIRPERSON OF THE BOARD OF TRUSTEES OF UNITED PUBLIC WORKERS, AFSCME, LOCAL 646, AFL-CIO, MUTUAL AID FUND TRUST, REAL PARTY IN INTEREST UNITED PUBLIC WORKERS, AFSCME, LOCAL 646, AFL-CIO, | ) ) ) ) ) ) ) ) ) ) ) | CIVIL NO. CV03-00598 DAE LEK<br><br>DECLARATION OF COUNSEL |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| GARY W. RODRIGUES, | ) ) | |
| Defendant. | ) ) ) | |

DECLARATION OF COUNSEL

1.    I am one of the attorneys for Plaintiffs Steven DeCosta in his

Representative Capacity as Chairperson of the Board of Trustees of United Public

Workers, AFSCME, LOCAL 646, AFL-CIO, Mutual Aid Fund Trust, Real Party in

Interest United Public Workers, AFSCME, LOCAL 646, AFL-CIO, in this action.

I make the statements below based upon personal knowledge and am competent to

testify to same.

2.    Attached as Exhibit "0" is a true and correct copy of the

condensed deposition transcript of the deposition of Albert Hewitt in Orlando, Florida, taken via telephone on March 6, 2007.

3.    Attached as Exhibits "1" - "16" are true and correct copies of the deposition exhibits identified and authenticated by Albert Hewitt in his March 6, 2007 deposition (except that Ex. 16 was not authenticated, but was used to refresh Mr. Hewitt's memory).

4.    Attached hereto, for the Court's convenience, are true and correct copies of the Declarations of Dayton Nakanelua, Exhibits "A" - "F", Declaration of Alison Leong, and Declaration of George Yasumoto, the originals of which were all previously filed herein on May 4, 2007.

I, Charles A. Price, do declare under penalty of law that the foregoing is true and correct.

Dated:   Honolulu, Hawaii, November 8, 2007.

_____
CHARLES A. PRICE