GARY W. RODRIGUES
State Director, UPW
Judicial Panel, AFSCME



AFSCME
LOCAL 646 AFL-CIO
HAWAII
*Malama Pono*

December 15, 1998

TO: Al Hewitt

FROM: Gary W. Rodrigues

SUBJECT MUTUAL AID FUND INVESTMENTS

This is to confirm our telephone conversation on Friday, December 10, 1999, wherein I requested that you return the Mutual Aid Fund investments, including interest, in Best Rescue Systems to the Mutual Aid Fund.

GWR/o



1426 N. School Street • Honolulu, Hawaii 96817 • (808)847-2631



EXHIBIT 15