# MUTUAL AID FUND TRUSTEES MEETING
## Sheraton Waikiki Hotel
## Saturday, July 21, 2001

## A G E N D A

1.    Call to order.

2.    Roll Call.                                                    **[ROLL CALL]**

3.    Approval of Agénda for July 21, 2001.                         **[AGENDA]**

4.    Approval of Minutes for January 20, 2001.                     **[MINUTES]**

5.    Financial Reports.          (12/1/00 to 6/30/01)             **[ITEM #1]**

6.    Audit.                      (1/1/00 to 12/31/00)             **[ITEM #2]**

7.    Investment Report.          (6/30/01)                        **[ITEM #3]**

8.    Income and Benefit Report.  (6/30/01)                        **[ITEM #4]**

9.    Plan Description.                                             **[ITEM #5]**

    a.    Revision to page 3, **Payment for the following will not be made:** to add, 6. Long-term care (i.e., Long-term care facilities or care homes).

10.   Best Rescue Systems, Inc.

11.   Adjournment.



**Mutual Aid Fund Trust**
**United Public Workers**

**Financial Statements**
**December 31, 2000 and 1999**

# Wachi & Watanabe, CPA, Inc.

900 Fort Street Mall, Suite 1550
Honolulu, Hawaii 96813
Phone: 536-4444

**Mutual Aid Fund Trust**
**United Public Workers**

## Table of Contents

Page No.

Independent Auditors' Report ................................................................................... 1

Financial Statements

    Statements of Financial Position ...................................................................... 2

    Statements of Activities ................................................................................... 3

    Statements of Cash Flows ................................................................................ 4

    Notes to Financial Statements ...................................................................... 5-8

# Wachi & Watanabe, CPA, Inc.

A Professional Corporation
Certified Public Accountants

Stanley S. Wachi, CPA
*Managing Director*
Paul H. Watanabe, CPA
*Senior Director*
Anna M. Noriak, CA
*Senior Manager*

## Independent Auditors' Report

Mutual Aid Fund Trust
United Public Workers

We have audited the accompanying statements of financial position of Mutual Aid Fund Trust of United Public Workers as of December 31, 2000 and 1999 and the related statements of activities and cash flows for the years then ended. These financial statements are the responsibility of the Trust's management. Our responsibility is to express an opinion on these financial statements based on our audit.

We conducted our audit in accordance with generally accepted auditing standards. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements are free of material misstatement. An audit includes examining, on a test basis, evidence supporting the amounts and disclosures in the financial statements. An audit also includes assessing the accounting principles used and significant estimates made by management, as well as evaluating the overall financial statement presentation. We believe that our audit provides a reasonable basis for our opinion.

In our opinion, the financial statements referred to above present fairly, in all material respects, the financial position of Mutual Aid Fund Trust of United Public Workers as of December 31, 2000 and 1999 and the result of its operations and cash flows for the years then ended, in conformity with generally accepted accounting principles.

On January 31, 2000, a lawsuit was filed against Best Rescue System, Inc., for defaulting on amounts owed on promissory notes aggregating $1,100,000 as of December 31, 1999. The collectibility of the amounts owed and the outcome of the pending litigation is unknown. Management feels that the note balance of $1,100,000 plus accrued interest of $63,663 may be uncollectable and so these amounts were charged off as a loss in 2000 (see Note 3).

*Wachi & Watanabe*

Honolulu, Hawaii
February 14, 2001

2

**Mutual Aid Fund Trust**
**United Public Workers**

**Statements of Financial Position**

|  | December 31, 2000 | December 31, 1999 |
|---|---|---|
| **Assets** | | |
| Current assets | | |
| Cash and cash equivalents (note 1) | $ 294,413 | $ 300,272 |
| Accounts receivable - United Public Workers | 3,697 | 15,723 |
| Investment in marketable securities (note 1) | 871,495 | 966,219 |
| Note receivable (note 3) | - | 1,100,000 |
| Interest receivable | 3,280 | 64,392 |
| Prepayments | 1,223 | 320 |
| Total current assets | 1,174,108 | 2,446,926 |
| Other asset | | |
| Software, net of accumulated amortization of $39,500 in 2000 and $39,500 in 1999 (note 1) | - | - |
|  | 1,174,108 | 2,446,926 |
| **Liabilities and Net Assets** | | |
| Current liabilities | | |
| Accounts payable | 3,696 | 2,177 |
| Claims payable | 28,330 | 28,360 |
| Total current liabilities | 32,026 | 30,537 |
| Net assets - Unrestricted | 1,142,082 | 2,416,389 |
|  | $ 1,174,108 | $ 2,446,926 |

See notes to financial statements

3

**Mutual Aid Fund Trust**
**United Public Workers**

**Statements of Activities**

|  | Year ended December 31, 2000 | Year ended December 31, 1999 |
|---|---|---|
| **Unrestricted net assets** | | |
| **Revenues** | | |
| Membership contribution | $ 179,683 | $ 191,789 |
| Interest income | 28,813 | 138,272 |
| Dividend income | 4,151 | 120 |
|  | 212,647 | 330,181 |
|  | | |
| **Expenses** | | |
| Claim payments (note 2) | 197,880 | 178,620 |
| UPW administrative service fees (note 5) | 24,000 | 24,000 |
| Investment management fees | 5,930 | - |
| Investment advisory fees | 1,214 | 14,565 |
| Professional fees | 5,521 | 5,208 |
| Office supplies | 248 | - |
| Software support | 927 | 1,336 |
| Bank service charges | 25 | 1,254 |
| Printing | - | 217 |
| Foreign tax | 34 | - |
| Amortization of software (note 1) | - | 3,750 |
| Insurance expense | 2,371 | 128 |
|  | 238,150 | 229,078 |
|  | | |
| Increase (decrease) in unrestricted net assets before gain on investments | (25,503) | 101,103 |
|  | | |
| **Gain (loss) on investments** | | |
| Realized gain on sale of securities | 37,053 | 40,230 |
| Unrealized gain (loss) on securities (note 1) | (122,194) | 31,871 |
| Loss - note and interest receivable (note 3) | (1,163,663) | - |
|  | (1,248,804) | 72,101 |
|  | | |
| Increase (decrease) in net assets | (1,274,307) | 173,204 |
|  | | |
| Net assets at beginning of year | 2,416,389 | 2,243,185 |
| Net assets at end of year | $ 1,142,082 | $ 2,416,389 |

See notes to financial statements

4

**Mutual Aid Fund Trust**
**United Public Workers**

**Statements of Cash Flows**

|  | Year ended December 31, 2000 | Year ended December 31, 1999 |
|---|---|---|
| Cash flows from operating activities: |  |  |
| Increase (decrease) in net assets | $ (1,274,307) | $ 173,204 |
| Adjustments to reconcile increase (decrease) in net assets |  |  |
| to net cash provided by operating activities: |  |  |
| Amortization of software | - | 3,750 |
| Gain on sale of marketable securities | (37,053) | (40,230) |
| Unrealized (gain) loss on marketable securities | 122,194 | (31,871) |
| Loss - note and interest receivable (note 3) | 1,100,000 | - |
| (Increase) decrease in operating assets: |  |  |
| Accounts receivable | 12,026 | 856 |
| Interest receivable | 61,112 | (59,481) |
| Prepayments | (903) | (256) |
| Increase (decrease) in operating liabilities |  |  |
| Accounts payable | 1,519 | 1,336 |
| Claims payable | (30) | 8,340 |
| Net cash provided (used) by operating activities | (15,442) | 55,648 |
| Cash flows from investing activities: |  |  |
| Proceeds from sale of marketable securities | 1,050,840 | 7,788,241 |
| Purchases of marketable securities | (1,041,257) | (7,350,247) |
| Increase in note receivable | - | (850,000) |
| Net cash provided (used) by investing activities | 9,583 | (412,006) |
| Net decrease in cash | (5,859) | (356,358) |
| Beginning cash | 300,272 | 656,630 |
| Ending cash | $ 294,413 | $ 300,272 |

See notes to financial statements

5

**Mutual Aid Fund Trust**
**United Public Workers**

**Notes to Financial Statements**
**December 31, 2000 and 1999**

_____ificant accounting policies

_____d cash equivalents

__ __poses of the statement of cash flows, the Trust considers all time certificates of deposit with
__ __t __of three months or less at acquisition to be cash equivalents. Cash and cash equivalents
a__ __posed of the following as of December 31:

|                                   | 2000        | 1999        |
| --------------------------------- | ----------- | ----------- |
| Cash and money market funds       | $    84,521 | $   300,272 |
| Certificates of deposits          | 209,892     | -           |
| Total cash and cash equivalents   | $  294,413  | $   300,272 |

**Investments**

M__ __ble securities consist of investments in common stocks, government bonds, and non-
go__ __ent bonds that are carried at fair market value. Investments are composed of the following
as __ December 31:

|                            | 2000 | | 1999 | |
| -------------------------- | ---------- | ---------- | ---------- | ---------- |
| Marketable securities      | Cost       | Market     | Cost       | Market     |
| Common stocks              | $   872,155 | $   735,162 | $   659,948 | $   695,187 |
| Government bonds           | 100,699    | 105,991    | 274,400    | 271,032    |
| Non-government bonds       | 29,015     | 30,342     | -          | -          |
| Total marketable securities | $1,001,869 | $  871,495 | $  934,348 | $  966,219 |

6

**Mutual Aid Fund Trust**
**United Public Workers**

**Notes to Financial Statements**
**December 31, 2000 and 1999**

Note 1- Significant accounting policies (continued)

The following summarizes the relationship between carrying values and market values of investment assets:

|  | Carrying value | Market value | Unrealized gains (losses) |
|---|---|---|---|
| Common Stocks | $ 659,948 | $ 695,187 | $   35,239 |
| Government bonds | 274,400 | 271,032 | ($   3,368) |
| Balance, December 31, 1999 | $ 934,348 | $ 966,219 | $   31,871 |
|  |  |  |  |
| Common Stocks | $ 863,975 | $ 735,162 | ($ 128,813) |
| Government bonds | 100,699 | 105,991 | 5,292 |
| Non-government bonds | 29,015 | 30,342 | 1,327 |
| Balance, December 31, 1999 | $ 993,689 | $ 871,495 | ($ 122,194) |

**Fixed and Intangible Assets**

Fixed and intangible assets are stated at cost. Depreciation and amortization are determined using the straight-line method over the estimated useful lives of the related assets. Expenditures for supplies, maintenance and repairs are charged to expense as incurred, whereas, expenditures for fixed and intangible assets that have useful lives in excess of one year are generally capitalized.

**Concentrations of Credit Risk**

The Trust's financial instruments that are exposed to concentrations of credit risk consist primarily of cash equivalents. As of December 31, 2000, the trust maintains its cash accounts primarily in a Hawaii bank. The total cash balances are insured by the FDIC up to $100,000 per bank. The trust had cash balances at this bank on December 31, 2000 that exceeded the balance insured by the FDIC in the amount of $171,221.

7

**Mutual Aid Fund Trust**
**United Public Workers**

**Notes to Financial Statements**
**December 31, 2000 and 1999**

Note 1- Significant accounting policies (continued)

**Use of Estimates**

The preparation of financial statements in conformity with generally accepted accounting principles requires management to make estimates and assumptions that effect the reported amounts of assets and liabilities and disclosure of contingent assets and liabilities at the date of the financial statements, and the reported amounts of revenues and expenses during the reporting period.

Note 2 - Organization and purpose

The United Public Workers Mutual Aid Fund Trust is a voluntary hospital benefit plan established for the benefit of the members and employees of the United Public Workers and their families. It is the purpose of this Trust to assist members when they are hospitalized. Members, employees and their family members may voluntarily contribute $1 per month to the Trust, entitling them to a hospital benefit of $30 per day while hospitalized for a maximum period of 60 days per year.

Note 3 - Note Receivable

On November 24, 1998, the trust invested $250,000 in Best Rescue Systems, Inc. (Best). During 1999 an additional $850,000 was invested. The invested amounts are evidenced by promissory notes bearing interest at 18% per annum, with interest only payable each month. The notes are secured by all property, equipment, and assets of Best and all shares of stock in Best owned by Robert Kirkland. The trust had the option to convert its investment into common stock of Best after a due diligence period.

On January 31, 2000, the Trust filed a lawsuit against Best and Mr. Kirkland for defaulting on amounts owed on promissory notes aggregating $1,100,000 plus accrued interest. Although the likely outcome of the litigation is unknown at this time, management feels that the amounts may be uncollectable. As such, amounts owed were charged off as a loss in 2000.

Note 4 - Income tax status

The Trust is exempt from federal income tax under IRC Sec. 501 (c)(9), and state income tax under HRS 235-9. The Trust is exempt from income taxes as a welfare benefit plan, and is subject to the provisions of the Employee Retirement Income Security Act of 1974.

8

**Mutual Aid Fund Trust**
**United Public Workers**

**Notes to Financial Statements**
**December 31, 2000 and 1999**

Note 5 - UPW administrative service fees

The Trust pays the United Public Workers a monthly fee of $2,000 for processing member claims, rent, computer maintenance, supplies and utilities.