IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| STEVEN DECOSTA IN HIS REPRESENTATIVE CAPACITY AS CHAIRPERSON OF THE BOARD OF TRUSTEES OF UNITED PUBLIC WORKERS, AFSCME, LOCAL 646, AFL-CIO, MUTUAL AID FUND TRUST, REAL PARTY IN INTEREST UNITED PUBLIC WORKERS, AFSCME, LOCAL 646, AFL-CIO,<br><br>Plaintiffs,<br><br>vs.<br><br>GARY W. RODRIGUES,<br><br>Defendant. | CIVIL NO. CV03-00598 DAE LEK<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the date noted below, a copy of the foregoing document was duly served upon the following by hand delivery, postage prepaid, addressed as follows:

> ERIC A. SEITZ, ESQ.
> 820 Mililani Street, Suite 714
> Honolulu, Hawaii 96813
>
> Attorney for Defendant
> GARY RODRIGUES

DATED: Honolulu, Hawaii, November 8, 2007.

                         _____
                         JAMES E.T. KOSHIBA
                         CHARLES A. PRICE
                         Attorneys for Plaintiffs