ERIC A. SEITZ
ATTORNEY AT LAW
A LAW CORPORATION

ERIC A. SEITZ          1412
LAWRENCE I. KAWASAKI   5820
DELLA A. BELATTI       7945
820 Mililani Street, Suite 714
Honolulu, Hawai'i      96813
Telephone: (808) 533-7434
Facsimile: (808) 545-3608

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| STEVEN DE COSTA, in his representative capacity as Chairperson of the Board of Trustees of United Public Workers, AFSCME Local 646, AFL-CIO, Mutual Aid Fund Trust, Real Party in Interest, United Public Workers, Local 646, AFL-CIO,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>GARY W. RODRIGUES,<br><br>　　　　　　Defendant. | CIVIL NO. 03-00598 DAE/LEK<br><br>DEFENDANT'S SUPPLEMENTAL AFFIDAVIT IN SUPPORT OF DEFENDANT'S CONCISE STATEMENT OF MATERIAL FACTS IN SUPPORT OF DEFENDANT'S RENEWED MOTION FOR SUMMARY JUDGMENT FILED NOVEMBER 24, 2007; AFFIDAVIT OF GARY W. RODRIGUES; CERTIFICATE OF SERVICE<br><br>Hearing:<br>　　Date: November 26, 2007<br>　　Time: 10:30 a.m.<br>　　Judge: Hon. David a. Ezra<br><br>(Trial: March 11, 2008) |

## DEFENDANT'S REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S CONCISE STATMENT OF MATERIAL FACTS

Defendant Gary W. Rodrigues, by and through his undersigned counsel, submits the attached affidavit in response to Plaintiff's Opposition to Defendant's Concise Statement of Material Facts in Support of Defendant's Renewed Motion for Summary Judgment.[1]

DATED: Honolulu, Hawai'i, November 14, 2007.

/s/ Eric A. Seitz
ERIC A. SEITZ
LAWRENCE I. KAWASAKI
RONALD N.W.B. KIM

Attorneys for Defendant
Gary W. Rodrigues

---

1. Although Plaintiff challenges the authenticity of Exhibit 2, "Declaration of 501(c)(9) Trust by UPW Local 646, AFSCME, AFL-CIO," i.e., ¶1, Plaintiff's Opposition to Defendant's Concise Statement of Material Facts, filed November 8, 2007, Defendant notes that when this same document was presented in support of Defendant's Motion for Summary Judgment, filed March 28, 2007, Plaintiff raised no challenge in its Opposition filed May 4, 2007, see, Id., at ¶9. See, LR56.1 (g).

2