IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| STEVEN DE COSTA, in his representative capacity as Chairperson of the Board of Trustees of United Public Workers, AFSCME Local 646, AFL-CIO, Mutual Aid Fund Trust, Real Party in Interest, United Public Workers, Local 646, AFL-CIO,<br><br>          Plaintiff,<br><br>vs.<br><br>GARY W. RODRIGUES,<br><br>          Defendant. | CIVIL NO. 03-00598 DAE/LEK<br><br>AFFIDAVIT OF GARY W. RODRIGUES |

## AFFIDAVIT OF GARY W. RODRIGUES

STATE OF HAWAII        )
                                      ) SS.
COUNTY OF KAUAI    )

GARY W. RODRIGUES, being first duly sworn on oath, deposes and says:

(1) I am the Defendant in the above entitled matter.

(2) I have personal knowledge of the matters addressed herein.

(3) Attached to Defendant's Concise Statement of Material Facts filed March 28, 2007 as Exhibit 2 is a true and correct copy of the document

Nov 14 07 12:30p gary w. rodrigues 8088248083 p.1
Case 1:03-cv-00598-DAE-LEK Document 97-2 Filed 11/14/2007 Page 2 of 2
(TUE) NOV 10 2007 12:40/ST. 12:40/No. 7600000145 P 5

and/or instrument establishing the Mutual Aid Trust.

(4) Attached to Defendant's Concise Statement of Material Facts in Support of Defendant's Renewed Motion for Summary Judgment filed October 24, 2007 as Exhibit 2 is a true and correct copy of a letter dated May 12, 1994 which I received from Larry P. Weinberg, General Counsel, AFSCME.

(5) Attached to Defendant's Concise Statement of Material Facts in Support of Defendant's Renewed Motion for Summary Judgment filed October 24, 2007 as Exhibit 3 is a true and correct copy of the minutes of the Mutual Aid Fund Trustees Meeting on June 21, 1994.

GARY W. RODRIGUES

Subscribed and sworn to before me
this ___ day of November 2007

Notary Public, State of Hawai'i
My Commission Expires: 2-4-2011