IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| STEVEN DE COSTA, in his representative capacity as Chairperson of the Board of Trustees of United Public Workers, AFSCME Local 646, AFL-CIO, Mutual Aid Fund Trust, Real Party in Interest, United Public Workers, Local 646, AFL-CIO,<br><br>            Plaintiff,<br><br>    vs.<br><br>GARY W. RODRIGUES,<br><br>            Defendant. | CIVIL NO. 03-00598 DAE/LEK<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

I DO HEREBY CERTIFY that one copy of the within was duly served this date electronically via CM/ECF to the following at the address listed below:

>JAMES E.T. KOSHIBA, ESQ.
>CHARLES A. PRICE, ESQ.
>KOSHI BA, AGENA & KUBOTA
>2600 Pauahi Tower
>1001 Bishop Street
>Honolulu, Hawaii 96813
>Email: cprice@koshibalaw.com

/

Dated: Honolulu, Hawaii, __November 14, 2007__ .


　　　　　　　　　　　　　　__/s/ Eric A. Seitz__
　　　　　　　　　　　　　　ERIC A. SEITZ