# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV 03-00598DAE-LEK |
| CASE NAME: | Steven DeCosta in his representative capacity as Chairperson of the Board of Trustees of United Public Workers, AFSCME, Local 646, AFL-CIO, Mutual Aid Fund Trust, real party in interest United Public Workers, AFSCME, Local 646, AFL-CIO v. Gary W. Rodrigues |
| ATTYS FOR PLA: | James T. Koshiba<br>Charles A. Price |
| ATTYS FOR DEFT: | Eric A. Seitz |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | David Alan Ezra | REPORTER: | Cynthia Fazio |
| DATE: | 11/26/2007 | TIME: | 10:30am-10:50am |

COURT ACTION:  EP:  [91] MOTION for Summary Judgment (Renewed).

Oral arguments heard.

[91] MOTION for Summary Judgment (Renewed)- TAKEN UNDER ADVISEMENT.

Court to issue order.

Submitted by:  Theresa Lam, Courtroom Manager