# MINUTES

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 03-00598DAE-LEK |
| CASE NAME: | Steven DeCosta in his representative capacity as Chairperson of the Board of Trustees of United Public Workers, AFSCME, Local 646, AFL-CIO, Mutual Aid Fund Trust, real party in interest United Public Workers, AFSCME, Local 646, AFL-CIO vs. Gary W. Rodgrigues |
| ATTYS FOR PLA: | Charles A. Price |
| ATTYS FOR DEFT: | Lawrence T. Kawasaki |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | Courtroom 7-No Record |
| DATE: | 01/29/2008 | TIME: | 9:14-9:17 |

COURT ACTION:  EP: Final Pretrial Conference held.

Witnesses: Plaintiffs - 4, Defendant - 7.
Trial Days: Plaintiffs - 1 ½; Defendant - 4.
Exhibits: Plaintiffs - 1 to 99; Defendant - 200 to 299.
Motions in Limine: Plaintiffs - 0, Defendant - 1 to 2.

Special Accommodations: Defendant is in Federal Custody.  Needs to be brought back for trial.

Submitted by: Warren N. Nakamura, Courtroom Manager