# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV 03-00598DAE-LEK |
| CASE NAME: | Steven DeCosta in his representative capacity as Chairperson of the Board of Trustees of United Public Workers, AFSCME, Local 646, AFL-CIO, Mutual Aid Fund Trust, real party in interest United Public Workers, AFSCME, Local 646, AFL-CIO vs. Gary W. Rodgrigues |
| ATTYS FOR PLA: | Charles A. Price |
| ATTYS FOR DEFT: | Eric Seitz (by phone)<br>Lawrence T. Kawasaki |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | David Alan Ezra | REPORTER: | No Record |
| DATE: | 02/01/2008 | TIME: | 11:00am-11:15am |

COURT ACTION: EO: Status Conference held.

1. Non-jury trial on February 29, 2008 at 9:00 a.m. before DAE
2. Final Pretrial Conference on N/A
3. Final Pretrial Conference before District Judge N/A
4. Final Pretrial Statement by N/A
5. File motions to Join/Add Parties/Amend Pleadings by N/A
6. File other Non-Dispositive Motions by N/A
7. File Dispositive Motions by N/A
8a. File Motions in Limine by February 15, 2008
8b. File opposition memo to a Motion in Limine by February 22, 2008
11a. Plaintiff's Expert Witness Disclosures by N/A
11b. Defendant's Expert Witness Disclosures by N/A
12. Discovery deadline N/A
13. Settlement Conference set for N/A
14. Settlement Conference statements by N/A
20. Submit Voir Dire Questions, Special Verdict Form, Concise Statement of Case and Jury Instructions by N/A
21. File Final witness list by February 15, 2008
24. Exchange Exhibit and Demonstrative aids by February 13, 2008
25. Stipulations re: Authenticity/Admissibility of Proposed Exhibits by February 20,

2008
26. File objections to the Exhibits by February 20, 2008
28a. File Deposition Excerpt Designations by February 15, 2008
28b. File Deposition Counter Designations and Objections by February 22, 2008
29. File Trial Brief by February 22, 2008
30. File Findings of Fact & Conclusions of Law by February 22, 2008

Other Matters:

CV 03-00598DAE-LEK;
;
Rule 16 Scheduling Conference Minutes
02/06/2008