ERIC A. SEITZ
ATTORNEY AT LAW
A LAW CORPORATION

ERIC A. SEITZ          1412
LAWRENCE I. KAWASAKI   5820
820 Mililani Street, Suite 714
Honolulu, Hawai'i      96813
Telephone:  (808)  533-7434
Facsimile: (808) 545-3608

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | | |
|---|---|---|
| STEVEN DE COSTA, in his representative capacity as Chairperson of the Board of Trustees of United Public Workers, AFSCME Local 646, AFL-CIO, Mutual Aid Fund Trust, Real Party in Interest, United Public Workers, Local 646, AFL-CIO, | ) ) ) ) ) ) ) ) ) | CIVIL NO. 03-00598 DAE/LEK<br><br>DEFENDANT'S FINAL WITNESS LIST; CERTIFICATE OF SERVICE |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| GARY W. RODRIGUES, | ) ) | |
| Defendant. | ) ) | |
| _____ | ) | (Trial: February 29, 2008) |

DEFENDANT'S FINAL WITNESS LIST

Defendant GARY W. RODRIGUES, by and through his undersigned

counsel hereby submits the following list of witnesses they intend to call at the trial in the above referenced matter:

(1) Gary W. Rodrigues
c/o Eric A. Seitz
820 Mililani Street, Suite 714
Honolulu, Hawaii 96813

Defendant Rodrigues will testify as to the circumstances surrounding the Mutual Aid Fund's investments in Best Rescue Systems, Inc. at issue herein. Expected length of testimony, 3 hrs.

(2) Joseph Vegas
c/o Eric A. Seitz
820 Mililani Street, Suite 714
Honolulu, Hawaii 96813

Former Mutual Aid Fund Trustee Joseph Vegas will testify as to the circumstances surrounding the Mutual Aid Fund's investments in Best Rescue Systems, Inc. at issue herein. Expected length of testimony, 1 hr.

(3) Harold Moniz
c/o Eric A. Seitz
820 Mililani Street, Suite 714
Honolulu, Hawaii 96813

Former Mutual Aid Fund Trustee Harold Moniz will testify as to the circumstances surrounding the Mutual Aid Fund's investments

in Best Rescue Systems, Inc. at issue herein. Expected length of testimony, 1 hr.

(4)  Stephen Perreira
c/o Eric A. Seitz
820 Mililani Street, Suite 714
Honolulu, Hawaii 96813

Former Mutual Aid Fund Trustee Stephen Perreira will testify as to the circumstances surrounding the Mutual Aid Fund's investments in Best Rescue Systems, Inc. at issue herein. Expected length of testimony, 1 hr.

(5)  Albert A. Hewitt
1539 Common Way Road
Orlando, Florida 32814-6419

Former Senior Managing Director, The Hewitt Company, Albert A. Hewitt will testify as to the circumstances surrounding the Mutual Aid Fund's investments in Best Rescue Systems, Inc. at issue herein. Expected length of testimony, 3 hr.

(6)  Steven DeCosta
c/o Charles A. Price, Esq.
Koshiba, Agena & Kubota
2600 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii 96813

Plaintiff Steven DeCosta, Chairperson, Board of Trustees,

Mutual Aid Fund Trust will testify as to the circumstances surrounding the instant litigation regarding the Mutual Aid Fund's investments in Best Rescue Systems, Inc. at issue herein. Expected length of testimony, 1 hr.

DATED:  Honolulu, Hawai'i,   February 15, 2008                .

    /s/ Eric A. Seitz
ERIC A. SEITZ
LAWRENCE I. KAWASAKI

Attorneys for Defendant
Gary W. Rodrigues

CERTIFICATE OF SERVICE

I DO HEREBY CERTIFY that one copy of the within was duly served this date electronically via CM/ECF to the following:

>JAMES E.T. KOSHIBA, ESQ.
>CHARLES A. PRICE, ESQ.
>KOSHI BA, AGENA & KUBOTA
>2600 Pauahi Tower
>1003Bishop Street
>Honolulu, Hawaii 96813
>Email: cprice@koshibalaw.com

Dated:   Honolulu, Hawaii,   February 15, 2008    .


　　　　　　　　　　　　　　 /s/  Eric A. Seitz
　　　　　　　　　　　　　　ERIC A. SEITZ