

KOSHIBA AGENA & KUBOTA

JAMES E. T. KOSHIBA         768-0
CHARLES A. PRICE            5098-0
2600 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii 96813
Telephone No.: 523-3900
Facsimile No.: 526-9829
email: jkoshiba@koshibalaw.com
       cprice@koshibalaw.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| STEVEN DECOSTA IN HIS REPRESENTATIVE CAPACITY AS CHAIRPERSON OF THE BOARD OF TRUSTEES OF UNITED PUBLIC WORKERS, AFSCME, LOCAL 646, AFL-CIO, MUTUAL AID FUND TRUST, REAL PARTY IN INTEREST UNITED PUBLIC WORKERS, AFSCME, LOCAL 646, AFL-CIO,<br><br>      Plaintiffs,<br><br>   vs.<br><br>GARY W. RODRIGUES,<br><br>      Defendant. | CIVIL NO. CV03-00598 DAE LEK<br><br>PLAINTIFFS' DEPOSITION DESIGNATION; CERTIFICATE OF SERVICE<br><br><br>Trial Dates: February 29, March 6, 7, and 11, 2008 |

## PLAINTIFFS' DEPOSITION DESIGNATION

Plaintiffs Steven DeCosta in his Representative Capacity as Chairperson of the United Public Workers, AFSCME, Local 646, AFL-CIO, Mutual Aid Fund Trust, Real Party in Interest United Public Workers, AFSCME, Local 646, AFL-CIO ("Mutual Aid Fund") designate the following deposition transcript excerpts: Deposition of Albert Hewitt taken on March 6, 2007, p. 1 - p. 65, line 4; p. 72, l. 10 - l. 25; p. 75, l. 23 - p. 76, l. 3; p. 76, l. 15 - p. 77, l. 24; and p. 82, l. 5 - l.17, together with deposition exhibits 1-16 referenced therein (which are marked as Plaintiffs' Exhibits 1-16).

DATED: Honolulu, Hawaii, February 15, 2008.

_____
CHARLES A. PRICE
JAMES E. T. KOSHIBA
Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| STEVEN DECOSTA IN HIS REPRESENTATIVE CAPACITY AS CHAIRPERSON OF THE BOARD OF TRUSTEES OF UNITED PUBLIC WORKERS, AFSCME, LOCAL 646, AFL-CIO, MUTUAL AID FUND TRUST, REAL PARTY IN INTEREST UNITED PUBLIC WORKERS, AFSCME, LOCAL 646, AFL-CIO, | ) ) ) ) ) ) ) ) ) ) ) | CIVIL NO. CV03-00598 DAE LEK<br><br>CERTIFICATE OF SERVICE |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| GARY W. RODRIGUES, | ) ) | |
| Defendant. | ) ) | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the date noted below, a copy of the foregoing document was duly served upon the following by hand delivery, addressed as follows:

    ERIC A. SEITZ, ESQ.
    820 Mililani Street, Suite 714
    Honolulu, Hawaii 96813

    Attorney for Defendant
    GARY RODRIGUES

DATED: Honolulu, Hawaii, February 15, 2008.

_____
JAMES E.T. KOSHIBA
CHARLES A. PRICE
Attorneys for Plaintiffs