ERIC A. SEITZ
ATTORNEY AT LAW
A LAW CORPORATION

ERIC A. SEITZ           1412
LAWRENCE I. KAWASAKI    5820
820 Mililani Street, Suite 714
Honolulu, Hawai'i       96813
Telephone:  (808) 533-7434
Facsimile: (808) 545-3608

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| STEVEN DE COSTA, in his representative capacity as Chairperson of the Board of Trustees of United Public Workers, AFSCME Local 646, AFL-CIO, Mutual Aid Fund Trust, Real Party in Interest, United Public Workers, Local 646, AFL-CIO,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>GARY W. RODRIGUES,<br><br>　　　　　　　Defendant. | CIVIL NO. 03-00598 DAE/LEK<br><br>DEFENDANT'S COUNTER DEPOSITION DESIGNATIONS [Re: Deposition of Albert Hewitt taken in Orlando, Florida on March 6, 2007]; CERTIFICATE OF SERVICE<br><br>(Trial: February 29, 2008) |

DEFENDANT'S COUNTER DEPOSITION DESIGNATIONS
[Re: Deposition of Albert Hewitt taken in Orlando, Florida on March 6, 2007]

Defendant GARY W. RODRIGUES, by and through his undersigned

counsel hereby designates any and all parts of the deposition taken of Albert Hewitt in Orlando, Florida on March 6, 2007 that are not designated in Plaintiff's Deposition Designation filed herein on February 1, 2008.

    DATED: Honolulu, Hawai'i, <u>February 22, 2008</u>.

                                     <u>/s/ Eric A. Seitz</u>
                                     ERIC A. SEITZ
                                     LAWRENCE I. KAWASAKI

                                     Attorneys for Defendant
                                     Gary W. Rodrigues

## CERTIFICATE OF SERVICE

I DO HEREBY CERTIFY that one copy of the within was duly served this date electronically via CM/ECF to the following:

>JAMES E.T. KOSHIBA, ESQ.
>CHARLES A. PRICE, ESQ.
>KOSHI BA, AGENA & KUBOTA
>2600 Pauahi Tower
>1003Bishop Street
>Honolulu, Hawaii 96813
>Email: cprice@koshibalaw.com

Dated: Honolulu, Hawaii, __February 22, 2008__.


                             /s/ Eric A. Seitz
                             ERIC A. SEITZ