

ERIC A. SEITZ
ATTORNEY AT LAW
A LAW CORPORATION

ERIC A. SEITZ                1412
LAWRENCE I. KAWASAKI         5820
820 Mililani Street, Suite 714
Honolulu, Hawai'i 96813
Telephone: (808) 533-7434
Facsimile: (808) 545-3608

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| STEVEN DE COSTA, in his representative capacity as Chairperson of the Board of Trustees of United Public Workers, AFSCME Local 646, AFL-CIO, Mutual Aid Fund Trust, Real Party in Interest, United Public Workers, Local 646, AFL-CIO,<br><br>    Plaintiff,<br><br>vs.<br><br>GARY W. RODRIGUES,<br><br>    Defendant. | CIVIL NO. 03-00598 DAE/LEK<br><br>STIPULATION AS TO DEFENDANT GARY W. RODRIGUES TESTIFYING BY TELEPHONE<br><br><br><br><br><br>(Trial: February 29, 2008) |

STIPULATION AS TO DEFENDANT GARY W.
RODRIGUES TESTIFYING BY TELEPHONE

IT IS HEREBY STIPULATED AND AGREED by and between the

ORIGINAL

parties hereto, through their respective undersigned counsel that Defendant Gary W. Rodrigues shall be allowed to testify in the trial on this matter by telephone so long as he has access to and can be questioned about exhibits presented at trial.

Dated: Honolulu, Hawai'i, _____ FEB 2 2 2008

_____
CHARLES A. PRICE

Attorney for Plaintiffs
Steven De Costa, et al.

_____
ERIC A. SEITZ

Attorney for Defendant
Gary W. Rodrigues


APPROVED AND SO ORDERED

_____
JUDGE DAVID A. EZRA


STEVEN DE COSTA vs. GARY W. RODRIGUES, CIVIL NO. 03-00598 DAE/LEK, STIPULATION AS TO DEFENDANT GARY W. RODRIGUES TESTIFYING BY TELEPHONE