# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV 03-00598DAE-LEK |
| CASE NAME: | Steven DeCosta in his representative capacity as Chairperson of the Board of Trustees of United Public Workers, AFSCME, Local 646, AFL-CIO, Mutual Aid Fund Trust, real party in interest United Public Workers, AFSCME, Local 646, AFL-CIO v. Gary W. Rodrigues |
| ATTYS FOR PLA: | Charles A. Price |
| ATTYS FOR DEFT: | Eric A. Seitz<br>Lawrence I. Kawasaki |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | David Alan Ezra | REPORTER: | Cynthia Fazio |
| DATE: | 2/29/2008 | TIME: | 9:00am-11:40am<br>1:30pm-3:00pm |

COURT ACTION:  EP: Non Jury Trial-1st Day.

Stipulated joint exhibits 1-42 received.

Plaintiff's Exhibits Received:  43.

Plaintiff's Witnesses:  Alison Leong, George Yasumoto.

Defendant's Witnesses:  Harold Moniz, Joseph Vejas, Stephen Perreira.

Further Non Jury Trial 2nd day-set for 3/6/2008 @10:00amDAE.

Submitted by:  Theresa Lam, Courtroom Manager