# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV 03-00598DAE-LEK |
| CASE NAME: | Steven DeCosta in his representative capacity as Chairperson of the Board of Trustees of United Public Workers, AFSCME, Local 646, AFL-CIO, Mutual Aid Fund Trust, real party in interest United Public Workers, AFSCME, Local 646, AFL-CIO v. Gary W. Rodrigues |
| ATTYS FOR PLA: | Charles A. Price |
| ATTYS FOR DEFT: | Eric A. Seitz<br>Lawrence I. Kawasaki |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | David Alan Ezra | REPORTER: | Cynthia Fazio |
| DATE: | 3/7/2008 | TIME: | 9:00am-12:00pm<br>1:30pm-3:00pm |

COURT ACTION: EP: Further Non Jury Trial-3rd Day.

Defendant's Witnesses: Gary Rodrigues(by phone).

Closing arguments.

Submitted by: Theresa Lam, Courtroom Manager