IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| STEVEN DE COSTA, IN HIS REPRESENTATIVE CAPACITY AS CHAIRPERSON OF THE BOARD OF TRUSTEES OF UNITED PUBLIC WORKERS, AFSCME, LOCAL 646, AFL-CIO, MUTUAL AID TRUST FUND, REAL PARTY IN INTEREST UNITED PUBLIC WORKERS UNION, AFSCME, LOCAL 646, AFL-CIO,<br><br>          Plaintiffs,<br><br>     vs.<br><br>GARY W. RODRIGUES,<br><br>          Defendant. | CIVIL NO. 03-00598 DAE-LEK |

AMENDMENT TO FINDINGS OF FACT AND CONCLUSIONS OF LAW

The Court hereby amends the Findings of Fact and Conclusions of Law filed on March 20, 2008, (Doc. # 114) as follows:

Paragraph 126 is hereby replaced in its entirety as follows:

126.  The Court hereby directs the Clerk of the Court to enter judgment in favor of Plaintiffs and against Defendant in the amount of $850,000.

   IT IS SO ORDERED.

   DATED: Honolulu, Hawaii, March 31, 2008.



_____
David Alan Ezra
United States District Judge

Steven DeCosta in his representative capacity as chairperson of the Board of Trustees of United Public Workers, AFSCME, Local 646, et al. vs. Gary W. Rodrigues, CV No. 03-00598 DAE-LEK; AMENDMENT TO FINDINGS OF FACT AND CONCLUSIONS OF LAW