AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

| | |
|---|---|
| STEVEN DE COSTA, IN HIS REPRESENTATIVE CAPACITY AS CHAIRPERSON OF THE BOARD OF TRUSTEES OF UNITED PUBLIC WORKERS, AFSCME, LOCAL 646, AFL-CIO, MUTUAL AID TRUST FUND, REAL PARTY IN INTEREST; UNITED PUBLIC WORKERS UNION, AFSCME, LOCAL 646, AFL-CIO, | JUDGMENT IN A CIVIL CASE<br><br>Case: CIVIL 03-00598DAE-LEK |

Plaintiffs,

V.

GARY W. RODRIGUES,

Defendant.

[✓]  **Decision by Court.** This action came to trial before the Court. The issues have been tried and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that JUDGMENT is entered in favor of Plaintiffs and against Defendant in the amount of $850,000.00, and entered as pursuant to the Court's "FINDINGS OF FACT AND CONCLUSIONS OF LAW" filed March 20, 2008, and as amended by the "AMENDMENT TO FINDINGS OF FACT AND CONCLUSIONS OF LAW" filed March 31, 2008.

| March 31, 2008 | SUE BEITIA |
|---|---|
| Date | Clerk |
| | *(signature)* |
| | (By) Deputy Clerk |