ERIC A. SEITZ
ATTORNEY AT LAW
A LAW CORPORATION

ERIC A. SEITZ            1412
LAWRENCE I. KAWASAKI   5820
820 Mililani Street, Suite 714
Honolulu, Hawai'i    96813
Telephone:  (808)  533-7434
Facsimile: (808) 545-3608

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| STEVEN DE COSTA, in his representative capacity as Chairperson of the Board of Trustees of United Public Workers, AFSCME Local 646, AFL-CIO, Mutual Aid Fund Trust, Real Party in Interest, United Public Workers, Local 646, AFL-CIO,<br><br>                 Plaintiff,<br><br>vs.<br><br>GARY W. RODRIGUES,<br><br>                 Defendant. | CIVIL NO. 03-00598 DAE/LEK<br><br>DEFENDANT'S MOTION FOR RECONSIDERATION OF FINDINGS OF FACT AND CONCLUSIONS OF LAW FILED MARCH 20, 2008, AND FOR NEW TRIAL; MEMORANDUM IN SUPPORT; AFFIDAVIT OF ERIC A. SEITZ; CERTIFICATE OF SERVICE |

DEFENDANT'S MOTION FOR RECONSIDERATION OF
FINDINGS OF FACT AND CONCLUSIONS OF LAW FILED
MARCH 20, 2008, AND FOR NEW TRIAL

Defendant GARY W. RODRIGUES (hereinafter "Defendant"), by and through his undersigned attorneys, hereby moves the Court to reconsider its Findings of Fact and Conclusions of Law filed on March 20, 2008, and order a new trial on the grounds its Findings of Fact and Conclusions of Law contain manifest errors of law, and the evidence adduced at trial is not sufficient to determine the amount of damages, if any, to which Plaintiff is entitled.

This motion is brought pursuant to Rules 7, 59, and 60 Federal Rules of Civil Procedure, and Rules 7.1, and 60.1, Local Rules of Practice for the U.S. District Court for the District of Hawaii, inter alia, and is based upon the attached affidavit of counsel and memorandum in support and the records and files herein.

DATED:   Honolulu, Hawai'i, __March 31, 2008_____.


/s/ Eric A. Seitz
ERIC A. SEITZ
LAWRENCE I. KAWASAKI

Attorneys for Defendant
Gary W. Rodrigues

2