## CERTIFICATE OF SERVICE

I DO HEREBY CERTIFY that one copy of the within was duly served this date electronically via CM/ECF to the following:

> JAMES E.T. KOSHIBA, ESQ.
> CHARLES A. PRICE, ESQ.
> KOSHI BA, AGENA & KUBOTA
> 2600 Pauahi Tower
> 1003 Bishop Street
> Honolulu, Hawaii 96813
> Email: cprice@koshibalaw.com

Dated:   Honolulu, Hawaii, __March 31, 2008__ .

/s/ Eric A. Seitz
ERIC A. SEITZ