KOSHIBA AGENA & KUBOTA

| | |
|---|---|
| CHARLES A. PRICE | 5098-0 |
| ANDREW DAISUKE STEWART | 7810-0 |

2600 Pauahi Tower
1003 Bishop Street
Honolulu, Hawaii 96813
Telephone No.: 523-3900

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| STEVEN DECOSTA IN HIS REPRESENTATIVE CAPACITY AS CHAIRPERSON OF THE BOARD OF TRUSTEES OF UNITED PUBLIC WORKERS, AFSCME, LOCAL 646, AFL-CIO, MUTUAL AID FUND TRUST, REAL PARTY IN INTEREST UNITED PUBLIC WORKERS, AFSCME, LOCAL 646, AFL-CIO,<br><br>Plaintiffs,<br><br>vs.<br><br>GARY RODRIGUES,<br><br>Defendant. | CIVIL NO. CV03-00598 DAE LEK<br><br>PLAINTIFFS' MOTION FOR (1) PRE-JUDGMENT INTEREST, (2) ATTORNEY'S FEES, AND (3) COSTS; MEMORANDUM IN SUPPORT; DECLARATION OF COUNSEL; EXHIBITS "A" – "B" |

## PLAINTIFFS' MOTION FOR (1) PRE-JUDGMENT INTEREST, (2) ATTORNEY'S FEES, AND (3) COSTS

Plaintiffs respectfully move for an award of (1) pre-judgment interest, (2) attorney's fees, and (3) costs.

This motion is pursuant to 29 U.S.C. § 1132(g), 28 U.S.C. § 1961(a), Fed. R. Civ. P. Rule 54(d)(1) and (2), Local Rules of the U.S. District Court of the District of Hawaii Rule 54.3, the Findings of Fact and Conclusions of Law ¶ 127, filed March 20, 2008, and is based upon the memorandum in support, declaration, and exhibits filed simultaneously herewith, and such further argument as maybe presented at the hearing hereon.

DATED:   Honolulu, Hawaii, May 16, 2008.

_____
CHARLES A. PRICE
Attorney for Plaintiffs