IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| STEVEN DECOSTA IN HIS REPRESENTATIVE CAPACITY AS CHAIRPERSON OF THE BOARD OF TRUSTEES OF UNITED PUBLIC WORKERS, AFSCME, LOCAL 646, AFL-CIO, MUTUAL AID FUND TRUST, REAL PARTY IN INTEREST UNITED PUBLIC WORKERS, AFSCME, LOCAL 646, AFL-CIO,<br><br>      Plaintiffs,<br><br>   vs.<br><br>GARY RODRIGUES,<br><br>      Defendant. | CIVIL NO. CV03-00598 DAE LEK<br><br>DECLARATION OF COUNSEL |

DECLARATION OF COUNSEL

    1.    I, CHARLES A. PRICE, am one of the attorneys representing Plaintiffs in the above-captioned case. I make the statements below based upon personal knowledge and am competent to testify to the same.

    2.    I have been licensed to practice law in the State of Hawaii since 1989. Between October 31, 2003 and May 31, 2006 my hourly rate for services billed in this case was $175.00 per hour. Between June 1, 2006 and the present, my hourly rate for services billed in this case has been $200.00 per hour.

Based upon the computer printout attached as Exhibit "B," I have spent a total of 316 hours on this case for a total attorney's fees amount of $61,752.50.

      3.    James E. T. Koshiba, of the law firm of Koshiba Agena & Kubota, also worked on the above captioned case. Mr. Koshiba has been licensed to practice law in the State of Hawaii since 1968. Throughout the duration of this case, Mr. Koshiba's hourly rate for services billed in this case has been $250.00 per hour. Base upon the computer printouts attached as Exhibit "B," Mr. Koshiba spent a total of 15.20 hours on this case for a total attorney's fees amount of $3,800.

      4.    Andrew Daisuke Stewart, an associate with the Koshiba firm, also worked on the above captioned case. Mr. Stewart has been licensed to practice law in the State of Hawaii since 2002. Throughout the duration of this case, Mr. Stewart's hourly rate for services billed in this case has been $175.00 per hour. Based upon the computer printouts attached as Exhibit "B," Mr. Stewart has spent a total of 21.80 hours on this case for a total attorney's fees amount of $3,815.

      5.    As shown in Exhibit "B"'s page 1 summary, the total number of hours spent on this case is 353.6 hours, for a total attorney's fees amount of $69,367.50. The Hawaii General Excise Tax assessed on this amount is

$3,172.96. The total amount of costs incurred in this case is $4,491.22.

6. Attached after the page 1 summary of Exhibit "B" are true and correct copies of the Koshiba law firm's computer print-outs describing the legal services rendered and the time spent on such services, as well as the costs incurred or advanced in this matter. The first page of Exhibit "B" summarizes of the total attorney's fees, taxes on fees, and costs incurred in this matter.

7. I have reviewed and approved the time and charges set forth in the itemization of work performed in this case and have determined that the time spent and expenses incurred were reasonable and necessary under the circumstances.

8. Attached hereto as Exhibit "A" is a true and correct copy of statistical release of selected interest rates for the week ending March 21, 2008, published by the Federal Reserve Board, available on the Internet at http://www.federal reserve.gov/releases/h15/20080310 (last checked on May 14, 2008).

9. Upon information and belief, Rodrigues owns or has a beneficial interest in at least two real properties of value and is currently asserting an unliquidated, and hotly contested, claim against UPW for allegedly accrued vacation and sick leave that Rodrigues values at several hundreds of thousands of

dollars.

      I do declare under penalty of law that the foregoing is true and correct.

      DATED: Honolulu, Hawaii, May 16, 2007.

                                                _/s/ Charles A. Price_
                                                CHARLES A. PRICE