KOSHIBA AGAENA & KUBOTA

UPW - MAF v. GARY RODRIGUES

SUMMARY OF FEES, TAXES, COSTS

| ATTORNEY | HOURS | RATE | FEE TOTAL |
|---|---|---|---|
| JAMES E. T. KOSHIBA | 15.20 | $ 250.00 | $ 3,800.00 |
| CHARLES A. PRICE | 62.70 | $ 175.00 | $ 10,972.50 |
| CHARLES A. PRICE | 253.90 | $ 200.00 | $ 50,780.00 |
| ANDREW D. STEWART | 21.80 | $ 175.00 | $ 3,815.00 |
| | | | |
| SUB-TOTAL FEES | | | $ 69,367.50 |
| GE TAX | | | $ 3,172.96 |
| | | | |
| EXPENSES/ADVANCES | | | $ 4,491.22 |
| | | | |
| **TOTAL** | | | **$ 77,031.68** |

EXHIBIT "B"

UNITED PUBLIC WORKER'S LOCAL 646

Page: 1
03/13/2003
Account No: UPW000-03052

MUTUAL AID FUND TRUST v. GARY RODRIGUES

Fees

| | | Rate | Hours | |
|---|---|---|---|---|
| 02/27/03 CAP | Review draft complaint and memorandum to Weinberg. | | | |
| JTK | Telephone call from/to AFSCME; receipt and review of memorandum - Clark, Wu; draft of Complaint. | 175.00 | 1.80 | 315.00 |
| | | 250.00 | 1.00 | 250.00 |
| | TOTAL FEES | | 2.80 | 565.00 |

| Timekeeper | Timekeeper Recap Hours | Rate | Total |
|---|---|---|---|
| James E.T. Koshiba | 1.00 | $250.00 | $250.00 |
| Charles A. Price | 1.80 | 175.00 | 315.00 |

STATE TAX ON FEES

23.50

```
UNITED PUBLIC WORKER'S LOCAL 646                              Page: 1
                                                           04/10/2003
                                          Account No:  UPW000-03052

MUTUAL AID FUND TRUST v. GARY RODRIGUES


                              Fees

                                              Rate    Hours
03/05/03 CAP Conference; telephone message to Kishida.
                                            175.00     0.30      52.50

03/20/03 JTK Meeting at UPW; receipt and review of files.
         CAP Meeting with Trask.           250.00     1.20     300.00
                                           175.00     0.30      52.50

         TOTAL FEES                                   ─────    ──────
                                                      1.80     405.00

                      Timekeeper Recap
         Timekeeper                  Hours      Rate       Total
         James E.T. Koshiba          1.20    $250.00    $300.00
         Charles A. Price            0.60     175.00     105.00

         STATE TAX ON FEES

                                                                16.85
```

UNITED PUBLIC WORKER'S LOCAL 646

Page: 1
05/13/2003
Account No:  UPW000-03052

MUTUAL AID FUND TRUST v. GARY RODRIGUES

Fees

| | | Rate | Hours | |
|---|---|---|---|---|
| 04/28/03 CAP Draft/edit Complaint. | | 175.00 | 5.50 | 962.50 |
| 04/30/03 CAP Edit Complaint; ERISA research. | | 175.00 | 3.50 | 612.50 |
| TOTAL FEES | | | 9.00 | 1,575.00 |

Timekeeper Recap

| Timekeeper Charles A. Price | Hours 9.00 | Rate $175.00 | Total $1,575.00 |
|---|---|---|---|

STATE TAX ON FEES

65.52

UNITED PUBLIC WORKER'S LOCAL 646

Page: 1
06/11/2003
Account No:  UPW000-03052

MUTUAL AID FUND TRUST v. GARY RODRIGUES

### Fees

|  |  |  | Rate | Hours |  |
|---|---|---|---|---|---|
| 05/01/03 | CAP | Draft and edit complaint; research re: ERISA. | 175.00 | 4.20 | 735.00 |
| 05/02/03 | CAP | Draft letter to Trask; edit complaint. | 175.00 | 1.50 | 262.50 |
| 05/22/03 | CAP | Conference with JETK. | 175.00 | 0.20 | 35.00 |
|  |  | TOTAL FEES |  | 5.90 | 1,032.50 |

#### Timekeeper Recap

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Charles A. Price | 5.90 | $175.00 | $1,032.50 |

STATE TAX ON FEES

42.95

### EXPENSES

| LONG DISTANCE CALLS |  |
|---|---|
| COPY COSTS | 0.34 |
| POSTAGE COSTS | 2.75 |
|  | 1.20 |
| TOTAL EXPENSES | 4.29 |

UNITED PUBLIC WORKER'S LOCAL 646

Page: 1
11/12/2003
Account No:  UPW000-03052

MUTUAL AID FUND TRUST v. GARY RODRIGUES

### Fees

| | Rate | Hours | |
|---|---|---|---|
| 10/09/03 CAP Telephone call with Liz Ho; telephone call with Liz Ho, JETK and Larry Weinberg; fax to Weinberg. | 175.00 | 0.30 | 52.50 |
| 10/10/03 CAP Telephone call with Weinberg; review Hewitt deposition from Weinberg. | 175.00 | 0.80 | 140.00 |
| 10/13/03 CAP Review Hewitt deposition transcript and exhibits. | 175.00 | 5.50 | 962.50 |
| 10/23/03 CAP Review box of materials from Larry Weinberg. | 175.00 | 1.20 | 210.00 |
| 10/30/03 CAP Telephone call with Flo Nakakuni; review Hewitt deposition transcript. | 175.00 | 2.20 | 385.00 |
| 10/31/03 CAP Prepare complaint for filing; telephone conference with Flo Nakakuni. | 175.00 | 0.80 | 140.00 |
| TOTAL FEES | | 10.80 | 1,890.00 |

**Timekeeper Recap**

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Charles A. Price | 10.80 | $175.00 | $1,890.00 |

STATE TAX ON FEES

78.62

### EXPENSES

| | |
|---|---|
| COPY COSTS | 13.75 |
| POSTAGE COSTS | 0.83 |
| TOTAL EXPENSES | 14.58 |

### ADVANCES

| | | |
|---|---|---|
| 10/31/03 | U.S. DISTRICT COURT - FILING FEE, CHECK NO. 3832 | 150.00 |
| 10/31/03 | U.S. DISTRICT COURT - FILING FEE, CHECK NO. 3833 | 14.00 |
| | TOTAL ADVANCES | 164.00 |

```
UNITED PUBLIC WORKER'S LOCAL 646                                    Page: 1
                                                                  12/11/2003
                                                    Account No:  UPW000-03052

MUTUAL AID FUND TRUST v. GARY RODRIGUES
```

### Fees

| | | Rate | Hours | |
|---|---|---|---|---|
| 11/10/03 CAP Telephone call with P. Trask. | | 175.00 | 0.10 | 17.50 |
| 11/20/03 CAP Telephone call with Sheriff Shannon. | | 175.00 | 0.10 | 17.50 |
| TOTAL FEES | | | 0.20 | 35.00 |

#### Timekeeper Recap

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Charles A. Price | 0.20 | $175.00 | $35.00 |

STATE TAX ON FEES                                                      1.46

### EXPENSES

| | |
|---|---|
| COPY COSTS | 7.00 |
| FAX COSTS | 10.50 |
| TOTAL EXPENSES | 17.50 |

### ADVANCES

11/30/03   ANTHONY T. SHANNON - DOCUMENT FEE & MILEAGE, INVOICE DATED
           11/24/03
                                                                     35.67
           TOTAL ADVANCES
                                                                     35.67

UNITED PUBLIC WORKER'S LOCAL 646

Page: 1
01/14/2004
Account No:  UPW000-03052

MUTUAL AID FUND TRUST v. GARY RODRIGUES

Fees

| | | Rate | Hours | |
|---|---|---|---|---|
| 12/02/03 CAP | Review and respond to Seitz letter re: service. | 175.00 | 0.50 | 87.50 |
| 12/09/03 CAP | Telephone message to L. Ho; telephone call with L. Ho; edit motion for leave re: counterclaim. | 175.00 | 0.30 | 52.50 |
| 12/10/03 CAP | Telephone call with Flo Nakakuni. | 175.00 | 0.10 | 17.50 |
| | TOTAL FEES | | 0.90 | 157.50 |

Timekeeper Recap

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Charles A. Price | 0.90 | $175.00 | $157.50 |

STATE TAX ON FEES                                              6.55

EXPENSES

| | |
|---|---|
| LONG DISTANCE CALLS | 0.25 |
| COPY COSTS | 0.75 |
| POSTAGE COSTS | 0.74 |
| TOTAL EXPENSES | 1.74 |

UNITED PUBLIC WORKER'S LOCAL 646

Page: 1
02/10/2004
Account No:  UPW000-03052

MUTUAL AID FUND TRUST v. GARY RODRIGUES

## Fees

| | | Rate | Hours | |
|---|---|---|---|---|
| 01/14/04 CAP Draft letter to Seitz; draft Report of Parties Planning Meeting. | | 175.00 | 2.20 | 385.00 |
| 01/16/04 CAP Draft/edit scheduling conference statement. | | 175.00 | 1.20 | 210.00 |
| 01/22/04 CAP Review Seitz motion to dismiss. | | 175.00 | 0.50 | 87.50 |
| 01/23/04 CAP Draft letter to Liz Ho. | | 175.00 | 0.50 | 87.50 |
| TOTAL FEES | | | 4.40 | 770.00 |

Timekeeper Recap

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Charles A. Price | 4.40 | $175.00 | $770.00 |

STATE TAX ON FEES                                                32.03

## EXPENSES

| | |
|---|---|
| COPY COSTS | 25.50 |
| FAX COSTS | 40.50 |
| POSTAGE COSTS | 4.06 |
| TOTAL EXPENSES | 70.06 |

UNITED PUBLIC WORKER'S LOCAL 646

Page: 1
03/12/2004
Account No:  UPW000-03052

MUTUAL AID FUND TRUST v. GARY RODRIGUES

EXPENSES

| | |
|---|---|
| COPY COSTS | 7.00 |
| FAX COSTS | 3.00 |
| POSTAGE COSTS | 0.83 |
| TOTAL EXPENSES | 10.83 |

UNITED PUBLIC WORKER'S LOCAL 646

Page: 1<br>04/12/2004<br>Account No:  UPW000-03052

MUTUAL AID FUND TRUST v. GARY RODRIGUES

Fees

| | | Rate | Hours | |
|---|---|---|---|---|
| 03/12/04 CAP | Draft memorandum in opposition to Rodrigues motion to dismiss. | 175.00 | 2.20 | 385.00 |
| 03/16/04 CAP | Draft/edit/research re: motion to dismiss memorandum in opposition. | 175.00 | 3.60 | 630.00 |
| 03/17/04 CAP | Draft/edit/research memorandum in opposition to motion to dismiss. | 175.00 | 3.50 | 612.50 |
| 03/18/04 CAP | Telephone call with Marty; edit Memorandum in Opposition to Motion to Dismiss. | 175.00 | 3.80 | 665.00 |
| 03/30/04 CAP | Review Rodrigues' Reply Memorandum. | 175.00 | 0.30 | 52.50 |
| | TOTAL FEES | | 13.40 | 2,345.00 |

Timekeeper Recap

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Charles A. Price | 13.40 | $175.00 | $2,345.00 |

STATE TAX ON FEES                                                    97.55

EXPENSES

COPY COSTS                                                          24.50
POSTAGE COSTS                                                        2.86

TOTAL EXPENSES                                                      27.36

UNITED PUBLIC WORKER'S LOCAL 646

Page: 1<br>05/12/2004<br>Account No:  UPW000-03052

MUTUAL AID FUND TRUST v. GARY RODRIGUES

Fees

| Date | | Description | Rate | Hours | |
|------|------|-------------|------|-------|------|
| 04/05/04 | CAP | Prepare for oral hearing; court appearance re: motion to dismiss; draft resolution. | 175.00 | 2.20 | 385.00 |
| 04/06/04 | JTK | Telephone call from attorney; telephone call to UPW. | 250.00 | 0.70 | 175.00 |
| 04/07/04 | JTK | Receipt and review of Order Denying Defendants Motion to Dismiss; letter to UPW; telephone call to UPW. | 250.00 | 0.90 | 225.00 |
| | CAP | Review order denying motion to dismiss. | 175.00 | 0.40 | 70.00 |
| 04/12/04 | CAP | Scheduling conference before Judge Kobayashi; draft letter to D. Nakanelua. | 175.00 | 1.00 | 175.00 |
| 04/16/04 | JTK | Meeting with UPW; letter to UPW. | 250.00 | 0.70 | 175.00 |
| 04/27/04 | JTK | Telephone call from attorney for Rodrigues; letter to attorney; telephone call to UPW. | 250.00 | 1.00 | 250.00 |
| 04/29/04 | JTK | Telephone call from attorney; telephone call to attorney; letter to attorney; letter to UPW. | 250.00 | 1.00 | 250.00 |
| | | TOTAL FEES | | 7.90 | 1,705.00 |

Timekeeper Recap

| Timekeeper | Hours | Rate | Total |
|------------|-------|------|-------|
| James E.T. Koshiba | 4.30 | $250.00 | $1,075.00 |
| Charles A. Price | 3.60 | 175.00 | 630.00 |

STATE TAX ON FEES                                                   70.93

EXPENSES

| | |
|---|---|
| COPY COSTS | 8.50 |
| POSTAGE COSTS | 2.17 |
| TOTAL EXPENSES | 10.67 |

ADVANCES

| | | |
|---|---|---|
| 03/31/04 | PACER - RESEARCH | 4.97 |

```
UNITED PUBLIC WORKER'S LOCAL 646                            Page: 1
                                                         06/10/2004
                                          Account No:  UPW000-03052


MUTUAL AID FUND TRUST v. GARY RODRIGUES


                                Fees

                                               Rate    Hours
05/05/04 JTK Telephone call re: payment - demand; telephone
             call to UPW; letter to attorney.
                                              250.00    0.90     225.00

05/18/04 JTK Telephone call from attorneys; telephone call
             to UPW.
                                              250.00    0.80     200.00
         TOTAL FEES                                     ——————   ——————
                                                        1.70     425.00
                         Timekeeper Recap
         Timekeeper                 Hours       Rate      Total
         James E.T. Koshiba         1.70      $250.00   $425.00

         STATE TAX ON FEES                                        17.68

                            EXPENSES

         FAX COSTS                                                 1.50
                                                                 ——————
         TOTAL EXPENSES                                            1.50
```

UNITED PUBLIC WORKER'S LOCAL 646

Page: 1
07/14/2004
Account No:  UPW000-03052

MUTUAL AID FUND TRUST v. GARY RODRIGUES

Fees

| | Rate | Hours | |
|---|---|---|---|
| 06/01/04 CAP Telephone call with D. Nakanelua. | 175.00 | 0.20 | 35.00 |
| TOTAL FEES | | 0.20 | 35.00 |

Timekeeper Recap

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Charles A. Price | 0.20 | $175.00 | $35.00 |

STATE TAX ON FEES                                          1.46

UNITED PUBLIC WORKER'S LOCAL 646

Page: 1
09/14/2004
Account No:  UPW000-03052

MUTUAL AID FUND TRUST v. GARY RODRIGUES

Fees

| | Rate | Hours | |
|---|---|---|---|
| 08/17/04 CAP Telephone call with Flo Nakakuni re: Hewitt. | 175.00 | 0.30 | 52.50 |
| TOTAL FEES | | 0.30 | 52.50 |

Timekeeper Recap

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Charles A. Price | 0.30 | $175.00 | $52.50 |

| STATE TAX ON FEES | | | 2.18 |
|---|---|---|---|

UNITED PUBLIC WORKER'S LOCAL 646

Page: 1
10/13/2004
Account No:  UPW000-03052

MUTUAL AID FUND TRUST v. GARY RODRIGUES

Fees

| | Rate | Hours | |
|---|---|---|---|
| 09/15/04 CAP Court conference with Judge Kobayashi; draft letter to D. Nakanelua. | 175.00 | 1.50 | 262.50 |
| TOTAL FEES | | 1.50 | 262.50 |

Timekeeper Recap

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Charles A. Price | 1.50 | $175.00 | $262.50 |

| STATE TAX ON FEES | | 10.92 |
|---|---|---|

EXPENSES

| COPY COSTS | | 2.25 |
|---|---|---|
| POSTAGE COSTS | | 0.97 |
| TOTAL EXPENSES | | 3.22 |

UNITED PUBLIC WORKER'S LOCAL 646

MUTUAL AID FUND TRUST v. GARY RODRIGUES

Fees

| | | Rate | Hours | |
|---|---|---|---|---|
| 10/18/04 CAP Telephone call with Flo Nakakuni; telephone call with D. Nakanelua; telephone call with Martti. | | 175.00 | 0.40 | 70.00 |
| TOTAL FEES | | | 0.40 | 70.00 |

| Timekeeper Recap | | | |
|---|---|---|---|
| Timekeeper | Hours | Rate | Total |
| Charles A. Price | 0.40 | $175.00 | $70.00 |

STATE TAX ON FEES

2.91

UNITED PUBLIC WORKER'S LOCAL 646

Page: 1
01/13/2005
Account No:  UPW000-03052

MUTUAL AID FUND TRUST v. GARY RODRIGUES

Fees

|  |  | Rate | Hours |  |
|---|---|---|---|---|
| 12/20/04 CAP Draft letter to Nakanelua. |  | 175.00 | 0.20 | 35.00 |
| TOTAL FEES |  |  | 0.20 | 35.00 |

|  | Timekeeper Recap Hours | Rate | Total |
|---|---|---|---|
| Timekeeper Charles A. Price | 0.20 | $175.00 | $35.00 |

STATE TAX ON FEES                                                    1.46

EXPENSES

| COPY COSTS | 0.50 |
|---|---|
| POSTAGE COSTS | 0.37 |
| TOTAL EXPENSES | 0.87 |

UNITED PUBLIC WORKER'S LOCAL 646

MUTUAL AID FUND TRUST v. GARY RODRIGUES

Fees

| Date | | Description | Rate | Hours | |
|---|---|---|---|---|---|
| 01/03/05 | CAP | Draft/edit initial disclosures; telephone message to Vi at UPW. | 175.00 | 1.20 | 210.00 |
| 01/04/05 | CAP | Edit initial disclosures. | 175.00 | 0.20 | 35.00 |
| 01/06/05 | CAP | Telephone call with M. Fernandez. | 175.00 | 0.20 | 35.00 |
| | | TOTAL FEES | | 1.60 | 280.00 |

Timekeeper Recap

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Charles A. Price | 1.60 | $175.00 | $280.00 |

STATE TAX ON FEES

11.65

UNITED PUBLIC WORKER'S LOCAL 646

Page: 1<br>
03/15/2005<br>
Account No:  UPW000-03052

MUTUAL AID FUND TRUST v. GARY RODRIGUES

### Fees

| | Rate | Hours | |
|---|---|---|---|
| 02/16/05 CAP Review Seitz letter; conference. | 175.00 | 0.20 | 35.00 |
| 02/17/05 CAP Review Seitz letters. | 175.00 | 0.10 | 17.50 |
| TOTAL FEES | | 0.30 | 52.50 |

Timekeeper Recap

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Charles A. Price | 0.30 | $175.00 | $52.50 |

STATE TAX ON FEES                                                2.18

### EXPENSES

| | | |
|---|---|---|
| COPY COSTS | | 1.25 |
| TOTAL EXPENSES | | 1.25 |

UNITED PUBLIC WORKER'S LOCAL 646

Page: 1
04/07/2005
Account No: UPW000-03052

MUTUAL AID FUND TRUST v. GARY RODRIGUES

Fees

|  |  | Rate | Hours |  |
|---|---|---|---|---|
| 03/01/05 CAP Review Hewitt criminal case docket. | | 175.00 | 0.30 | 52.50 |
| 03/10/05 CAP Status conference with court; draft letter to Nakanelua. | | 175.00 | 0.50 | 87.50 |
| TOTAL FEES | | | 0.80 | 140.00 |

Timekeeper Recap

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Charles A. Price | 0.80 | $175.00 | $140.00 |

STATE TAX ON FEES                                           5.82

EXPENSES

COPY COSTS                                                  4.75
POSTAGE COSTS                                               0.97

TOTAL EXPENSES                                              5.72

UNITED PUBLIC WORKER'S LOCAL 646

Page: 1
08/15/2005
Account No:  UPW000-03052

MUTUAL AID FUND TRUST v. GARY RODRIGUES

Fees

| | | Rate | Hours | |
|---|---|---|---|---|
| 07/25/05 CAP Telephone message to Martti at UPW. | | 175.00 | 0.10 | 17.50 |
| TOTAL FEES | | | 0.10 | 17.50 |

Timekeeper Recap

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Charles A. Price | 0.10 | $175.00 | $17.50 |

STATE TAX ON FEES

0.73

ADVANCES

| | | |
|---|---|---|
| 05/12/05 | PACER - RESEARCH, INVOICE DATED 4/05/05 | 0.24 |
| TOTAL ADVANCES | | 0.24 |

UNITED PUBLIC WORKER'S LOCAL 646

Page: 1
10/12/2005
Account No:  UPW000-03052

MUTUAL AID FUND TRUST v. GARY RODRIGUES

Fees

| | | Rate | Hours | |
|---|---|---|---|---|
| 09/22/05 CAP Telephone call with Teresa of Ezra's telephone call with Seitz's office; telephone call with Seitz; telephone call with Teresa; letter to D. Nakanelua. | | 175.00 | 0.30 | 52.50 |
| TOTAL FEES | | | 0.30 | 52.50 |

Timekeeper Recap

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Charles A. Price | 0.30 | $175.00 | $52.50 |

| | |
|---|---|
| STATE TAX ON FEES | 2.18 |

EXPENSES

| | |
|---|---|
| COPY COSTS | 0.50 |
| POSTAGE COSTS | 0.37 |
| TOTAL EXPENSES | 0.87 |

UNITED PUBLIC WORKER'S LOCAL 646

Page: 1
11/09/2005
Account No:  UPW000-03052

MUTUAL AID FUND TRUST v. GARY RODRIGUES

EXPENSES

COPY COSTS                                                    4.00
POSTAGE COSTS                                                 0.60
                                                           ------
TOTAL EXPENSES                                                4.60

UNITED PUBLIC WORKER'S LOCAL 646

Page: 1
02/09/2006
Account No: UPW000-03052

MUTUAL AID FUND TRUST v. GARY RODRIGUES

### Fees

| | Rate | Hours | |
|---|---|---|---|
| 01/23/06 CAP Telephone call with Kohlman; telephone call with US Attorney; draft subpoena for Hewitt; attend Hewitt sentencing; E-mail to Kohlman. | 175.00 | 2.80 | 490.00 |
| 01/27/06 CAP Telephone call with Hewitt; email to Hewitt; email to Gary Kohlens. | 175.00 | 0.60 | 105.00 |
| 01/30/06 CAP Email to Lima; telephone call with Hewitt; draft letter to Sietz and deposition notice. | 175.00 | 0.60 | 105.00 |
| 01/31/06 CAP Telephone call with Sietz; email to Hewitt; email to Lima; review Hewitt transcripts; email to Hewitt. | 175.00 | 1.10 | 192.50 |
| TOTAL FEES | | 5.10 | 892.50 |

#### Timekeeper Recap

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Charles A. Price | 5.10 | $175.00 | $892.50 |

STATE TAX ON FEES                                          37.13

### EXPENSES

| | |
|---|---|
| COPY COSTS | 39.75 |
| FAX COSTS | 9.00 |
| POSTAGE COSTS | 0.78 |
| TOTAL EXPENSES | 49.53 |

UNITED PUBLIC WORKER'S LOCAL 646

Page: 1
03/13/2006
Account No:  UPW000-03052

MUTUAL AID FUND TRUST v. GARY RODRIGUES

Fees

| | Rate | Hours | |
|---|---|---|---|
| 02/01/06 CAP Review and reply to Hewitt E-mail. | 175.00 | 0.30 | 52.50 |
| 02/13/06 CAP Review Hewitt deposition transcript. | 175.00 | 0.50 | 87.50 |
| 02/24/06 CAP Telephone call re: rescheduling trial. | 175.00 | 0.30 | 52.50 |
| 02/27/06 CAP Review Amended Scheduling Order. | 175.00 | 0.20 | 35.00 |
| TOTAL FEES | | 1.30 | 227.50 |

Timekeeper Recap

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Charles A. Price | 1.30 | $175.00 | $227.50 |

| STATE TAX ON FEES | 9.46 |
|---|---|

EXPENSES

| LONG DISTANCE CALLS | 4.24 |
|---|---|
| COPY COSTS | 1.50 |
| FAX COSTS | 3.00 |
| POSTAGE COSTS | 0.39 |
| TOTAL EXPENSES | 9.13 |

UNITED PUBLIC WORKER'S LOCAL 646

Page: 1
04/12/2006
Account No: UPW000-03052

MUTUAL AID FUND TRUST v. GARY RODRIGUES

EXPENSES

COPY COSTS                                              3.50
POSTAGE COSTS                                           0.39
                                                       ─────
TOTAL EXPENSES                                          3.89

UNITED PUBLIC WORKER'S LOCAL 646

Page: 1
07/12/2006
Account No:  UPW000-03052

MUTUAL AID FUND TRUST v. GARY RODRIGUES

### Fees

| | Rate | Hours | |
|---|---|---|---|
| 06/20/06 CAP Telephone call with Tiare re: Hewitt. | 200.00 | 0.10 | 20.00 |
| 06/21/06 CAP Telephone message to Hewitt. | 200.00 | 0.10 | 20.00 |
| 06/22/06 CAP Telephone call with Hewitt. | 200.00 | 0.20 | 40.00 |
| 06/23/06 CAP Conference with Larry Kawasaki; telephone calls with Larry Kawasaki. | 200.00 | 0.30 | 60.00 |
| 06/26/06 CAP Telephone call with Seitz's office; telephone calls with Hewitt. | 200.00 | 0.30 | 60.00 |
| TOTAL FEES | | 1.00 | 200.00 |

| Timekeeper Recap | | | |
|---|---|---|---|
| Timekeeper | Hours | Rate | Total |
| Charles A. Price | 1.00 | $200.00 | $200.00 |

STATE TAX ON FEES

8.32

UNITED PUBLIC WORKER'S LOCAL 646

MUTUAL AID FUND TRUST v. GARY RODRIGUES

## Fees

| Date | | Description | Rate | Hours | |
|---|---|---|---|---|---|
| 09/01/06 | CAP | Telephone message to Hewitt; E-mail to Hewitt. | 200.00 | 0.20 | 40.00 |
| 09/05/06 | CAP | Review and reply to Hewitt E-mail; E-mail to Seitz; review and reply to Seitz E-mail. | 200.00 | 0.40 | 80.00 |
| 09/06/06 | CAP | E-mail to Hewitt. | 200.00 | 0.10 | 20.00 |
| 09/11/06 | CAP | E-mail to Hewitt. | 200.00 | 0.10 | 20.00 |
| 09/12/06 | CAP | Review documents for exhibit list. | 200.00 | 2.20 | 440.00 |
| 09/15/06 | CAP | Telephone call with Martti; review MAF documents at UPW. | 200.00 | 1.10 | 220.00 |
| 09/19/06 | CAP | Review and reply to Hewitt E-mail; review UPW - MAF documents. | 200.00 | 3.20 | 640.00 |
| 09/20/06 | CAP | Review and reply to Hewitt E-mail; telephone message to G. Kohlman; telephone message to Martti. | 200.00 | 0.30 | 60.00 |
| 09/21/06 | CAP | Telephone message to G. Kohlman; telephone calls with Kohlman; telephone call with Hewitt; review and reply to Hewitt E-mail; telephone message to D. Nakanelua. | 200.00 | 0.70 | 140.00 |
| 09/22/06 | CAP | Telephone call with D. Nakanelua; telephone call with Seitz; telephone call with Warren of court. | 200.00 | 0.40 | 80.00 |
| 09/25/06 | CAP | Status conference with Judge Kobayashi; draft motion to continue trial. | 200.00 | 1.60 | 320.00 |
| 09/26/06 | CAP | Draft/edit motion to continue trial and ex parte motion to shorten time; draft letter to Hewitt. | 200.00 | 2.90 | 580.00 |
| 09/27/06 | CAP | E-mail to A. Hewitt; E-mail to Kohlman; telephone call with Seitz. | 200.00 | 0.20 | 40.00 |
| 09/28/06 | CAP | Telephone call with Carol of Judge Ezra's; telephone call with Warren, court clerk; draft Stipulation to Continue; draft withdrawal; | | | |

UNITED PUBLIC WORKER'S LOCAL 646

Page: 2
10/10/2006
Account No: UPW000-03052

MUTUAL AID FUND TRUST v. GARY RODRIGUES

|  | | Rate | Hours | |
|---|---|---|---|---|
| draft letter to D. Nakanelua; fax to Hewitt. | | 200.00 | 1.10 | 220.00 |
| 09/29/06 CAP Review Amended Pretrial Order. | | 200.00 | 0.20 | 40.00 |
| TOTAL FEES | | | 14.70 | 2,940.00 |

Timekeeper Recap

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Charles A. Price | 14.70 | $200.00 | $2,940.00 |

STATE TAX ON FEES                                                     122.30

EXPENSES

| | |
|---|---|
| LONG DISTANCE CALLS | 1.39 |
| COPY COSTS | 32.00 |
| FAX COSTS | 1.50 |
| POSTAGE COSTS | 0.39 |
| TOTAL EXPENSES | 35.28 |

UNITED PUBLIC WORKER'S LOCAL 646

Page: 1
11/13/2006
Account No:  UPW000-03052

MUTUAL AID FUND TRUST v. GARY RODRIGUES

Fees

| | Rate | Hours | |
|---|---|---|---|
| 10/02/06 JTK Amended Rule 16 Order; telephone call to UPW; letter to UPW. | 250.00 | 0.90 | 225.00 |
| 10/11/06 JTK Motion to Continue trial - Rodrigues. | 250.00 | 0.30 | 75.00 |
| 10/20/06 CAP E-mail to Nakakuni. | 200.00 | 0.10 | 20.00 |
| 10/21/06 CAP Review F. Nakakuni E-mail. | 200.00 | 0.10 | 20.00 |
| 10/23/06 CAP Telephone call with Probation Office re: Albert Hewitt; review Best Rescue investment documents. | 200.00 | 2.80 | 560.00 |
| 10/24/06 CAP Research re: Hewitt's Florida address. | 200.00 | 0.20 | 40.00 |
| 10/25/06 CAP Draft Hewitt deposition notice and commission. | 200.00 | 0.50 | 100.00 |
| 10/30/06 CAP Edit Hewitt deposition notice and commission request. | 200.00 | 0.30 | 60.00 |
| TOTAL FEES | | 5.20 | 1,100.00 |

Timekeeper Recap

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| James E.T. Koshiba | 1.20 | $250.00 | $300.00 |
| Charles A. Price | 4.00 | 200.00 | 800.00 |

STATE TAX ON FEES

45.76

EXPENSES

| | |
|---|---|
| LONG DISTANCE CALLS | 2.74 |
| COPY COSTS | 31.25 |
| FAX COSTS | 10.50 |
| POSTAGE COSTS | 0.87 |
| TOTAL EXPENSES | 45.36 |

UNITED PUBLIC WORKER'S LOCAL 646

Page: 1
12/13/2006
Account No:  UPW000-03052

MUTUAL AID FUND TRUST v. GARY RODRIGUES

Fees

| | | Rate | Hours | |
|---|---|---|---|---|
| 11/28/06 CAP E-mails re: Hewitt service. | | 200.00 | 0.30 | 60.00 |
| TOTAL FEES | | | 0.30 | 60.00 |

Timekeeper Recap

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Charles A. Price | 0.30 | $200.00 | $60.00 |

STATE TAX ON FEES

2.50

EXPENSES

| | |
|---|---|
| LONG DISTANCE CALLS | 0.38 |
| COPY COSTS | 14.00 |
| POSTAGE COSTS | 2.85 |
| TOTAL EXPENSES | 17.23 |

ADVANCES

| | | |
|---|---|---|
| 11/07/06 | ELENOR'S NATIONWIDE LEGAL SUPPORT SERVICES - SERVICE & SUBPOENA, CHECK NO. 5827 | 350.00 |
| 11/08/06 | ALBERT HEWITT - WITNESS FEE, CHECK NO. 5851 | 40.00 |
| 11/09/06 | ELENOR'S NATIONWIDE LEGAL SUPPORT SERVICES - SERVICE FEE, CHECK NO. 5854 | 150.00 |
| | TOTAL ADVANCES | 540.00 |

```
UNITED PUBLIC WORKER'S LOCAL 646                              Page: 1
                                                          01/08/2007
                                          Account No:  UPW000-03052


MUTUAL AID FUND TRUST v. GARY RODRIGUES
```

Fees

| | Rate | Hours | |
|---|---|---|---|
| 12/08/06 CAP E-mail to Sietz; draft pretrial statement. | 200.00 | 2.80 | 560.00 |
| 12/11/06 CAP E-mail to Sietz; edit Pretrial Statement. | 200.00 | 1.60 | 320.00 |
| 12/12/06 CAP Edit Pretrial Statement. | 200.00 | 1.20 | 240.00 |
| 12/14/06 CAP Research re: Hewitt; review Best Rescue documents. | 200.00 | 1.50 | 300.00 |
| 12/15/06 CAP Prepare exhibit list. | 200.00 | 1.50 | 300.00 |
| 12/20/06 CAP E-mail to Hewitt. | 200.00 | 0.20 | 40.00 |
| 12/21/06 CAP Review and reply to Hewitt E-mail; E-mail to Seitz; review Seitz E-mail. | 200.00 | 0.50 | 100.00 |
| 12/26/06 CAP Edit Pretrial Statement. | 200.00 | 1.20 | 240.00 |
| 12/27/06 CAP Review Rodrigues P;retrial Statement; telephone call with Seitz. | 200.00 | 0.40 | 80.00 |
| 12/28/06 CAP Review Motion to Continue Trial; review and reply to Hewitt E-mail. | 200.00 | 0.50 | 100.00 |
| 12/29/06 CAP E-mail to Kohlman. | 200.00 | 0.30 | 60.00 |
| TOTAL FEES | | 11.70 | 2,340.00 |

Timekeeper Recap

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Charles A. Price | 11.70 | $200.00 | $2,340.00 |

```
        STATE TAX ON FEES                                   110.26
```

EXPENSES

```
        COPY COSTS
        FAX COSTS                                            24.25
        POSTAGE COSTS                                        19.50
                                                              3.78
                                                          ---------
        TOTAL EXPENSES                                       47.53
```

UNITED PUBLIC WORKER'S LOCAL 646

Page: 2
01/08/2007
Account No:  UPW000-03052

MUTUAL AID FUND TRUST v. GARY RODRIGUES

ADVANCES

12/31/06    ELEANOR'S NATIONWIDE LEGAL SUPPORT - SERVICE FEE, INVOICE NO.
            2006099181, DATED 12/12/06
                                                                    35.00
                                                                  --------
            TOTAL ADVANCES                                          35.00

UNITED PUBLIC WORKER'S LOCAL 646

Page: 1
02/09/2007
Account No:  UPW000-03052

MUTUAL AID FUND TRUST v. GARY RODRIGUES

## Fees

| Date | | Description | Rate | Hours | |
|---|---|---|---|---|---|
| 01/02/07 | CAP | Telephone message to Martti; telephone message to Kohlman; E-mail to Court; review and reply to Kohlman E-mail; edit Position Statement re: trial continuance. | 200.00 | 0.50 | 100.00 |
| 01/03/07 | CAP | Review court notice of hearing re: trial continuance; edit Position Statement. | 200.00 | 0.30 | 60.00 |
| 01/04/07 | CAP | Review Court notice re: hearing on trial continuance. | 200.00 | 0.10 | 20.00 |
| 01/08/07 | CAP | E-mail to Hewitt. | 200.00 | 0.10 | 20.00 |
| 01/09/07 | CAP | Prepare fax and attend court hearing re: continuing trial; draft letter to D. Nakanelua. | 200.00 | 0.70 | 140.00 |
| 01/12/07 | CAP | Telephone call with A. Hewitt; telephone call with D. Nakanelua. | 200.00 | 0.50 | 100.00 |
| 01/17/07 | CAP | Review Amended Scheduling Conference Order. | 200.00 | 0.20 | 40.00 |
| | CAP | Draft Hewitt letter. | 200.00 | 0.30 | 60.00 |
| 01/18/07 | JTK | Notice from USDC re: Rule 16 Scheduling Order; telephone call to UPW; letter to UPW. | 250.00 | 0.80 | 200.00 |
| | CAP | Edit letter re: Restitution; E-mail to Hewitt. | 200.00 | 0.30 | 60.00 |
| | | TOTAL FEES | | 3.80 | 800.00 |

Timekeeper Recap

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| James E.T. Koshiba | 0.80 | $250.00 | $200.00 |
| Charles A. Price | 3.00 | 200.00 | 600.00 |

STATE TAX ON FEES                                                    37.70

## EXPENSES

| | |
|---|---|
| LONG DISTANCE CALLS | 0.55 |
| COPY COSTS | 8.00 |
| FAX COSTS | 6.00 |
| POSTAGE COSTS | 0.78 |

UNITED PUBLIC WORKER'S LOCAL 646

Page: 2
02/09/2007
Account No:  UPW000-03052

MUTUAL AID FUND TRUST v. GARY RODRIGUES

|  |  |  |
|---|---|---|
| TOTAL EXPENSES | | 15.33 |

### ADVANCES

| | | |
|---|---|---|
| 01/08/07 | PACER RESEARCH | 2.72 |
| | TOTAL ADVANCES | 2.72 |
| 01/30/07 | VOID CHECK ISSUED 11/8/06, CHECK  NO. 5851: ALBERT HEWITT - WITNESS FEE | -40.00 |
| | Total Credits for Advances | -40.00 |

UNITED PUBLIC WORKER'S LOCAL 646

Page: 1<br>03/09/2007<br>Account No:  UPW000-03052

MUTUAL AID FUND TRUST v. GARY RODRIGUES

## Fees

| | Rate | Hours | |
|---|---|---|---|
| 02/02/07 CAP Fax to D. Nakanelua; reply E-mail to B. Bushnell; review Bushnell E-mail. | 200.00 | 0.20 | 40.00 |
| 02/06/07 CAP Telephone call with D. Nakanelua. | 200.00 | 0.10 | 20.00 |
| 02/12/07 CAP Review E-mail order re: rescheduling. | 200.00 | 0.10 | 20.00 |
| 02/13/07 JTK Notice from US District Court; telephone call to UPW. | 250.00 | 0.40 | 100.00 |
| 02/14/07 CAP Telephone message to A. Hewitt; E-mail to Hewitt; telephone call with Hewitt. | 200.00 | 0.30 | 60.00 |
| 02/15/07 CAP Telephone message to Hewitt. | 200.00 | 0.10 | 20.00 |
| 02/16/07 CAP Telephone message to Hewitt. | 200.00 | 0.10 | 20.00 |
| 02/21/07 CAP Telephone message with A. Hewitt; E-mail to Kohlmon. | 200.00 | 0.20 | 40.00 |
| 02/23/07 CAP Telephone call with Hewitt; E-mail to Hewitt and Courts; edit deposition notice for Hewitt. | 200.00 | 0.70 | 140.00 |
| 02/28/07 CAP Review and reply to P. Johnson E-mails. | 200.00 | 0.20 | 40.00 |
| TOTAL FEES | | 2.40 | 500.00 |

Timekeeper Recap

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| James E.T. Koshiba | 0.40 | $250.00 | $100.00 |
| Charles A. Price | 2.00 | 200.00 | 400.00 |

STATE TAX ON FEES                                      23.56

## EXPENSES

| | |
|---|---|
| LONG DISTANCE CALLS | 1.05 |
| COPY COSTS | 5.00 |
| FAX COSTS | 16.50 |
| TOTAL EXPENSES | 22.55 |

```
UNITED PUBLIC WORKER'S LOCAL 646                              Page: 1
                                                           04/11/2007
                                             Account No:  UPW000-03052


MUTUAL AID FUND TRUST v. GARY RODRIGUES
```

### Fees

| Date | | Description | Rate | Hours | |
|---|---|---|---|---|---|
| 03/01/07 | CAP | Review A. Hewitt E-mail; review and reply to P. Johnson E-mail. | 200.00 | 0.30 | 60.00 |
| 03/02/07 | CAP | Review Hewitt Florida deposition transcripts. | 200.00 | 1.50 | 300.00 |
| 03/05/07 | CAP | Review and reply to Hewitt E-mail; prepare for Hewitt deposition. | 200.00 | 2.50 | 500.00 |
| 03/06/07 | CAP | Prepare for and take A. Hewitt deposition. | 200.00 | 4.00 | 800.00 |
| 03/08/07 | CAP | Review and reply to Hewitt E-mail; edit letter to Hewitt's attorney; draft fax to Martti. | 200.00 | 0.30 | 60.00 |
| 03/09/07 | CAP | Telephone call with Martti; review and reply to Hewitt E-mail; telephone call with Martti; E-mail to Hewitt. | 200.00 | 0.20 | 40.00 |
| 03/12/07 | CAP | Telephone call with Martti. | 200.00 | 0.10 | 20.00 |
| 03/21/07 | CAP | Review Rodrigues' amended pretrial statement. | 200.00 | 0.20 | 40.00 |
| 03/22/07 | CAP | Telephone message from Lowrey; fax transmittal to D. Nakanelua; telephone call with Lowrey. | 200.00 | 0.20 | 40.00 |
| 03/27/07 | CAP | Telephone message to Martti. | 200.00 | 0.10 | 20.00 |
| 03/28/07 | CAP | Review Rodrigues Concise Statement and MSJ. | 200.00 | 0.70 | 140.00 |
| 03/29/07 | CAP | Telephone message to Martti. | 200.00 | 0.10 | 20.00 |
| 03/30/07 | CAP | Review court notice of hearing re: Rodrigues MSJ. | 200.00 | 0.10 | 20.00 |
| | CAP | Review Martti fax. | 200.00 | 0.10 | 20.00 |
| | | TOTAL FEES | | 10.40 | 2,080.00 |

```
                        Timekeeper Recap
   Timekeeper                  Hours      Rate        Total
   Charles A. Price            10.40    $200.00    $2,080.00

        STATE TAX ON FEES                                   98.01
```

UNITED PUBLIC WORKER'S LOCAL 646

Page: 2
04/11/2007
Account No: UPW000-03052

MUTUAL AID FUND TRUST v. GARY RODRIGUES

### EXPENSES

| | |
|---|---:|
| LONG DISTANCE CALLS | 4.48 |
| COPY COSTS | 44.00 |
| FAX COSTS | 147.00 |
| POSTAGE COSTS | 3.66 |
| | --- |
| TOTAL EXPENSES | 199.14 |

### ADVANCES

| | | |
|---|---|---:|
| 01/08/07 | PACER RESEARCH | 0.16 |
| 03/31/07 | FEDEX - DOCUMENT DELIVERY, INVOICE NO. 1008-2960-6, DATED 03/09/07 | 58.57 |
| | TOTAL ADVANCES | 58.73 |

UNITED PUBLIC WORKER'S LOCAL 646

Page: 1
05/10/2007
Account No: UPW000-03052

MUTUAL AID FUND TRUST v. GARY RODRIGUES

Fees

| | | Rate | Hours | |
|---|---|---|---|---|
| 04/02/07 CAP | Telephone call with Erlinda Lowry of US Attorney's Office. | 200.00 | 0.10 | 20.00 |
| 04/04/07 CAP | Telephone call with D. Nakanelua; draft/edit memorandum in opposition. | 200.00 | 2.50 | 500.00 |
| 04/12/07 ADS | Review Complaint and MSJ; research case law cited by Defendants' MSJ. | 175.00 | 1.50 | 262.50 |
| CAP | Prepare for Trustee interviews; meeting with Alison Leong; meeting with George Yasumoto; E-mail. | 200.00 | 3.20 | 640.00 |
| 04/13/07 ADS | Research case law on Counts 1 - 111 of Complaint. | 175.00 | 3.40 | 595.00 |
| CAP | Research and draft memorandum in opposition and declarations. | 200.00 | 5.50 | 1,100.00 |
| 04/18/07 CAP | Review court E-mail rescheduling MSJ hearing. | 200.00 | 0.10 | 20.00 |
| 04/19/07 JTK | Letter from Nationwide Legal Support, Inc.; letter to Nationwide; letter to UPW. | 250.00 | 0.60 | 150.00 |
| 04/26/07 CAP | Research and draft memorandum in opposition to msj. | 200.00 | 3.20 | 640.00 |
| 04/27/07 CAP | Research/draft/edit memorandum in opposition. | 200.00 | 2.50 | 500.00 |
| 04/30/07 CAP | Research/draft/edit memorandum in opposition; draft declarations. | 200.00 | 1.70 | 340.00 |
| | TOTAL FEES | | 24.30 | 4,767.50 |

Timekeeper Recap

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| James E.T. Koshiba | 0.60 | $250.00 | $150.00 |
| Charles A. Price | 18.80 | 200.00 | 3,760.00 |
| Andrew D. Stewart | 4.90 | 175.00 | 857.50 |

STATE TAX ON FEES

224.64

EXPENSES

COPY COSTS

7.25

UNITED PUBLIC WORKER'S LOCAL 646

Page: 2
05/10/2007
Account No:  UPW000-03052

MUTUAL AID FUND TRUST v. GARY RODRIGUES

|  |  |  |
|---|---|---|
| TOTAL EXPENSES | | 7.25 |

ADVANCES

| 03/31/07 | PACER - RESEARCH | 2.00 |
| 04/30/07 | ATKINSON-BAKER - DEPOSITION TRANSCRIPT, INVOICE NO. A101C8FAA, DATED 03/23/07 | 674.41 |
| | TOTAL ADVANCES | 676.41 |

UNITED PUBLIC WORKER'S LOCAL 646

Page: 1
06/11/2007
Account No:  UPW000-03052

MUTUAL AID FUND TRUST v. GARY RODRIGUES

Fees

| | | Rate | Hours | |
|---|---|---|---|---|
| 05/01/07 CAP | Draft/edit Declarations; E-mails to Martti; telephone call with Martti; telephone call with D. Nakanelua; telephone call wit Alison Leong; E-mail to A. Leong. | 200.00 | 2.80 | 560.00 |
| 05/02/07 CAP | Telephone call with Alison Leong; E-mail to A. Leong; review and reply to E-mail from A. Leong; telephone call with A. Leong; review A. Leong E-mail; telephone call with George Yamamoto; revise Declaration; E-mail to Martti; telephone call with Shannon. | 200.00 | 1.30 | 260.00 |
| 05/03/07 CAP | Telephone call with Shannon; telephone call with Martti; telephone call with Martti; research/draft/edit memorandum in opposition. | 200.00 | 5.50 | 1,100.00 |
| 05/04/07 CAP | Draft/edit memorandum in opposition; compile exhibits; draft opposition to concise statement of facts. | 200.00 | 7.60 | 1,520.00 |
| 05/11/07 CAP | Review Rodrigues' Reply Memorandum; draft Motion to Strike; draft Motion to Substitute Real Parties in Interest. | 200.00 | 3.00 | 600.00 |
| 05/14/07 CAP | Edit motion to strike; research/draft/edit motion to substitute. | 200.00 | 3.60 | 720.00 |
| 05/15/07 CAP | Telephone call with D. Nakanelua; research re: substitution; draft motion to substitute. | 200.00 | 3.20 | 640.00 |
| 05/18/07 JTK | Notice of Hearing on Motion; Notice to Substitute. | 250.00 | 0.40 | 100.00 |
| 05/29/07 CAP | Review Rodrigues reply re: motion to strike. | 200.00 | 0.20 | 40.00 |
| | TOTAL FEES | | 27.60 | 5,540.00 |

Timekeeper Recap

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| James E.T. Koshiba | 0.40 | $250.00 | $100.00 |
| Charles A. Price | 27.20 | 200.00 | 5,440.00 |

UNITED PUBLIC WORKER'S LOCAL 646

MUTUAL AID FUND TRUST v. GARY RODRIGUES


       STATE TAX ON FEES                                           261.04

                              EXPENSES

       COPY COSTS                                                  499.25
       POSTAGE COSTS                                                 6.40
                                                                 ---------
       TOTAL EXPENSES                                             505.65

```
UNITED PUBLIC WORKER'S LOCAL 646                              Page: 1
                                                        07/12/2007
                                          Account No:  UPW000-03052


MUTUAL AID FUND TRUST v. GARY RODRIGUES
```

### Fees

| | Rate | Hours | |
|---|---|---|---|
| 06/01/07 CAP Review Rodrigues' memorandum in opposition to motion to substitute. | 200.00 | 0.50 | 100.00 |
| 06/07/07 CAP Draft reply memorandum. | 200.00 | 1.50 | 300.00 |
| 06/08/07 CAP Research/draft/edit reply memorandum re: motion to substitute. | 200.00 | 3.50 | 700.00 |
| 06/14/07 CAP Review Court's inclination memorandum re: motion to substitute. | 200.00 | 0.50 | 100.00 |
| 06/20/07 CAP Prepare for and attend hearing re: motion to substitute; status conference with court. | 200.00 | 2.20 | 440.00 |
| 06/25/07 CAP Review Court E-mail re: substitution ruling. | 200.00 | 0.10 | 20.00 |
| 06/27/07 CAP Review Court's order re: motion to substitute. | 200.00 | 0.10 | 20.00 |
| TOTAL FEES | | 8.40 | 1,680.00 |

#### Timekeeper Recap

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Charles A. Price | 8.40 | $200.00 | $1,680.00 |

| | |
|---|---|
| STATE TAX ON FEES | 79.16 |

### EXPENSES

| | |
|---|---|
| COPY COSTS | 7.00 |
| POSTAGE COSTS | 0.82 |
| TOTAL EXPENSES | 7.82 |

UNITED PUBLIC WORKER'S LOCAL 646

Page: 1
08/13/2007
Account No:  UPW000-03052

MUTUAL AID FUND TRUST v. GARY RODRIGUES

### Fees

| Date | | Description | Rate | Hours | |
|------|--|-------------|------|-------|--|
| 07/06/07 | CAP | Review Motion to Withdraw MSJ; review motion to continue trial. | 200.00 | 0.40 | 80.00 |
| 07/09/07 | CAP | Review court order re: withdraw of motion. | 200.00 | 0.20 | 40.00 |
| 07/10/07 | JTK | Motion to Withdraw Motion to Withdraw Motion for Summary Judgment - Steven De Costa; transmittal to UPW. | 250.00 | 0.60 | 150.00 |
| | CAP | Telephone call with Warren of Federal Court; telephone call with Larry Kawasaki; review and reply to Seitz's office E-mails; review/edit/sign stipulation to advance hearing re: motion to continue trial. | 200.00 | 0.40 | 80.00 |
| 07/12/07 | JTK | Notice of filing; letter to UPW. | 250.00 | 0.60 | 150.00 |
| 07/13/07 | CAP | Research re: statute of limitations and co-fiduciary contribution. | 200.00 | 2.50 | 500.00 |
| 07/16/07 | CAP | Research, draft and edit memorandum in opposition to motion to continue trial. | 200.00 | 3.70 | 740.00 |
| 07/19/07 | CAP | Draft/edit protective order stipulation. | 200.00 | 0.50 | 100.00 |
| 07/23/07 | CAP | E-mail to Seitz. | 200.00 | 0.10 | 20.00 |
| 07/25/07 | CAP | Review and sign revised stipulated protective order. | 200.00 | 0.10 | 20.00 |
| | | TOTAL FEES | | 9.10 | 1,880.00 |

### Timekeeper Recap

| Timekeeper | Hours | Rate | Total |
|------------|-------|------|-------|
| James E.T. Koshiba | 1.20 | $250.00 | $300.00 |
| Charles A. Price | 7.90 | 200.00 | 1,580.00 |

STATE TAX ON FEES                                                88.59

### EXPENSES

COPY COSTS                                                      20.00
POSTAGE COSTS                                                    1.87

UNITED PUBLIC WORKER'S LOCAL 646

MUTUAL AID FUND TRUST v. GARY RODRIGUES

|  |  |  |
|---|---|---|
| TOTAL EXPENSES | | 21.87 |

ADVANCES

| 07/10/07 | PACER - RESEARCH | 0.72 |
|---|---|---|
| | TOTAL ADVANCES | 0.72 |

UNITED PUBLIC WORKER'S LOCAL 646

Page: 1
09/14/2007
Account No:  UPW000-03052

MUTUAL AID FUND TRUST v. GARY RODRIGUES

### Fees

| Date | | Description | Rate | Hours | |
|------|--|-------------|------|-------|--|
| 08/01/07 | CAP | Review Stipulated Protective Order signed by Judge; prepare for hearing; hearing re: motion to continue; draft letter to D. Nakanelua. | 200.00 | 1.60 | 320.00 |
| 08/10/07 | CAP | Review court E-mail re: amended scheduling order. | 200.00 | 0.10 | 20.00 |
| 08/13/07 | JTK | Amended Rule 16 Order; letter to UPW. | 250.00 | 0.40 | 100.00 |
| 08/23/07 | CAP | Telephone call with Vai. | 200.00 | 0.10 | 20.00 |
| 08/28/07 | CAP | Review Seitz message. | 200.00 | 0.10 | 20.00 |
| | JTK | Telephone call from E. Seitz. | 250.00 | 0.60 | 150.00 |
| 08/29/07 | CAP | Review E-mail re: proposed deposition dates. | 200.00 | 0.10 | 20.00 |
| | | TOTAL FEES | | 3.00 | 650.00 |

#### Timekeeper Recap

| Timekeeper | Hours | Rate | Total |
|------------|-------|------|-------|
| James E.T. Koshiba | 1.00 | $250.00 | $250.00 |
| Charles A. Price | 2.00 | 200.00 | 400.00 |

STATE TAX ON FEES                                                    30.63

### EXPENSES

| | |
|--|--|
| COPY COSTS | 0.50 |
| POSTAGE COSTS | 0.82 |
| TOTAL EXPENSES | 1.32 |

UNITED PUBLIC WORKER'S LOCAL 646

Page: 1
10/08/2007
Account No:  UPW000-03052

MUTUAL AID FUND TRUST v. GARY RODRIGUES

### Fees

| | Rate | Hours | |
|---|---|---|---|
| 09/11/07 CAP Telephone call with Seitz. | 200.00 | 0.10 | 20.00 |
| 09/12/07 CAP Telephone call with Martti. | 200.00 | 0.10 | 20.00 |
| 09/17/07 CAP Telephone call with Martti; E-mail to Seitz. | 200.00 | 0.20 | 40.00 |
| 09/18/07 CAP Telephone call with Shannon; telephone call with Kai; review Notice of Deposition. | 200.00 | 0.30 | 60.00 |
| 09/21/07 CAP Prepare for deposition preparation meeting; deposition preparation meeting with DeCosta, Yasumoto, Leong. | 200.00 | 3.80 | 760.00 |
| 09/24/07 CAP Telephone call with George Yasumoto. | 200.00 | 0.20 | 40.00 |
| 09/25/07 CAP E-mail to Seitz; draft transmittal to Seitz. | 200.00 | 0.20 | 40.00 |
| 09/26/07 CAP Telephone call with Martti. | 200.00 | 0.10 | 20.00 |
| 09/28/07 CAP Depositions of DeCosta, Yasimoto and Leong. | 200.00 | 3.50 | 700.00 |
| TOTAL FEES | | 8.50 | 1,700.00 |

| | Timekeeper Recap | | |
|---|---|---|---|
| Timekeeper | Hours | Rate | Total |
| Charles A. Price | 8.50 | $200.00 | $1,700.00 |

STATE TAX ON FEES                                              80.10

### EXPENSES

COPY COSTS                                                     3.25
POSTAGE COSTS                                                  1.23

TOTAL EXPENSES                                                 4.48

UNITED PUBLIC WORKER'S LOCAL 646

Page: 1
11/14/2007
Account No:  UPW000-03052

MUTUAL AID FUND TRUST v. GARY RODRIGUES

### Fees

| | Rate | Hours | |
|---|---|---|---|
| 10/02/07 CAP Telephone call with D. Nakanelua; conference with E. Seitz; telephone call with D. Nakanelua; E-mail to E. Seitz. | 200.00 | 0.40 | 80.00 |
| 10/03/07 CAP Review Amended deposition notice. | 200.00 | 0.10 | 20.00 |
| 10/04/07 CAP Review Sietz email; edit stipulation. | 200.00 | 0.40 | 80.00 |
| 10/05/07 CAP Email to Juli of Sietz's office. | 200.00 | 0.10 | 20.00 |
| 10/09/07 CAP Telephone call with Marti; telephone call with Sietz; telephone call with Marti; revise stipulations; email to Sietz. | 200.00 | 0.50 | 100.00 |
| 10/12/07 CAP Telephone call with Alison Leung. | 200.00 | 0.10 | 20.00 |
| 10/16/07 CAP Deposition preparation with D. Nakanelua; deposition of D. Nakanelua; review transmittal from Seven De Costa; review court E-mail re: stipulation. | 200.00 | 4.20 | 840.00 |
| 10/22/07 CAP Research re:Statute of Limitations issue. | 200.00 | 1.50 | 300.00 |
| 10/24/07 CAP Review Rodrigues' MSJ and Concise Statement; review court E-mails re: same. | 200.00 | 0.70 | 140.00 |
| 10/25/07 CAP Review court E-mail re: MSJ hearing notice; research re: memorandum in opposition. | 200.00 | 2.10 | 420.00 |
| TOTAL FEES | | 10.10 | 2,020.00 |

Timekeeper Recap

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Charles A. Price | 10.10 | $200.00 | $2,020.00 |

STATE TAX ON FEES                                          95.18

### EXPENSES

COPY COSTS                                                 58.75
POSTAGE COSTS                                              12.13

TOTAL EXPENSES                                             70.88

Page: 2
11/14/2007
Account No:  UPW000-03052

UNITED PUBLIC WORKER'S LOCAL 646

MUTUAL AID FUND TRUST v. GARY RODRIGUES

ADVANCES

| Date | Description | Amount |
|---|---|---|
| 10/24/07 | PACER - RESEARCH | 1.92 |
| 10/31/07 | POWERS & ASSOCIATES - DEPOSITION, INVOICE NO. 2052700, DATED 10/09/07 | 459.31 |
| 10/31/07 | POWERS & ASSOCIATES - DEPOSITION, INVOICE NO. 2052741, DATED 10/23/07 | 249.82 |
| | TOTAL ADVANCES | 711.05 |

```
UNITED PUBLIC WORKER'S LOCAL 646                               Page: 1
                                                            12/12/2007
                                           Account No:  UPW000-03052


MUTUAL AID FUND TRUST v. GARY RODRIGUES


                                  Fees

                                              Rate    Hours
11/01/07 CAP Review Rodrigues' MSJ and draft opposition.
                                             200.00    1.50    300.00

11/06/07 CAP Legal research re: memorandum in opposition.
                                             200.00    1.50    300.00

11/08/07 CAP Draft/edit memorandum in opposition and
             opposition to concise statement; review
             Stewart memorandum.
                                             200.00    6.00  1,200.00
         ADS Research and draft outline re: statute of
             limitations issue for opposition to MSJ.
                                             175.00    4.20    735.00

11/14/07 CAP Review Rodrigues Affidavit.
                                             200.00    0.10     20.00

11/26/07 CAP Prepare oral argument; hearing re: Rodrigues'
             MSJ; review Court's order denying Rodrigues'
             motion and transmit to D. Nakanelua.
                                             200.00    1.80    360.00

11/27/07 JTK Order Denying Rodrigues' Motion for Summary
             Judgment; transmittal.
                                             250.00    0.60    150.00
                                                     _____  _____
            TOTAL FEES
                                                      15.70  3,065.00

                            Timekeeper Recap
          Timekeeper                  Hours     Rate      Total
          James E.T. Koshiba          0.60   $250.00    $150.00
          Charles A. Price           10.90    200.00   2,180.00
          Andrew D. Stewart           4.20    175.00     735.00

          STATE TAX ON FEES
                                                          144.42

                              EXPENSES

          COPY COSTS
                                                          234.75
          POSTAGE COSTS
                                                            7.10
                                                         _____
          TOTAL EXPENSES
                                                          241.85
```

```
UNITED PUBLIC WORKER'S LOCAL 646                                    Page: 1
                                                                 02/11/2008
                                              Account No:  UPW000-03052


MUTUAL AID FUND TRUST v. GARY RODRIGUES


                                    Fees

                                                    Rate    Hours
01/29/08 CAP Prepare for pretrial conference; pretrial
             conference with Judge Kobayashi; conference
             with Judge Kobayashi; conference with Larry K.
             of Seitz's office; review court E-mail re:
             pretrial conference; telephone call with Flo
             Nakakuni.                               200.00   1.80    360.00

01/30/08 CAP Telephone call with E. Seitz.          200.00   0.30     60.00

01/31/08 CAP Telephone call with Teresa of Judge Ezra's;
             review court E-mail.                    200.00   0.20     40.00
                                                             ____     _____
         TOTAL FEES                                          2.30    460.00

                            Timekeeper Recap
         Timekeeper                 Hours      Rate        Total
         Charles A. Price            2.30    $200.00     $460.00

         STATE TAX ON FEES                                            21.68

                               ADVANCES

12/31/07    P/C - PACER - RESEARCH                                    8.00
                                                                     ____
         TOTAL ADVANCES                                               8.00
```

UNITED PUBLIC WORKER'S LOCAL 646

Page: 1
03/12/2008
Account No:  UPW000-03052

MUTUAL AID FUND TRUST v. GARY RODRIGUES

Fees

| Date | | Description | Rate | Hours | |
|---|---|---|---|---|---|
| 02/01/08 | CAP | Review letters from court reporter; prepare for and attend pretrial conference with Judge Ezra. | 200.00 | 1.60 | 320.00 |
| 02/06/08 | CAP | Telephone call with Teresa of Judge Ezra's chambers; review Court E-mail re: status conference. | 200.00 | 0.20 | 40.00 |
| 02/07/08 | CAP | Telephone call with E. Seitz; review Amended Scheduling Order. | 200.00 | 0.30 | 60.00 |
| 02/08/08 | CAP | Telephone message to Martti; draft letter to Leong and Yasumoto; telephone call with Martti. | 200.00 | 0.50 | 100.00 |
| 02/09/08 | JTK | Status Conference re: trial, etc.; transmittal to UPW. | 250.00 | 0.30 | 75.00 |
| 02/11/08 | JTK | Receipt of Amended Scheduling Order; telephone call to UPW; transmittal. | 250.00 | 0.30 | 75.00 |
| | CAP | Review Seitz E-mail; review Theresa Lam E-mail. | 200.00 | 0.20 | 40.00 |
| 02/12/08 | CAP | Telephone call with Martti; prepare exhibits and exhibit list; review Seitz E-mail and exhibit list; E-mail to Juli. | 200.00 | 1.80 | 360.00 |
| 02/13/08 | CAP | Edit Exhibit List; review and reply to Juli E-mail; review fax from UPW; telephone call with Leong. | 200.00 | 1.40 | 280.00 |
| 02/14/08 | CAP | Telephone message to George Yasumoto; review Rodrigues exhibits; review deposition transcripts. | 200.00 | 2.70 | 540.00 |
| 02/15/08 | CAP | Review and reply to Juli Seitz E-mail; review Juli Seitz E-mail; meeting with D. Nakanelua; telephone call with George Yasumoto; draft/edit deposition designation and witness list; review Rodrigues witness list. | 200.00 | 3.70 | 740.00 |
| 02/20/08 | CAP | Draft Stipulated Joint Exhibit List; E-mail to Seitz; telephone message to Teresa Lam; | | | |

UNITED PUBLIC WORKER'S LOCAL 646

MUTUAL AID FUND TRUST v. GARY RODRIGUES

|  |  | Rate | Hours |  |
|---|---|---|---|---|
|  | telephone call with Seitz; revise stipulation; revise joint exhibit list; E-mail to Seitz. | 200.00 | 2.30 | 460.00 |
| 02/21/08 CAP | Telephone call with G. Yasumoto; telephone call with M. Fernandez; telephone call with A. Leong; telephone call with Martti; draft Findings & Conclusions. | 200.00 | 2.40 | 480.00 |
| 02/22/08 CAP | Review and sign stipulation re: Rodrigues; draft/edit Findings of Fact, Conclusion of Law. | 200.00 | 4.70 | 940.00 |
| 02/25/08 CAP | Telephone call with Larry Kawasaki; telephone call with L. Kawasaki; telephone call with Shannon; draft cross-examination; review Rodrigues' Proposed Findings and Conclusions. | 200.00 | 4.50 | 900.00 |
| 02/26/08 CAP | Telephone call with Martti; compile and annotate exhibits; review court E-mail re: stipulation re: Rodrigues by phone. | 200.00 | 3.20 | 640.00 |
| 02/27/08 CAP | Meetings with Alison Leong and George Yasumoto; telephone message from Teresa Lam; trial preparations; legal research and draft exams. | 200.00 | 6.50 | 1,300.00 |
| 02/28/08 JTK | Notice from US District Court; transmittal. | 250.00 | 0.20 | 50.00 |
| CAP | Deliver exhibits and conference with Seitz and court clerk; prepare trial binder; prepare direct and cross exams; telephone call with C. Uwaine; trial preparation. | 200.00 | 6.80 | 1,360.00 |
| 02/29/08 CAP | Trial preparation and Trial. | 200.00 | 8.50 | 1,700.00 |
|  | TOTAL FEES |  | 52.10 | 10,460.00 |

Timekeeper Recap

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| James E.T. Koshiba | 0.80 | $250.00 | $200.00 |
| Charles A. Price | 51.30 | 200.00 | 10,260.00 |

STATE TAX ON FEES                                              492.88

EXPENSES

COPY COSTS                                                     591.25
FAX COSTS                                                       24.00
POSTAGE COSTS                                                    3.45

TOTAL EXPENSES                                                 618.70

ADVANCES

02/27/08    FISHER HAWAII - TRIAL SUPPLIES, CHECK NO. 6649       30.66

TOTAL ADVANCES                                                  30.66

UNITED PUBLIC WORKER'S LOCAL 646

Page: 1<br/>04/11/2008<br/>Account No:  UPW000-03052

MUTUAL AID FUND TRUST v. GARY RODRIGUES

Fees

| Date | | Description | Rate | Hours | |
|---|---|---|---|---|---|
| 03/01/08 | CAP | Draft Nakanelua direct and DeCosta cross. | 200.00 | 2.50 | 500.00 |
| 03/03/08 | CAP | Legal research re: ERISA; draft Rodrigues cross-examination. | 200.00 | 3.50 | 700.00 |
| | ADS | Research re: ERISA statute and annotations and pre-judgment interest calculation. | 175.00 | 1.30 | 227.50 |
| 03/04/08 | CAP | Draft/edit Rodrigues cross examination; review court E-mail re: bench trial. | 200.00 | 2.20 | 440.00 |
| 03/05/08 | CAP | Preparation for meeting with D. Nakanelua and S. DeCosta; meeting with D. Nakanelua and S. DeCosta; telephone message to Martti; telephone call with D. Nakanelua; telephone call with Martti; edit D. Nakanelua direct; edit hearing cross examination. | 200.00 | 9.30 | 1,860.00 |
| 03/06/08 | CAP | Trial preparation re: D. Nakanelua direct examination; Trial; edit G. Rodrigues cross examination and prepare closing. | 200.00 | 8.80 | 1,760.00 |
| 03/07/08 | CAP | Prepare Cross examination and Closing; Trial; telephone message to Martti; telephone message to/from D. Nakanelua. | 200.00 | 7.30 | 1,460.00 |
| | ADS | Research attorney's fees under ERISA; deliver attorney's fees research at Federal Court. | 175.00 | 1.00 | 175.00 |
| 03/11/08 | CAP | Research re: reliance on investment advisor under ERISA. | 200.00 | 0.70 | 140.00 |
| 03/20/08 | CAP | Review Judge's FOFCOL; telephone message to UPW; legal research re: contribution. | 200.00 | 1.80 | 360.00 |
| 03/24/08 | CAP | Legal research re: settlement and set-off. | 200.00 | 3.50 | 700.00 |
| 03/25/08 | CAP | Research re: contribution and ERISA. | 200.00 | 4.50 | 900.00 |
| 03/27/08 | CAP | Telephone call with Malia of Judge Ezra's; telephone call with Malia; legal research re: settlement credit. | 200.00 | 2.20 | 440.00 |
| 03/31/08 | CAP | Review judgment, court E-mails, and motion for reconsideration; review and reply to Weinberg | | | |

UNITED PUBLIC WORKER'S LOCAL 646

Page: 1
05/12/2008
Account No:  UPW000-03052

MUTUAL AID FUND TRUST v. GARY RODRIGUES

### Fees

| | | Rate | Hours | |
|---|---|---|---|---|
| 04/01/08 CAP Telephone call with court clerk; research re: recon. motion. | | 200.00 | 1.50 | 300.00 |
| 04/11/08 CAP Research, draft, edit memorandum in opposition to recon motion; telephone message to Ezra's chambers. | | 200.00 | 7.50 | 1,500.00 |
| 04/14/08 CAP Telephone call with court re: filing; review court E-mail. | | 200.00 | 0.20 | 40.00 |
| TOTAL FEES | | | 9.20 | 1,840.00 |

**Timekeeper Recap**

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Charles A. Price | 9.20 | $200.00 | $1,840.00 |

STATE TAX ON FEES                                                86.70

### EXPENSES

| | |
|---|---|
| LONG DISTANCE CALLS | 0.47 |
| COPY COSTS | 60.75 |
| POSTAGE COSTS | 3.30 |
| TOTAL EXPENSES | 64.52 |

### ADVANCES

| | |
|---|---|
| 04/04/08   PACER - RESEARCH | 4.72 |
| TOTAL ADVANCES | 4.72 |

UNITED PUBLIC WORKER'S LOCAL 646

MUTUAL AID FUND TRUST v. GARY RODRIGUES

|  | Rate | Hours |  |
|---|---|---|---|
| E-mails. | 200.00 | 1.60 | 320.00 |
| TOTAL FEES |  | 50.20 | 9,982.50 |

Timekeeper Recap

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Charles A. Price | 47.90 | $200.00 | $9,580.00 |
| Andrew D. Stewart | 2.30 | 175.00 | 402.50 |

STATE TAX ON FEES                                          470.38

EXPENSES

COPY COSTS                                                 30.00
FAX COSTS                                                  18.00
POSTAGE COSTS                                               2.38

TOTAL EXPENSES                                             50.38

UNITED PUBLIC WORKER'S LOCAL 646

Page: 1<br>05/16/2008<br>Account No: UPW000-03052

MUTUAL AID FUND TRUST v. GARY RODRIGUES

### Fees

| Date | | Description | Rate | Hours | Total |
|---|---|---|---|---|---|
| 05/03/08 | CAP | Review order denying Rodrigues recon motion. | 200.00 | 0.20 | 40.00 |
| 05/11/08 | CAP | Research re: motion for fees. | 200.00 | 0.50 | 100.00 |
| 05/12/08 | CAP | Conference re: motion for fees; conference re: fees motion. | 200.00 | 0.70 | 140.00 |
| | ADS | Research/draft motion for pre-judgment interest, fees and cost. | 175.00 | 0.60 | 105.00 |
| 05/13/08 | ADS | Research/draft memorandum in support for pre-judgment interest, fees and cost. | 175.00 | 3.20 | 560.00 |
| 05/14/08 | ADS | Research/draft memorandum in support and declaration for pre-judgment interest, fees and cost. | 175.00 | 4.20 | 735.00 |
| 05/15/08 | CAP | Edit motion for interest, fees and cost. | 200.00 | 0.50 | 100.00 |
| | ADS | Draft memorandum in support and declaration for pre-judgment interest, fees and cost. | 175.00 | 1.30 | 227.50 |
| 05/16/08 | CAP | Review exhibits for fees motion. | 200.00 | 0.40 | 80.00 |
| | ADS | Finalize motion, memorandum in support and declaration for pre-judgment interest, fees and cost. | 175.00 | 1.10 | 192.50 |

TOTAL FEES

|  | 12.70 | 2,280.00 |
|---|---|---|

Timekeeper Recap

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Charles A. Price | 2.30 | $200.00 | $460.00 |
| Andrew D. Stewart | 10.40 | 175.00 | 1,820.00 |

STATE TAX ON FEES

107.43

### EXPENSES

| | |
|---|---|
| COPY COSTS | 43.00 |
| POSTAGE COSTS | 0.58 |
| TOTAL EXPENSES | 43.58 |