ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 16 2008

at \_\_\_ o'clock and \_\_\_ min. \_\_M
SUE BEITIA, CLERK

KOSHIBA AGENA & KUBOTA

| | |
|---|---|
| CHARLES A. PRICE | 5098-0 |
| ANDREW DAISUKE STEWART | 7810-0 |

2600 Pauahi Tower
1003 Bishop Street
Honolulu, Hawaii 96813
Telephone No.: 523-3900

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| STEVEN DECOSTA IN HIS REPRESENTATIVE CAPACITY AS CHAIRPERSON OF THE BOARD OF TRUSTEES OF UNITED PUBLIC WORKERS, AFSCME, LOCAL 646, AFL-CIO, MUTUAL AID FUND TRUST, REAL PARTY IN INTEREST UNITED PUBLIC WORKERS, AFSCME, LOCAL 646, AFL-CIO,<br><br>Plaintiffs,<br><br>vs.<br><br>GARY RODRIGUES,<br><br>Defendant. | CIVIL NO. CV03-00598 DAE LEK<br><br>CERTIFICATE OF SERVICE RE: PLAINTIFFS' MOTION FOR (1) PRE-JUDGMENT INTEREST, (2) ATTORNEY'S FEES, AND (3) COSTS; MEMORANDUM IN SUPPORT; DECLARATION OF COUNSEL; EXHIBITS "A" – "B" |

## CERTIFICATE OF SERVICE RE: PLAINTIFFS' MOTION FOR (1) PRE-JUDGMENT INTEREST, (2) ATTORNEY'S FEES, AND (3) COSTS

The undersigned hereby certifies that on May 16, 2008, Plaintiffs' Motion for (1) Pre-Judgment Interest, (2) Attorney's Fees, and (3) Costs; Memorandum In Support; Declaration of Counsel; Exhibits "A" – "B" will be duly served upon the following parties by hand-delivery and e-mail:

ERIC A. SEITZ, ESQ.
LAWRENCE I. KAWASAKI, ESQ.
820 Mililani Street, Suite 714
Honolulu, Hawaii 96813
Attorneys for Defendant
GARY RODRIGUES

Email: eseitzatty@yahoo.com

DATED: Honolulu, Hawaii, May 16, 2008.

_____
CHARLES A. PRICE
Attorneys for Plaintiffs