# MINUTES

CASE NUMBER: CIVIL NO. 03-00598DAE-LEK

CASE NAME: Stephen DeCosta, et al. Vs. Gary Rodrigues

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE: Leslie E. Kobayashi          REPORTER:

DATE: 5/23/2008                      TIME:

COURT ACTION: EO: Regarding Plaintiffs' Motion for (01) Pre-Judgment Interest; (02) Attorneys' Fees, and (03) Costs filed on 5/16/2008.

Pursuant to LR 54.3, Plaintiffs' Motion for (01) Pre-Judgment Interest; (02) Attorneys' Fees, and (03) Costs will be considered by Magistrate Judge Leslie E. Kobayashi as a Non Hearing Motion.

Pursuant to LR 54.3 Plaintiffs' Statement of Consultation is due on **6/6/2008.**

Pursuant to LR 54.3 and FRCvP Rule 6(e): Memorandum in Opposition is due **6/20/2008.**

Reply Memorandum is due **7/7/2008.**

Plaintiffs' Motion for (01) Pre-Judgment Interest; (02) Attorneys' Fees, and (03) Costs will be taken under advisement by Magistrate Judge Leslie E. Kobayashi thereafter.

**Settlement Conference Re: Attorneys' Fees and Costs set for 7/11/2008 at 09:30 AM before Magistrate Judge Leslie E. Kobayashi.**

Submitted by: Warren N. Nakamura, Courtroom Manager