IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| STEVEN DE COSTA, in his representative capacity as Chairperson of the Board of Trustees of United Public Workers, AFSCME Local 646, AFL-CIO, Mutual Aid Fund Trust, Real Party in Interest, United Public Workers, Local 646, AFL-CIO,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>GARY W. RODRIGUES,<br><br>　　　　　　　Defendant. | CIVIL NO. 03-00598 DAE/LEK<br><br>DEFENDANT'S REPRESENTATION STATEMENT; CERTIFICATE OF SERVICE |

## DEFENDANT'S REPRESENTATION STATEMENT

Defendant GARY W. RODRIGUES, by and through his undersigned attorneys, hereby gives notice pursuant to Circuit Rule 3-2, Circuit Rules of the United States Court of Appeals for the Ninth Circuit of the following parties and their respective counsel in the above entitled action:

>    ERIC A. SEITZ, ESQUIRE
>    LAWRENCE I. KAWASAKI, ESQUIRE
>    820 Mililani Street, Suite 714
>    Honolulu, Hawai'i 96813
>    Telephone: (808) 533-7434
>    E-Mail: eseitzatty@yahoo.com

Attorneys for Defendant

CHARLES A. PRICE, ESQ.
2600 Pauahi Tower
1003 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 523-3900
E-Mail: cprice@koshibalaw.com

Attorney for Plaintiff

DATED: Honolulu, Hawai'i,  MAY 2 3 2008                              .

_____
ERIC A. SEITZ
LAWRENCE I. KAWASAKI

Attorneys for Defendant