## CERTIFICATE OF SERVICE

I DO HEREBY CERTIFY that one copy of the within was duly served this date by hand-delivery to the following at the address listed below:

>JAMES E.T. KOSHIBA, ESQ.
>CHARLES A. PRICE, ESQ.
>KOSHI BA, AGENA & KUBOTA
>2600 Pauahi Tower
>1003Bishop Street
>Honolulu, Hawaii 96813

Dated: Honolulu, Hawaii, __MAY 2 3 2008__.

_____
ERIC A. SEITZ