

KOSHIBA AGENA & KUBOTA

JAMES E. T. KOSHIBA    768-0
CHARLES A. PRICE    5098-0
2600 Pauahi Tower
1003 Bishop Street
Honolulu, Hawaii 96813
Telephone No.: 523-3900
Facsimile No.: 526-9829
email: jkoshiba@koshibalaw.com
       cprice@koshibalaw.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| STEVEN DECOSTA IN HIS REPRESENTATIVE CAPACITY AS CHAIRPERSON OF THE BOARD OF TRUSTEES OF UNITED PUBLIC WORKERS, AFSCME, LOCAL 646, AFL-CIO, MUTUAL AID FUND TRUST, REAL PARTY IN INTEREST UNITED PUBLIC WORKERS, AFSCME, LOCAL 646, AFL-CIO,<br><br>    Plaintiffs,<br><br>vs.<br><br>GARY W. RODRIGUES,<br><br>    Defendant. | CIVIL NO. CV03-00598 DAE LEK<br><br>PLAINTIFFS' STATEMENT OF CONSULTATION RE: MOTION FOR ATTORNEY'S FEES AND COSTS; CERTIFICATE OF SERVICE<br><br><br><br><br><br><br>Trial Dates: February 29, March 6, 7, and 11, 2008 |

-2-

## PLAINTIFFS' STATEMENT OF CONSULTATION RE: MOTION FOR ATTORNEY'S FEES AND COSTS

Pursuant to Local Rule 54.3(b), Plaintiffs' counsel advises the court that, after consultation, the parties are unable to reach an agreement with regard to the fee award. Plaintiffs' counsel consulted with Defendant's counsel Eric Seitz initially via email on May 30, 2008 and subsequently via telephone on June 2, 2008.

DATED: Honolulu, Hawaii, June 6, 2008.

_____
CHARLES A. PRICE
Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| STEVEN DECOSTA IN HIS REPRESENTATIVE CAPACITY AS CHAIRPERSON OF THE BOARD OF TRUSTEES OF UNITED PUBLIC WORKERS, AFSCME, LOCAL 646, AFL-CIO, MUTUAL AID FUND TRUST, REAL PARTY IN INTEREST UNITED PUBLIC WORKERS, AFSCME, LOCAL 646, AFL-CIO, <br><br>Plaintiffs, <br><br>vs. <br><br>GARY W. RODRIGUES, <br><br>Defendant. | CIVIL NO. CV03-00598 DAE LEK <br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the date noted below, a copy of the foregoing document was duly served upon the following by U.S. Mail, postage prepaid, addressed as follows:

    ERIC A. SEITZ, ESQ.
    820 Mililani Street, Suite 714
    Honolulu, Hawaii 96813

    Attorney for Defendant
    GARY RODRIGUES

DATED: Honolulu, Hawaii, June 6, 2008.

/s/ Charles Price
_____
JAMES E.T. KOSHIBA
CHARLES A. PRICE
Attorneys for Plaintiffs