# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## DOCKET FEE PAYMENT NOTIFICATION FORM

I. **SHORT CASE TITLE:** STEVEN DE COSTA, ET AL., vs. GARY W. RODRIGUES

**U.S. COURT OF APPEALS DOCKET NUMBER:** 08-16186

**U.S. DISTRICT COURT FOR THE DISTRICT OF HAWAII**

**U.S. DISTRICT COURT DOCKET NUMBER:** CIVIL NO. 03-00598DAE-LEK

II **DATE NOTICE OF APPEAL FILED:** May 23, 2008

*FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII JUN 13 2008 at 11 o'clock and 05 min A M SUE BEITIA, CLERK*

III **U.S. COURT OF APPEALS PAYMENT STATUS:**

**DOCKET FEE PAID ON:** 05/23/08   **AMOUNT:** $455.00

**NOT PAID YET:**   **BILLED:**

**U.S. GOVERNMENT APPEAL:**   **FEE WAIVED:**

**WAS APPELLANT OR APPELLEE GRANTED F.P. STATUS?**

**IF YES, SHOW DATE:**   **& ATTACH COPY OF ORDER/CJA**

**WAS F.P. STATUS REVOKED:**   **DATE:**

**WAS F.P. STATUS LIMITED IN SOME FASHION?**

**IF YES, EXPLAIN:**

IV **COMPANION CASES, IF ANY:**

V. **COMPLETED IN THE U.S. DISTRICT COURT BY:**

Laila M. Geronimo

---

AMENDED NOTIFICATION _____ PAID _____ F.P. _____

DISTRICT COURT CLERK BY: _____

(Note: This form is only utilized to notify the U.S. Court of Appeals concerning the satisfaction of the U.S. Court of Appeals Docket Fee.)