# MINUTES

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 03-00598DAE-LEK |
| CASE NAME: | Steven DeCosta, et al. Vs. Gary W. Rodrigues |
| ATTYS FOR PLA: | Charles A. Price |
| ATTYS FOR DEFT: | Eric A. Seitz |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | In Chambers-No Record |
| DATE: | 07/11/2008 | TIME: | 9:30-10:00 |

COURT ACTION:  EP: Settlement Conference Re: Attorneys' Fees and Costs held.

Submitted by: Warren N. Nakamura, Courtroom Manager