Case 1:03-cv-00598-DAE-LEK     Document 137     Filed 08/18/2008     Page 1 of 2



**ORIGINAL**

KOSHIBA AGENA & KUBOTA

| | |
|---|---|
| CHARLES A. PRICE | 5098-0 |
| ANDREW D. STEWART | 7810-0 |

2600 Pauahi Tower
1003 Bishop Street
Honolulu, Hawaii 96813
Telephone No.: 523-3900

Attorneys for Plaintiffs

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 18 2008

at 3 o'clock and ___ min ___ M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| STEVEN DECOSTA IN HIS REPRESENTATIVE CAPACITY AS CHAIRPERSON OF THE BOARD OF TRUSTEES OF UNITED PUBLIC WORKERS, AFSCME, LOCAL 646, AFL-CIO, MUTUAL AID FUND TRUST, REAL PARTY IN INTEREST UNITED PUBLIC WORKERS, AFSCME, LOCAL 646, AFL-CIO,<br><br>Plaintiffs,<br><br>vs.<br><br>GARY RODRIGUES,<br><br>Defendant. | CIVIL NO. CV03-00598 DAE LEK<br><br>PLAINTIFFS' SUPPLEMENTAL MEMORANDUM IN SUPPORT OF REQUEST FOR COSTS; AFFIDAVIT OF ANDREW D. STEWART; BILL OF COSTS; EXHIBITS "A" – "C"; CERTIFICATE OF SERVICE |

**PLAINTIFFS' SUPPLEMENTAL MEMORANDUM
IN SUPPORT OF REQUEST FOR COSTS**

Plaintiffs respectfully submits this supplemental memorandum in request for costs, the declaration of counsel, bill of costs and exhibits, pursuant to the following authorities:

29 U.S.C. § 1132(g); 28 U.S.C. § 1961(a); Fed. R. Civ. P. Rule 54; Local Rules of the U.S. District Court of the District of Hawaii Rule 54.2; the Findings of Fact and Conclusions of Law ¶ 127, filed March 20, 2008; and Report of Special Master of Plaintiffs' Motion for Pre-judgment Interest, Attorney's Fees, and Costs, filed August 8, 2008.

The Bill of Costs and the exhibits attached hereto provide the itemization and documentation of the total taxable costs incurred in prosecuting the Complaint. The type of costs, amounts, their statutory authority and the documentation are summarized in the chart below:

| Type of Expense | Amount | Authority | Documentation |
|---|---|---|---|
| Fees for the clerk | $164 | 28 U.S.C. §1920(1); Local Rule 54.2(f) | Exhibits "B" & "C" |
| Fees for service of summons and subpoena | $599 | 28 U.S.C. §1920(1); Local Rule 54.2(f)(1) | Exhibits "B" & "C" |
| Fees for the court reporter for all or any part of the transcript necessarily obtained for use in the case | $1,383.24 | 28 U.S.C. §1920(2); Local Rule 54.2(f)(2) | Exhibits "B" & "C" |
| Fees for printing | $544.35 | 28 U.S.C. §1920(3) & (4); Local Rule 54.2(f)(4) | Exhibit "A" |
| **TOTAL** | **$2,690.59** | | |

DATED:   Honolulu, Hawaii, August 18, 2008.

_____
ANDREW D. STEWART
CHARLES A. PRICE
Attorneys for Plaintiffs