IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| STEVEN DECOSTA IN HIS REPRESENTATIVE CAPACITY AS CHAIRPERSON OF THE BOARD OF TRUSTEES OF UNITED PUBLIC WORKERS, AFSCME, LOCAL 646, AFL-CIO, MUTUAL AID FUND TRUST, REAL PARTY IN INTEREST UNITED PUBLIC WORKERS, AFSCME, LOCAL 646, AFL-CIO,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>GARY W. RODRIGUES,<br><br>　　　　Defendant. | CIVIL NO. CV03-00598 DAE LEK<br><br>AFFIDAVIT OF ANDREW D. STEWART; EXHIBITS "A" - "C" |

## AFFIDAVIT OF ANDREW D. STEWART

STATE OF HAWAII　　　　　)
　　　　　　　　　　　　　) SS.
CITY & COUNTY OF HONOLULU　)

　　ANDREW D. STEWART, being first duly sworn on oath, deposes and says:

　　1.　　I am an attorney with the firm of Koshiba Agena & Kubota, am licensed to practice law in the State of Hawaii, and have been admitted to practice law before this Court. I am one of the attorneys representing Plaintiffs in this action.

　　2.　　I have reviewed documents, including invoices, that reflect the

taxable costs incurred by Plaintiffs for prosecuting the Complaint in this case. The total amount of taxable costs incurred by Plaintiffs is $2,690.59.

3. Any and all adjustments made in the course of exercising "billing judgment" have already been deducted from the amounts requested in the present Bill of Costs.

4. The Bill of Costs and the exhibits attached hereto are a true and accurate statement of the taxable costs incurred by Plaintiffs in prosecuting the Complaint. To the best of my knowledge and belief, the items listed in the Bill of Costs and the exhibits attached hereto are true and correct, were necessarily incurred, and are allowable by law.

5. Attached hereto as Exhibit "A" is a true and accurate copy of the documentation for the fees and disbursements for printing. The amount reflected in Exhibit "A" are for all copier costs at $.25 per page. However, the copies are being taxed at $.15 per page, rather than $.25 per page. Copies obtained for the use and convenience of Plaintiff and their counsel have been excluded from the total requested in the Bill of Costs. The total number of pages being requested in the Bill of Costs is 3,664 pages, at the rate of $.15 per page, for a dollar amount of $544.35.

6. Attached hereto as Exhibit "B" is a true and accurate copy of the summary for the following taxable costs: (1) filing & certification fee paid to the Court; (2) the fees for service of summons and subpoenas; and (3) court reporter transcripts necessarily obtained for use in this case.

7.  Attached hereto as Exhibit "C" are true and accurate copies of invoices, receipts, and checks, in connection with the costs described in Exhibit "B" and paragraph 6 above.

8.  The costs sought in Plaintiffs original Motion for (1) Pre-judgment Interest, (2) Attorney's Fees, and (3) Costs" filed May 16, 2008 ("the Original Motion") was $4,491.22. This amount has been reduced/adjusted to comply with the applicable court rules and case law, which Plaintiffs discovered subsequent to the filing of the Original Motion.

Further affiant sayeth naught.

_____
ANDREW D. STEWART

Subscribed and sworn to before me this __18__ th of __August__, 2008.

_____
Notary Public, State of Hawaii

Tawnya S. Roylo
Print Name

My commission expires: 3-14-2012

NOTARY PUBLIC CERTIFICATION
Tawnya S. Roylo          First Circuit
Doc. Description: Plaintiff's Supplemental Memorandum In support of Request for Costs
No. of Pages: 22    Date of Doc. 8-18-08

_____    8-18-08
Notary Signature              Date