UPW v. G. Rodrigues

**Copy Costs**
(at $.15 per page)

Civil No. 03-00598 DAE-LEK

| Date | Description | No. of Pages | Total |
| --- | --- | --- | --- |
| 9/26/2006 | Plaintiff's Motion to Continue Trial [filed 9/26/06] | 126 | $18.90 |
| 10/2/2006 | Withdrawal of Plaintiff's Motion to Continue Trial [filed 10/2/06] | 18 | $2.70 |
| 12/26/2006 | Plaintiff's Pre-trial Statement [filed 12/26/06] | 83 | $12.45 |
| 1/4/2007 | Response to Motion to Continue Trial and to Extend Discovery filed by Defendant [filed 1/4/07] | 24 | $3.60 |
| 5/4/2007 | Memorandum in Opposition to Defendant's Motion for Summary Judgment; Plaintiff's Opposition to Defendant's Concise Statement of Material Fact; Exhibist 0 -16; Exhibits A - F; Declarations; Certificate of Service [filed 5/4/07] | 1883 | $282.45 |
| 5/15/2007 | Motion for Substiution of Real Party in Interest [filed 5/15/07] | 58 | $8.70 |
| 6/8/2007 | Plaintiff's Reply Memorandum in Support of Its Motion for Substitution of Real Party in Interest [filed 7/16/07] | 26 | $3.90 |
| 7/16/2007 | Memorandum in Opposition re: Defendant's Motion to Continue Trial and for Modification of Rule 16 Scheduling Order [filed 7/16/07] | 40 | $6.00 |
| 11/8/2007 | Plaintiff Steven De Cost's Memorandum in Opposition to Defendant's Renewed Motion for Summary Judgment & Exhibits [filed 11/8/07] | 909 | $136.35 |
| 2/22/2008 | Proposed Findings of Fact & Conclusions of Law; Certificate of Service [filed 2/22/08] | 189 | $28.35 |
| 4/11/2008 | Plaintiff's Memorandum in Opposition to Defendant's Motion for Reconsideration of Findings of Fact & Conclusions of Law Filed March 20, 2008; and for New Trial [filed 4/11/08] | 85 | $12.75 |
| 5/16/2008 | Motion for (1) Prejudgment Interest; (2) Attorneys Fees; and (3) Costs [filed 5/16/08] | 164 | $24.60 |
| 6/6/2008 | Statement of Consultation re: Motion for Attorney's Fees and Costs & Certificate of Service [filed 6/6/08] | 24 | $3.60 |
| Total | | 3629 | $544.35 |

EXHIBIT A