UPW v. G. Rodrigues                                **Expenses**                            Civil No. 03-00598 DAE-LEK

| Date | Description | Payee | Total |
|---|---|---|---|
| 10/31/2003 | District Court Filing Fee | Court | $164.00 |
| 11/24/2003 | Service of Process | Anthony Shannon | $107.00 |
| 11/7/2006 | Service of Process | Eleanor's Nationwide Legal Support | $350.00 |
| 11/9/2006 | Service of Process | Eleanor's Nationwide Legal Support | $107.00 |
| 3/6/2007 | Deposition (re: Albert Hewitt) | Atkinson Baker Court Reporters | $674.11 |
| 3/15/2007 | Service of Process | Eleanor's Nationwide Legal Support | $35.00 |
| 9/28/2007 | Deposition (re: Steven De Costa) | Powers & Associate | $459.31 |
| 10/16/2007 | Deposition (re: Dayton Nakanelua) | Powers & Associate | $249.82 |
| **Total** | | | **$2,146.24** |

EXHIBIT B