

EXHIBIT C



**Anthony T. Shannon**
Deputy Sheriff
629 Akoakoa Street
Kailua, HI 96734

#3066
upw/mutual aid #3052
#3014

November 24, 2003

To: KOSHIBA AGENA & KUBOTA

Attention: CHARLY PRICE, ESQ.

RE: 03-00563 & 03-00563 & 03-00598

---

**Served:** GARY RODRIGUES

Document Fee: 75.00
Mileage: 32.00
Attempts: 8
Other*:

**Total:** 107.00

**Comments:**

*    Reg Enclosed

Please ok returns,
US Court does not appear to be
filed / no clerk's signature.

35 67
35 67
35 66
_____
107.00

10/03
(POSTED)

Make Checks Payable to: Anthony Shannon

**KOSHIBA & ASSOCIATES**
Attorneys at Law, A Law Corporation
PAUAHI TOWER
1001 BISHOP STREET   SUITE 2600
HONOLULU, HAWAII 96813

| EXPLANATION | AMOUNT |
|---|---|
| | |
| | |
| | |
| | |

59-101 / 1213

N° 5827

PAY AMOUNT: Three hundred fifty & 00/10 ———— Dollars

| DATE | TO THE ORDER OF | | | CHECK AMOUNT |
|---|---|---|---|---|
| 11-1-06 | ELEANOR'S NATIONWIDE LEGAL SUPPORT SERVICES | Service/Subpoena UDW-03052 | | 350 00 |

FIRST HAWAIIAN BANK – MAIN OFFICE – HONOLULU, HAWAII

POSTED 11/06

KOSHIBA & ASSOCIATES

VOID AFTER 90 DAYS

# INVOICE

**ELEANOR'S NATIONWIDE LEGAL SUPPORT**
18044 Ventura Blvd.
Encino, CA 91316
Phone: (818) 774-9757
Fax: (818) 774-1576
Tax I.D. 061683508

Inv. # 2006099181
12/12/2006

Koshiba Agena Kubota
2600 Pauahi Tower
1001 Bishop Street
Honolulu, HI 96813

Your Contact: Tawnya S. Roylo
**Case Number: Honolulu CV03-00598 DAE LEK**

Plaintiff:
**United Public Workers, et al.**

Defendant:
**Gary Rodrigues, et al.**

Received: 12/6/2006   Completed: 12/11/2006
To be served on: Hewitt- LAST KNOWN ADDRESS, Albert

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Locate | 1.00 | 35.00 | 35.00 |
| **TOTAL CHARGED:** | | | $35.00 |
| **BALANCE DUE:** | | | $35.00 |

**Comments pertaining to this Invoice:**
12/12/2006 10:42 am   Cancelled, no address found other than the one provided

(POSTED stamp) 12/12/06

THANK YOU FOR YOUR BUSINESS! WE NOW ACCEPT CREDIT CARDS!
PAYMENT DUE UPON RECEIPT.

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V5 9k

03052
UPW-MAF

**KOSHIBA & ASSOCIATES**
Attorneys at Law, A Law Corporation
PAUAHI TOWER
1001 BISHOP STREET   SUITE 2600
HONOLULU, HAWAII 96813

No 6048

59-101
1213

| EXPLANATION | AMOUNT |
|---|---|
| | |
| | |
| | |
| | |

PAY AMOUNT: Thirty five $ 00/100 DOLLARS

| DATE | TO THE ORDER OF | | CHECK AMOUNT |
|---|---|---|---|
| 3-15-07 | ELEANOR'S NATIONWIDE LEGAL SUPPORT   INV. # 300049181  UPW-MAF | | 35 |
| | 18044 Ventura Blvd. | | |
| | Encino, CA 91316 | | |

KOSHIBA & ASSOCIATES

FIRST HAWAIIAN BANK – MAIN OFFICE – HONOLULU, HAWAII

VOID AFTER 90 DAYS

# INVOICE

**ELEANOR'S NATIONWIDE LEGAL SUPPORT**
18044 Ventura Blvd.
Encino, CA 91316
Phone: (818) 774-9757
Fax: (818) 774-1576
Tax I.D. 061683508

Inv. # 2006099052
12/14/2006

Koshiba Agena Kubota
2600 Pauahi Tower
1001 Bishop Street
Honolulu, HI 96813

Your Contact: Tawnya S. Roylo
**Case Number: Honolulu CV03-00598 DAE LEK**

Plaintiff:
**United Public Workers, et al.**

Defendant:
**Gary Rodrigues, et al.**

Received: 11/13/2006   Completed: 12/11/2006
To be served on: Hewitt, Albert

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Attempt | 1.00 | 150.00 | 150.00 |
| **TOTAL CHARGED:** | | | $150.00 |
| 11/13/2006   Check #5854   Pre-Payment | | | 150.00 |
| **BALANCE DUE:** | | | $0.00 |

Thank you for your business!

---

**KOSHIBA & ASSOCIATES**
Attorneys at Law, A Law Corporation
PAUAHI TOWER
1001 BISHOP STREET   SUITE 2600
HONOLULU, HAWAII 96813

N° 5854

PAY AMOUNT: One hundred fifty & 0/100   DOLLARS

| DATE | TO THE ORDER OF | EXPLANATION | CHECK AMOUNT |
|---|---|---|---|
| 11-9-06 | ELEANOR'S NATIONWIDE LEGAL SUPPORT SVC. | service fee UPW-03052 | 150.00 |

KOSHIBA & ASSOCIATES

FIRST HAWAIIAN BANK – MAIN OFFICE – HONOLULU, HAWAII

POSTED 11/06

VOID AFTER 90 DAYS

PAYMENT DUE UPON RECEIPT.

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V5.9k

UPW/MAF
#3052

# Atkinson·Baker
### Court Reporters

500 NORTH BRAND BOULEVARD, THIRD FLOOR
GLENDALE, CA 91203-4725
800-288-3376, 800-925-5910 fax

Charles Price
Koshiba, Agena & Kubota
1001 Bishop Street
2600 Pauahi Tower
Honolulu, HI 96813-

| | |
|---|---|
| INVOICE NO. | A101C8F AA |
| FIRM NO. | 1217143 |
| INVOICE DATE | 03/23/2007 |
| DUE UPON RECEIPT | |

Please refer to the Invoice No. and your Firm No. in any correspondence.
Contact Loretta Easter
leaster@depo.com

| | |
|---|---|
| ABI'S Federal ID No.: | 95-4189037 |
| Setting Firm: | Koshiba, Agena & Kubota |
| Taking Attorney: | Charles Price |
| Case Name: | United Public Workers vs Rodrigues |
| Case No.: | CV03-00598 DAE LEK |
| Claim No.: | |
| Insurance Co.: | |
| Insured: | DOL: |
| Clients Ref.#1: | |
| Clients Ref.#2: | |
| Adjuster: | |

| ITEM | LINE TOTAL |
|---|---|
| Reporter's transcript of the deposition of Albert Hewitt, taken 3/6/2007. | $ 674.41 |
| PAYMENTS | - $ 0.00 |
| BALANCE DUE | $ 674.41 |

A service fee of 1.5% per month may be added to any invoice over 30 days old.


POSTED 4/07

---

**KOSHIBA & ASSOCIATES**
Attorneys at Law, A Law Corporation
PAUAHI TOWER
1001 BISHOP STREET   SUITE 2600
HONOLULU, HAWAII 96813

| EXPLANATION | AMOUNT |
|---|---|
| | |
| | |
| | |

59-101
1213

N° 6151

PAY AMOUNT _____ + 41/100

| DATE | TO THE ORDER OF | | |
|---|---|---|---|
| 5-15-07 | ATKINSON BAKER | INV. # A101C8F AA | |
| | 500 NORTH BRAND BLVD | UPW MMF 03052 | |
| | GLENDALE CA 91203 | | |

DOLLARS

CHECK AMOUNT
674 41

KOSHIBA & ASSOCIATES

FIRST HAWAIIAN BANK — MAIN OFFICE — HONOLULU, HAWAII

VOID AFTER 90 DAYS

**KOSHIBA & ASSOCIATES**
Attorneys at Law, A Law Corporation
PAUAHI TOWER
1001 BISHOP STREET   SUITE 2600
HONOLULU, HAWAII 96813

| EXPLANATION | AMOUNT |
|---|---|
| | |
| | |
| | |
| | |

59-101 / 1213

N° 6555

PAY AMOUNT: Seven hundred nine & 13/100 ......... DOLLARS

| DATE | TO THE ORDER OF | | | CHECK AMOUNT |
|---|---|---|---|---|
| 12-28-07 | POWERS & ASSOCIATES | | Inv. # 2062700 + 2058741 | 709 13 |
| | 1001 BISHOP STREET # 2650 | | | |
| | PAUAHI TOWER | | | |
| | Honolulu, HI 96813 | | | |

FIRST HAWAIIAN BANK – MAIN OFFICE – HONOLULU, HAWAII

KOSHIBA & ASSOCIATES

VOID AFTER 90 DAYS

# Powers & Associates

1001 Bishop Street
Suite 2650, Pauahi Tower
Honolulu, Hawaii 96813
PH: (808) 536-2001

**BILL TO**

Koshiba Agena & Kubota
2600 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii 96813
ATTN: CHARLES PRICE, ESQ.

| DATE | INVOICE # |
|---|---|
| 10/9/2007 | 2052700 |

| | | | TERMS |
|---|---|---|---|
| | | | Net 30 |

| ITEM | QTY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|---|
| CopyBrief | | CASE: DE COSTA v. RODRIGUES<br>CIVIL NO.: 03-00598<br><br>DATE TAKEN: SEPTMEMBER 28, 2007<br>REPORTER: WILLIAM BARTON<br><br>Transcript of: STEVEN DE COSTA<br>Copy<br><br>Subtotal<br>Tax | 438.64<br><br><br>4.712% | 438.64T<br><br>438.64<br>20.67 |

POSTED 10-07

**\*\*Thank you for using Powers & Associates\*\***
*PLEASE INCLUDE OUR INVOICE NUMBER ON YOUR PAYMENT*

TAX ID#: 99-0212572

**Total** $459.31

# Powers & Associates

1001 Bishop Street
Suite 2650, Pauahi Tower
Honolulu, Hawaii 96813
PH: (808) 536-2001

**BILL TO**

Koshiba Agena & Kubota
2600 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii 96813
ATTN: CHARLES PRICE, ESQ.

| DATE | INVOICE # |
|---|---|
| 10/9/2007 | 2052700 |

| TERMS |
|---|
| Net 30 |

| ITEM | QTY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|---|
| CopyBrief | | CASE: DE COSTA v. RODRIGUES<br>CIVIL NO.: 03-00598<br><br>DATE TAKEN: SEPTMEMBER 28, 2007<br>REPORTER: WILLIAM BARTON<br><br>Transcript of: STEVEN DE COSTA<br>Copy<br><br>Subtotal<br>Tax | 438.64<br><br><br>4.712% | 438.64T<br><br>438.64<br>20.67 |

*\*\*Thank you for using Powers & Associates\*\**
*PLEASE INCLUDE OUR INVOICE NUMBER ON YOUR PAYMENT*

TAX ID#: 99-0212572

**Total**    $459.31

# Powers & Associates

1003 Bishop Street
Suite 2650, Pauahi Tower
Honolulu, Hawaii 96813
PH: (808) 536-2001

**BILL TO**

Koshiba Agena & Kubota
2600 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii 96813
ATTN: CHARLES PRICE, ESQ.

| DATE | INVOICE # |
|---|---|
| 10/23/2007 | 2052741 |

| TERMS |
|---|
| Net 30 |

| ITEM | QTY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|---|
| CopyBrief | | CASE: DE COSTA v. RODRIGUES<br>CIVIL NO.: 03-00598<br><br>DATE TAKEN: OCTOBER 16, 2007<br>REPORTER: JOAN IZUMIGAWA<br><br>Transcript of: DAYTON NAKANELUA<br>Copy<br><br>Subtotal<br>Tax | 238.58<br><br><br>4.712% | 238.58T<br><br>238.58<br>11.24 |

**\*\*Thank you for using Powers & Associates\*\***
*PLEASE INCLUDE OUR INVOICE NUMBER ON YOUR PAYMENT*

TAX ID#: 99-0212572

**Total**  $249.82

# Powers & Associates

OCT 23 2007   UPW/MAF
#6052

1003 Bishop Street
Suite 2650, Pauahi Tower
Honolulu, Hawaii 96813
PH: (808) 536-2001

**BILL TO**

Koshiba Agena & Kubota
2600 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii 96813
ATTN: CHARLES PRICE, ESQ.

| DATE | INVOICE # |
|---|---|
| 10/23/2007 | 2052741 |


POSTED 10/07

**TERMS**

Net 30

| ITEM | QTY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|---|
| CopyBrief | | CASE: DE COSTA v. RODRIGUES<br>CIVIL NO.: 03-00598<br><br>DATE TAKEN: OCTOBER 16, 2007<br>REPORTER: JOAN IZUMIGAWA<br><br>Transcript of: DAYTON NAKANELUA<br>Copy<br><br>Subtotal<br>Tax | 238.58<br><br><br>4.712% | 238.58T<br><br>238.58<br>11.24 |

**\*\*Thank you for using Powers & Associates\*\***
*PLEASE INCLUDE OUR INVOICE NUMBER ON YOUR PAYMENT*

TAX ID#: 99-0212572

**Total**  $249.82