IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| STEVEN DECOSTA IN HIS REPRESENTATIVE CAPACITY AS CHAIRPERSON OF THE BOARD OF TRUSTEES OF UNITED PUBLIC WORKERS, AFSCME, LOCAL 646, AFL-CIO, MUTUAL AID FUND TRUST, REAL PARTY IN INTEREST UNITED PUBLIC WORKERS, AFSCME, LOCAL 646, AFL-CIO,<br><br>        Plaintiffs,<br><br>    vs.<br><br>GARY W. RODRIGUES,<br><br>        Defendant. | CIVIL NO. CV03-00598 DAE LEK<br><br>CERTIFICATE OF SERVICE<br><br>[RE: PLAINTIFFS' SUPPLEMENTAL MEMORANDUM IN SUPPORT OF REQUEST FOR COSTS; AFFIDAVIT OF ANDREW D. STEWART; BILL OF COSTS; EXHIBITS "A" - "C"] |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the date noted below, a copy of the foregoing document was duly served upon the following by hand delivery, addressed as follows:

ERIC A. SEITZ, ESQ.
820 Mililani Street, Suite 714
Honolulu, Hawaii 96813

Attorney for Defendant
GARY W. RODRIGUES
DATED: Honolulu, Hawaii, August 18, 2008.

ANDREW D. STEWART
CHARLES A. PRICE
Attorneys for Plaintiffs