# MINUTES

CASE NUMBER:     CV NO.. 03-00598DAE-LEK

CASE NAME:       Steven DeCosta Vs. Gary Rodrigues

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:   Leslie E. Kobayashi          REPORTER:

DATE:    08/27/2008                   TIME:

COURT ACTION:    "MINUTE ORDER"

EO: On August 8, 2008, this Court issued its Report of Special Master on Plaintiffs' Motion for Pre-Judgment Interest, Attorney's Fees, and Costs ("Report"). The Court found that Plaintiffs' requested costs were not compensable because Plaintiffs did not include any supporting documentation. The Court gave Plaintiffs leave to file supplemental documentation in support of their request for Costs by August 18, 2008.

On August 18, 2008, Plaintiffs filed a document entitled "Plaintiffs' Supplemental Memorandum in Support of Request for Costs". Within the document, however, Plaintiffs referred to it as a "Bill of Costs". Plaintiffs also used the district court's Bill of Costs form. The district judge referred the matter to this Court on August 22, 2008. The Court declines to construe the Plaintiffs' August 18, 2008 filing as a Bill of Costs. Plaintiffs cannot file a Bill of Costs at this stage in the litigation because more than thirty days have elapsed since the entry of judgment on March 31, 2008. See Local Rule LR54.2(b). The Court will construe Plaintiffs' August 18, 2008 filing as the supplemental documentation that this Court referred to in the Report.

Defendant Gary Rodriguez shall have until **Wednesday, September 3, 2008** to file any response to Plaintiffs' supplemental documentation. The Court will take the matter under advisement thereafter. No reply will be allowed.

```
IT IS SO ORDERED.
```

Submitted by Leslie L. Sai, Courtroom Manager