IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| STEVEN DECOSTA IN HIS REPRESENTATIVE CAPACITY AS CHAIRPERSON OF THE BOARD OF TRUSTEES OF UNITED PUBLIC WORKERS, AFSCME, LOCAL 646, AFL-CIO,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>GARY RODRIGUES,<br><br>　　　　Defendant.<br>_____ | CIVIL 03-00598DAE-LEK |

ORDER ADOPTING REPORT OF SPECIAL MASTER

A Report of Special Master having been filed and served on all parties on August 8, 2008 and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that pursuant to Title 28, United States Code, Section 636 (b)(2) and Local Rule 53.1, the "Report of

Special Master on Plaintiffs' Motion for Pre-Judgement Interest, Attorney's Fees, and Costs," is adopted as the opinion and order of this court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, September 5, 2008.



_____
David Alan Ezra
United States District Judge

Steven DeCosta in his Representative Capacity as Chairperson of the Board of Trustees of United Public Workers, AFSCME, Local 646, AFL-CIO vs. Gary Rodrigues, Civil No. 03-00598 DAE-LEK; ORDER ADOPTING REPORT OF SPECIAL MASTER