IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| STEVEN DECOSTA IN HIS REPRESENTATIVE CAPACITY AS CHAIRPERSON OF THE BOARD OF TRUSTEES OF UNITED PUBLIC WORKERS, AFSCME, LOCAL 646, AFL-CIO,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>GARY RODRIGUES,<br><br>　　　　Defendant.<br>_____ | CIVIL 03-00598DAE-LEK |

ORDER ADOPTING REPORT OF SPECIAL MASTER

　　A Report of Special Master having been filed and served on all parties on September 4, 2008, and no objections having been filed by any party,

　　IT IS HEREBY ORDERED AND ADJUDGED that pursuant to Title 28, United States Code, Section 636 (b)(2) and Local Rule 53.1, the "Report of Special Master on Plaintiffs' Supplemental Memorandum in Support of Request for Costs,"  is adopted as the opinion and order of this court.

IT IS SO ORDERED.

Dated: Honolulu, Hawaii, October 1, 2008.



_____
David Alan Ezra
United States District Judge


DeCosta, et al. V. Rodrigues, CV 03-00598 DAE-LEK; ORDER ADOPTING REPORT OF SPECIAL MASTER