IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| STEVEN DECOSTA IN HIS ) <br> REPRESENTATIVE CAPACITY ) <br> AS CHAIRPERSON OF THE ) <br> BOARD OF TRUSTEES OF ) <br> UNITED PUBLIC WORKDERS, ) <br> AFSCME, LOCAL 646, AFL-CIO, ) <br>  ) <br> Plaintiffs, ) <br>  ) <br> vs. ) <br>  ) <br> GARY RODRIGUES, ) <br>  ) <br> Defendant. ) <br> _____ ) | CIVIL NO. 03-00598 DAE-LEK |

ORDER ADOPTING MAGISTRATE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties

on October 22, 2009, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28,

United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "FINDINGS

AND RECOMMENDATION TO GRANT PLAINTIFFS' MOTION FOR

ORDER RE: FIRST HAWAIIAN BANK GARNISHMENT," document no. 163, are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, November 18, 2009.



_____
David Alan Ezra
United States District Judge

<u>Steven Decostsa, et al. vs. Gary Rodrigues</u>, Civil No. 03-00598 DAE-LEK; ORDER ADOPTING MAGISTRATE'S FINDINGS AND RECOMMENDATION